UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No. 05-171T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

---

**AFFIDAVIT OF TODD M. REED**

I, Todd M. Reed, hereby depose and state as follows:

1. I am counsel to CVS Pharmacy, Inc., plaintiff in the above-referenced matter.

2. On May 5, 2005, I mailed, by certified mail-return receipt requested, correspondence to Kenneth J. Fisch, designated agent for defendant, Contemporary Marketing, Inc., an original Summons and a copy of the Complaint in this matter. Attached hereto as Exhibit 1 is the original, signed return receipt returned to us by the United States Postal Service, demonstrating a delivery date of May 10, 2005.

3. On May 5, 2005, I mailed, by certified mail-return receipt requested, correspondence to Incorp Services, Inc., resident agent for defendant, Beneficial Holdings, Inc., three original Summonses and three copies of the Complaint in this matter, addressed to Beneficial Holdings, Inc. and its subsidiaries, Beneficial Health Systems, Inc. and Beneficial Neutraceuticals, Inc. Attached hereto as Exhibit 2 is the original, signed return receipt returned

to us by the United States Postal Service, demonstrating a delivery date on or before May 9, 2005.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 18th DAY OF MAY, 2005.

Todd M. Reed

"I"

2. Article Number

7160 3901 9848 7144 9407

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Kenneth J. Fisch
4200 West Peterson Avenue
Suite 140
Chicago, IL 60646

52527.0001

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): S. Hartgrove

B. Date of Delivery: 5-10-05

C. Signature

X S. Hartgrove ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
MAY 16 2005

...ld M. Reed, Esquir

PS Form 3811, July 2001 Domestic Return Receipt

112"

2. Article Number

7160 3901 9848 7144 9490

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature

X Karmen Flavin

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Incorp Services, Inc.
3155 East Patrick Lane, Suite 1
Las Vegas, NV 89120-3481

52527.0001

Todd M. Reed, Esquir

PS Form 3811, July 2001 Domestic Return Receipt