RECEIVED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-CV-171 |

**STIPULATION**

Plaintiff CVS, Inc. and Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. ("Beneficial Defendants") hereby stipulate and agree, pursuant to Local Rule 22(a), that the time for the Beneficial Defendants to answer or otherwise respond to the Complaint is hereby extended for thirty (30) days, through June 30, 2005.

CVS, INC.
By its Attorney:

Todd M. Reed (PED)
TODD M. REED (#6602)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Date: May 31, 2005

BENEFICIAL HOLDINGS, INC.
BENEFICIAL HEALTH SYSTEMS, INC.
BENEFICIAL NUTRACEUTICALS, INC.
By their Attorney:

David A. Wollin
DAVID WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. 401-274-7200
Telecopy 401-351-4607
Date: May 31, 2005

334329_1.doc

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 6/6/05

CERTIFICATION

I hereby certify that I caused a true copy of the within Stipulation to be sent, via regular mail, postage prepaid, to Todd M. Reed, Esquire, Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903 on this 31st day of May, 2005.

Valarie Lomotre
______________________