UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-CV-171 T |

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. ("Beneficial Defendants"), hereby move that Jacqueline Carmichael, Esq. be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. Pro hac vice counsel's long-standing representation of the Beneficial Defendants.

2. The case requires extensive discovery in a foreign jurisdiction convenient to the Beneficial Defendants and associate trial counsel as follows: The Beneficial Defendants and their counsel, Ms. Carmichael, are located in the State of Utah.

Dated: June 29, 2005

Respectfully submitted,

[signature]

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Attorneys for Beneficial Holdings, Inc.*
*Beneficial Health Systems, Inc. and*
*Beneficial Nutraceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2005, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

Mark L. Callister, Esq.
Callister, Nebeker & McCullough
Gateway Tower East Suite 900
10 East South Temple
Salt Lake City, Utah 84133

John P. Mullen, Esq.
Stephen P. Horvat, Esq.
Anderson & Karrenberg
50 West Broadway, Suite 700
Salt Lake City, Utah 84101

[signature]

*337113_1.doc*