UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-CV-171 |

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, JACQUELYNN D. CARMICHAEL, ESQ., hereby certify as follows:

1. I am a member in good standing of the bar of the State of Utah, and of the following Federal District Court and/or Court of Appeals Bar(s): United States District Court in and for the district of Utah; and the Supreme Court of Utah, and that my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime other than minor traffic offenses.

4. During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island

Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associates with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

JACQUELYNN D. CARMICHAEL
MORTON & CARMICHAEL
3995 S. 700 E. STE 400
Salt Lake City, Utah 84107
Phone: (801) 261-5702

JOHN A. TARANTINO (#2586)
DAVID A. WOLLIN (#4950)
PATRICIA K. ROCHA (#2793)
KRISTEN W. SHERMAN (#5595)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Phone: (401) 274-7200
Fax: (401) 351-4607

**ORDER:** This Motion is hereby ______________________________

______________________________
U.S. District Court Judge

Date______________________________

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2005, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

Mark L. Callister, Esq.
Callister, Nebeker & McCullough
Gateway Tower East Suite 900
10 East South Temple
Salt Lake City, Utah 84133

John P. Mullen, Esq.
Stephen P. Horvat, Esq.
Anderson & Karrenberg
50 West Broadway, Suite 700
Salt Lake City, Utah 84101