RECEIVED
JUN 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CVS, INC.
Plaintiff,

v. : C.A. No. 05-CV-171

BENEFICIAL HOLDINGS, INC., et al.
Defendants

## STIPULATION

Plaintiff CVS, Inc. and Defendant Integrated Biopharma, Inc. hereby stipulate and agree, pursuant to Local Rule 22(a), that the time for Integrated Biopharma, Inc. to answer or otherwise respond to the Complaint is hereby extended until July 25, 2005.

CVS, INC.
By its Attorney:

TODD M. REED (#6602)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Date: June 24th, 2005

INTEGRATED BIOPHARMA, INC.
By their Attorney:

DAVID WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. 401-274-7200
Telecopy 401-351-4607
Date: June 28, 2005

337237_1.doc

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 7/5/05

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2005, a copy of the foregoing was hand-delivered to the following:

Todd M. Reed
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

David A. Wollin