UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff, | : | |
| v. | : | C.A. No. 05-CV-171 T |
| BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | : | |

**WITHDRAWAL OF MOTION OF DEFENDANTS BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC. AND BENEFICIAL NUTRACEUTICALS, INC. TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO UTAH**

Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. (hereinafter collectively "Beneficial"), hereby withdraw, without prejudice, their motion pursuant to Fed. R. Civ. P. 12(b)(3) and 12(b)(6) to dismiss Plaintiff's complaint for improper venue under the "first-filed" rule or, in the alternative, to transfer this action to the United States District Court for the District of Utah pursuant to 28 U.S.C. §1404(a). Plaintiff has no objection to the withdrawal of this motion.

Dated: October 25, 2005

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Attorneys for Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October, 2005, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

[signature]

359058_1.doc