FILED
OCT 25 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-CV-171 T |

**CONSENT MOTION OF DEFENDANTS BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC. AND INTEGRATED BIOPHARMA, INC. FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. (hereinafter collectively "Beneficial") and Integrated Biopharma, Inc. respectfully move, in accordance with Local Rule 12(a)(2), for an extension of time until November 17, 2005 to respond to Plaintiff's complaint. Concurrently with the filing of this consent motion, Beneficial has withdrawn, without prejudice, its motion to dismiss and/or transfer and thus there is no deadline set for its response to the complaint. Integrated Biopharma's response is currently due October 31, 2005.

This consent motion and the withdrawal of Beneficial's motion to dismiss and/or transfer are prompted by the recent action of the United States District Court for the District of Utah to dismiss the lawsuit filed by Beneficial against the Plaintiff in that jurisdiction for lack of personal jurisdiction over CVS.

**Plaintiff consents to the requested extension.**

Wherefore, Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. and Integrated Biopharma, Inc. respectfully request that they be allowed an extension of time until November 17, 2005 to respond to Plaintiff's complaint.

Dated: October 25, 2005

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Attorneys for Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc.*

GRANTED
Ernest C. Torres
Chief, US District Judge
11/1/05

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October, 2005, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

*359060_1.doc*