UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-CV-171 T |
| | : | |
| BENEFICIAL HOLDINGS, INC., et al. | : | |
| Defendants | : | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC. AND BENEFICIAL NUTRACEUTICALS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. hereby state that there is no corporate parent or any publicly held corporation that owns 10% or more of their stock.

Dated: November 16, 2005

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

Jacquelynn D. Carmichael
EISENBERG, GILCHRIST & MORTON
900 Parkside Tower
215 South State Street
Salt Lake City, Utah 84111
Telephone: (801) 366-9100

*Attorneys for Beneficial Holdings, Inc.*
*Beneficial Health Systems, Inc. and*
*Beneficial Nutraceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2005, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, R.I. 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

John P. Mullen, Esq.
Anderson & Karrenberg
50 W. Broadway, Suite 700
Salt Lake City, Utah 84101

Kenneth J. Fisch, Esq.
4200 West Peterson Avenue, Suite 140
Chicago, Illinois 60646

*359059_1.doc*