# CVS Vendor Information Form

**Vendor to Complete ALL Shaded Fields where applicable**

☐ *New Vendor Info*
**Vendor #** ____ **Remit Vendor #** ____

☐ *Change Info for Existing Vendor*
**Vendor #** ____

**Choose One:** **DSD Vendor** ☐ **Warehouse Vendor** ☐ **Expense Vendor** ☐

## Remit Address

Vendor Name: Beneficial Health Systems
DBA:
Address 1: 4848 S. Highland Drive
Address 2: Suite 402
City/State: Salt Lake City, UT
Zip: 841117 Country: USA

## PO Address

Name: Beneficial Health Systems c/o Contemporary Marketing
Street: 1569 Barclay Blvd.
City/State: Buffalo Grove, IL
Zip: 60089
Sales Rep: Ed Ellis
AR Phone #: 847-541-0330 Corporate Phone: 847-541-0330

**Category Manager Code** _

**FOB/FFA/Prepaid (Freight Terms)** _
Blank = Prepaid
1 = FOB (Free on Board)
2 = FFA (Full Frt Allowance)
Choose One:
FOB Destination ☒
Ship Point ☐

**Co-Op Ad Code** _
1 = Adv in any warehouse fulfills adv. Req in all whses.
2 = Each whse is required to advertise on initial buy made for that whse.
3 = Adv is req for all buys made by a whse.
4 = adv in one or more specific whse fulfills req in all whses
5 = Adv subject to certain exceptions
9 = Vendor does not offer co-op adv allowance.

**Order Multiple** C_ **Minimum Units** 1
C = Cases D = Dozens P= Pieces

**Minimum Units Multiple** C_
C = Cases Z = Dozens P = Pieces L = Pounds

**Minimum Dollars** N/A

**Pay Terms** 2% 30 Net 31

**Damage Disposition Code** SV
DO = Donate
VP = Vendor Pickup
SV = Vendor Return
SI = Dispose

**Damage Payment Type** D
W = Write off: CVS absorbs the cost of damages, or vendor pays off-invoice allowance
D = CVS deducts Damage from the next payment to vendor
C = Vendor sends check to CVS

**DSD/Expense Vendor Only**
Pay Group ____

**Tax ID #** 84-1625011 **Employee** ☐ Yes ☐ No