08/06/2004 14:23 #180 P.004/022

From:

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 1172893
P.O. Date: 07-13-2004
BUYER: TOM SULLIVAN

VENDOR #: 3002
DEL. DATE: 08-13-2004

NOTE: MIDYEAR NEW ITEMS DC BACK UP ORDERS

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 0017866664W101
For Shipping address please
Look up "0017866664W101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC
Disc. Pct.: 2 Disc. Days: 30
Def. Due Date:

Basis Date: Receipt of Goods
Net Days: 31
Pct. Inv. Payable:

| QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|
| 94 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

Will Power RX $ 27,072.00

LAST PAGE

Beneficial Health.

---

From:

08/06/2004 14:25 #180 P.012/022

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 8661351
P.O. Date: 07-13-2004
BUYER: TOM SULLIVAN

VENDOR #: 3002
DEL. DATE: 08-13-2004

NOTE: MIDYEAR NEW ITEMS DC BACK UP ORDERS

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 0017866664S101
For Shipping address please
Look up "0017866664S101" at
www.cvsedi.com/shipto.html

[redacted]

# CVS/pharmacy
## PURCHASE ORDER

P.O.#: 1643418 VENDOR #: 3802
P.O. Date: 07-13-2004 DEL. DATE: 08-13-2004
BUYER: TOM SULLIVAN

NOTE: MIDYEAR NEW ITEMS DC BACK UP ORDERS

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 0017866640101
For Shipping address please
Look up "0017866640101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC Basis Date: Receipt of Goods
Disc. Pct.: 2 Disc. Days: 30 Net Days: 31
Def. Due Date: Pct. Inv. Payable:

| QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|
| 38 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

Will Pwr. Rx

$10,944.00

LAST PAGE

Beneficial Health

5520 Units
= 137,724

From: 08/06/2004 14:24 #180 P.006/022

7/14/04 08:30 transettlements CVS PHARMACY 3002 1/1

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 2653021 VENDOR #: 3002
P.O. Date: 07-13-2004 DEL. DATE: 08-13-2004
BUYER: TOM SULLIVAN

NOTE: MIDYEAR NEW ITEMS DC BACK UP ORDERS

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664N101
For Shipping address please
Look up "001786664N101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC Basis Date: Receipt of Goods
Disc. Pct.: 2 Disc. Days: 30 Net Days: 31
Def. Due Date: Pct. Inv. Payable:

| | QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|---|
| Will Pur. Rx | 143 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

LAST PAGE

$41,184.00

Beneficial Health

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 3196559 VENDOR #: 3002
P.O. Date: 07-13-2004 DEL. DATE: 08-13-2004
BUYER: TOM SULLIVAN

NOTE: MIDYEAR NEW ITEMS DC BACK UP ORDERS

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664M1D1
For Shipping address please
Look up "001786664M101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC Basis Date: Receipt of Goods
Disc. Pct.: 2 Disc. Days: 30 Net Days: 31
Def. Due Date: Pct. Inv. Payable:

| | QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|---|
| Will Pur. Rx | 45 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

$12,960.00

LAST PAGE

Dine

Beneficial Health

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 4780857 VENDOR #: 3002
P.O. Date: 07-13-2004 DEL. DATE: 08-13-2004
BUYER: TOM SULLIVAN

NOTE: MIDYEAR NEW ITEMS DC BACK UP ORDERS

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 0017866664I101
For Shipping address please
Look up "0017866664I101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC Basis Date: Receipt of Goods
Disc. Pct.: 2 Disc. Days: 30 Net Days: 31
Def. Due Date: Pct. Inv. Payable:

| | QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|---|
| Will Pwr. Rx | 36 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

$10,368.00

LAST PAGE

Beneficial Health.

