# CVS Vendor Information Form

**Vendor to Complete ALL Shaded Fields where applicable**

| | |
|---|---|
| ☐ *New Vendor Info*<br>**Vendor #** ____ **Remit Vendor #** ____ | ☐ *Change Info for Existing Vendor*<br>**Vendor #** ____ |

**Choose One:** **DSD Vendor** ☐ **Warehouse Vendor** ☐ **Expense Vendor** ☐

| **Remit Address** | | **PO Address** | |
|---|---|---|---|
| Vendor Name | Beneficial Health Systems | Name | Beneficial Health Systems c/o Contemporary Marketing |
| DBA | | Street | 1569 Barclay Blvd. |
| Address 1 | 4848 S. Highland Drive | City/State | Buffalo Grove, IL |
| Address 2 | Suite 402 | Zip | 60089 |
| City/State | Salt Lake City, UT | Sales Rep | Ed Ellis |
| Zip | 841117 Country USA | AR Phone # | 847-541-0330 Corporate Phone 847-541-0330 |

**Category Manager Code** _

**FOB/FFA/Prepaid (Freight Terms)** _
Blank = Prepaid
1 = FOB (Free on Board)
2 = FFA (Full Frt Allowance)
Choose One:
FOB Destination ☒
Ship Point ☐

**Co-Op Ad Code** _
1 = Adv in any warehouse fulfills adv. Req in all whses.
2 = Each whse is required to advertise on initial buy made for that whse.
3 = Adv is req for all buys made by a whse.
4 = adv in one or more specific whse fulfills req in all whses
5 = Adv subject to certain exceptions
9 = Vendor does not offer co-op adv allowance.

**Order Multiple** C_ **Minimum Units** 1
C = Cases D = Dozens P= Pieces

**Minimum Units Multiple** C_
C = Cases Z = Dozens P = Pieces L = Pounds

**Minimum Dollars** N/A

**Pay Terms** 2% 30 Net 31

**Damage Disposition Code** SV
DO = Donate
VP = Vendor Pickup
SV = Vendor Return
SI = Dispose

**Damage Payment Type** D
W = Write off: CVS absorbs the cost of damages, or vendor pays off-invoice allowance
D = CVS deducts Damage from the next payment to vendor
C = Vendor sends check to CVS

**DSD/Expense Vendor Only**
Pay Group ____

**Tax ID #** 84-1625011 **Employee** ☐ Yes ☐ No

[redacted]