UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CVS PHARMACY, INC.<br><br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, CIN.,<br>BENEFICIAL HEALTH SYSTEMS, INC.,<br>BENEFICIAL NUTRACEUTICALS, INC.<br>INTEGRATED BIOPHARMA, INC., and<br>CONTEMPORARY MARKETING, INC.<br><br>Defendants. | CIVIL ACTION NO. 05-171T |

**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff CVS Pharmacy, Inc. ("CVS") and Defendant Contemporary Marketing, Inc. ("CMI") hereby jointly move this Court for an extension of time, through and including December 12, 2005, for CMI to file its response to the Complaint filed by CVS in the above-captioned proceeding. In support of this motion, CMI respectfully asserts that the requested extension is necessary for undersigned counsel to adequately familiarize itself with the relevant claims and defenses sufficient to prepare a responsive pleading. In addition, this is CMI's first request for an extension.

WHEREFORE, CVS and CMI respectfully request that this Honorable Court:

A. Grant an extension of time, through and including December 12, 2005, to CMI to file its response to Plaintiff's Complaint; and

B. Grant such other and further relief as justice may require.

Respectfully Submitted,
CVS PHARMACY, INC.
By its attorneys,

Todd M. Reed, Esq. (#6602)
EDWARDS, ANGELL, PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611

CONTEMPORARY MARKETING, INC.
By its attorneys,

CharCretia V. Di Bartolo, (#5862)
HINSHAW & CULBERTSON, LLP
127 Dorrance St.,
Providence, RI 02903
(401) 454-7700
(401) 454-8055, facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November, 2005, a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna, Esquire
Jesse A. Kaplan, Esquire
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, NY 10016

David A. Wollin, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

CharCretia V. DiBartolo, Esquire
Hinshaw & Culbertson, LLP
127 Dorrance Street
Providence, RI 02903