UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CVS PHARMACY, INC.

Plaintiff,

v.

BENEFICIAL HOLDINGS, INC.,
BENEFICIAL HEALTH SYSTEMS, INC.,
BENEFICIAL NUTRACEUTICALS, INC.
INTEGRATED BIOPHARMA, INC., and
CONTEMPORARY MARKETING, INC.

Defendants.

CIVIL ACTION NO. 05-171T

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO CROSSCLAIM**

Defendant Contemporary Marketing, Inc. ("CMI") hereby moves this Court for an extension of time, through and including December 12, 2005, for CMI to file its response to the Crossclaim filed by Defendant Beneficial Holdings, Inc. ("Beneficial") in the above-captioned proceeding. In support of this motion, CMI respectfully asserts that the requested extension is necessary for undersigned counsel to adequately familiarize herself with the relevant claims and defenses sufficient to prepare a responsive pleading. In addition, this is CMI's first request for an extension.

Beneficial's counsel assents to this Motion.

WHEREFORE, CMI respectfully request that this Honorable Court:

A. Grant an extension of time, through and including December 12, 2005, to CMI to file its response to Beneficial's Crossclaim; and

GRANTED
Ernest C. Torres
Chief, US District Judge
12/13/05

B. Grant such other and further relief as justice may require.

CONTEMPORARY MARKETING, INC.
By its attorneys,

CharCretia V. Di Bartolo, (#5862)
HINSHAW & CULBERTSON, LLP
127 Dorrance St.,
Providence, RI 02903
(401) 454-7700
(401) 454-8055, facsimile

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that a true and accurate copy of the above pleading was served via first class mail postage prepaid on the 2nd day of December, 2005, to the following counsel of record:

David A. Wollin, Esq.
Adler, Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

and

Todd M. Reed, Esq. (#6602)
EDWARDS, ANGELL, PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903

CharCretia V. Di Bartolo