# CVS/pharmacy
## PURCHASE ORDER

P.O.#: 5694796
P.O. Date: 07-13-2004
BUYER: TOM SULLIVAN

VENDOR #: 3002
DEL. DATE: 08-13-2004

NOTE: MIDYEAR NEW ITEMS DC BACK UP ORDERS

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664P101
For Shipping address please
Look up "001786664P101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC
Disc. Pct.: 2 Disc. Days: 30
Def. Due Date:

Basis Date: Receipt of Goods
Net Days: 31
Pct. Inv. Payable:

| QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|
| 38 | CA | 12 | 288.00 | 293469 | 85716077777 | 885716088888 |

Will Pur. Rx

$ 10,944.00

LAST PAGE

Done ✓

Beneficial Health.



# CVS/pharmacy
## PURCHASE ORDER

P.O.#: 1172093
P.O. Date: 07-13-2004
BUYER: TOM SULLIVAN

VENDOR #: 3002
DEL. DATE: 08-13-2004

NOTE: MIDYEAR NEW ITEMS DC BACK UP ORDERS

BILL TO: CVS/PHARMACY

SHIP TO ID: 001786664W101

Aug 09 04 08:08a

From: 08/06/2004 14:25 #180 P.010/022

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 6743481 VENDOR #: 3002
P.O. Date: 07-13-2004 DEL. DATE: 08-13-2004
BUYER: TOM SULLIVAN

NOTE: MIDYEAR NEW ITEMS DC BACK UP ORDERS

BILL TO: CVS/PHARMACY
Box 3128
Woonsocket RI
02895

SHIP TO ID: 001786664T101
For Shipping address please
Look up "001786664T101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC Basis Date: Receipt of Goods
Disc. Pct.: 2 Disc. Days: 30 Net Days: 31
Def. Due Date: Pct. Inv. Payable:

| QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|
| 19 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

Will Pur. Rx.

$5,472.00

LAST PAGE

Beneficial Health

Aug 09 04 08:07a p.4

From: 08/06/2004 14:25 #180 P.011/022

7/14/04 08:39 transmittments CVS PHARMACY 3002 1/1

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 7662304 VENDOR #: 3002
P.O. Date: 07-13-2004 DEL. DATE: 08-13-2004
BUYER: TOM SULLIVAN

NOTE: MIDYEAR NEW ITEMS DC BACK UP ORDERS

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664A101
For Shipping address please
Look up "001786664A101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC Basis Date: Receipt of Goods
Disc. Pct.: 2 Disc. Days: 30 Net Days: 31
Def. Due Date: Pct. Inv. Payable:

| QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|
| 18 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

Will Pur. Rx

$5,184.00

LAST PAGE

Beneficial Health.

Anne

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 8661351 VENDOR #: 3002
P.O. Date: 07-13-2004 DEL. DATE: 08-13-2004
BUYER: TOM SULLIVAN

NOTE: MIDYEAR NEW ITEMS DC BACK UP ORDERS

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 0017866645101
For Shipping address please
Look up "0017866645101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC Basis Date: Receipt of Goods
Disc. Pct.: 2 Disc. Days: 30 Net Days: 31
Def. Due Date: Pct. Inv. Payable:

| QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|
| 29 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

Will Pwr Rx

$8,352.00

LAST PAGE

Beteficial Health

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 1643971 VENDOR #: 3002
P.O. Date: 07-21-2004 DEL. DATE: 08-25-2004
BUYER: TOM SULLIVAN

NOTE: 09/19 AD CD 38

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664D101
For Shipping address please
Look up "001786664D101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC Basis Date: Receipt of Goods
Disc. Pct.: 2 Disc. Days: 30 Net Days: 31
Def. Due Date: Pct. Inv. Payable:

| | QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|---|
| Will Power Rx | 1 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

LAST PAGE

$288.00

Beneficial Health

M

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 1173196
P.O. Date: 07-20-2004
BUYER: TOM SULLIVAN

VENDOR #: 3002
DEL. DATE: 08-25-2004

NOTE: 09/19 AD CD 38

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664W101
For Shipping address please
Look up "001786664W101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC
Disc. Pct.: 2 Disc. Days: 30
Def. Due Date:

Basis Date: Receipt of Goods
Net Days: 31
Pct. Inv. Payable:

| | QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|---|
| Vill Power Rx | 80 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

LAST PAGE

$23,040.00

Beneficial Health

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 4781889
P.O. Date: 07-20-2004
BUYER: TOM SULLIVAN

VENDOR #: 3002
DEL. DATE: 08-25-2004

NOTE: 09/19 AD CD 38

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664I101
For Shipping address please
Look up "001786664I101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC
Disc. Pct.: 2 Disc. Days: 30
Def. Due Date:

Basis Date: Receipt of Goods
Net Days: 31
Pct. Inv. Payable:

| | QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|---|
| Jill Power Rx | 8 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

LAST PAGE

$2,304.00

Beneficial Health

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 7662859
P.O. Date: 07-20-2004
BUYER: TOM SULLIVAN

VENDOR #: 3002
DEL. DATE: 08-25-2004

NOTE: 09/19 AD CD 38

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664A101
For Shipping address please
Look up "001786664A101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC
Disc. Pct.: 2 Disc. Days: 30
Def. Due Date:

Basis Date: Receipt of Goods
Net Days: 31
Pct. Inv. Payable:

| | QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|---|
| Jill Power Rx | 4 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

LAST PAGE

$1,152.00

Beneficial Health

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 2654169 VENDOR #: 3002
P.O. Date: 07-20-2004 DEL. DATE: 08-25-2004
BUYER: TOM SULLIVAN

NOTE: 09/19 AD CD 38

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664N101
For Shipping address please
Look up "001786664N101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC Basis Date: Receipt of Goods
Disc. Pct.: 2 Disc. Days: 30 Net Days: 31
Def. Due Date: Pct. Inv. Payable:

| QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|
| 63 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

Will Power Rx

LAST PAGE

$18,144.00

Beneficial Health

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 3197366
P.O. Date: 07-20-2004
BUYER: TOM SULLIVAN

VENDOR #: 3002
DEL. DATE: 08-25-2004

NOTE: 09/19 AD CD 38

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664M101
For Shipping address please
Look up "001786664M101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC
Disc. Pct.: 2 Disc. Days: 30
Def. Due Date:

Basis Date: Receipt of Goods
Net Days: 31
Pct. Inv. Payable:

| QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|
| 25 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

Jill Power Rx

LAST PAGE

$7,200.00

Beneficial Health

# CVS/pharmacy
## PURCHASE ORDER

P.O.#: 8661970 VENDOR #: 3002
P.O. Date: 07-20-2004 DEL. DATE: 08-25-2004
BUYER: TOM SULLIVAN

NOTE: 09/19 AD CD 38

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664S101
For Shipping address please
Look up "001786664S101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC Basis Date: Receipt of Goods
Disc. Pct.: 2 Disc. Days: 30 Net Days: 31
Def. Due Date: Pct. Inv. Payable:

| | QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|---|
| Nill Power Rx | 4 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

LAST PAGE

$ 1,152.00

Beneficial Health

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 5695490 VENDOR #: 3002
P.O. Date: 07-20-2004 DEL. DATE: 08-25-2004
BUYER: TOM SULLIVAN

NOTE: 09/19 AD CD 38

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664P101
For Shipping address please
Look up "001786664P101" at
www.cvsed1.com/shipto.html

Terms Type: BASIC Basis Date: Receipt of Goods
Disc. Pct.: 2 Disc. Days: 30 Net Days: 31
Def. Due Date: Pct. Inv. Payable:

| | QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|---|
| Vill Power Rx | 30 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

LAST PAGE

$8,640.00

Beneficial Health

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 6744393
P.O. Date: 07-20-2004
BUYER: TOM SULLIVAN

VENDOR #: 3002
DEL. DATE: 08-25-2004

NOTE: 09/19 AD CD 38

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 001786664T101
For Shipping address please
Look up "001786664T101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC
Disc. Pct.: 2 Disc. Days: 30
Def. Due Date:

Basis Date: Receipt of Goods
Net Days: 31
Pct. Inv. Payable:

| | QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|---|
| Jill Power Rx | 4 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

LAST PAGE

$1,152.00

Beneficial Health