UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: CharCretia V. DiBartolo, Esq.

RE: CA 05-171T

CVS Pharmacy, Inc. v. Beneficial Holdings, Inc., et al

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 12 / 12 /2005 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

_____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Document violates Amended General Order 2002-01.

xx 9. Other: Affidavit filed in support of motion to dismiss must be filed in duplicate.

ENTER: [signature]

United States Magistrate Judge

Date: 12/12/05

cc: Counsel of Record

RECEIVED DEC - 2 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CVS PHARMACY, INC.<br><br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC.,<br>BENEFICIAL HEALTH SYSTEMS, INC.,<br>BENEFICIAL NUTRACEUTICALS, INC.<br>INTEGRATED BIOPHARMA, INC., and<br>CONTEMPORARY MARKETING, INC.<br><br>Defendants<br><br>v.<br><br>ED ELLIS,<br><br>Third Party Defendant. | CIVIL ACTION NO. 05-171T |

**AFFIDAVIT OF MICHAEL OKUN**

I, Michael Okun, having been duly sworn, testify as follows:

1. I am the President of Contemporary Marketing, Inc. ("CMI") and reside in Illinois. I have personal knowledge of the matters alleged in this Affidavit and if called on to testify, would testify consistent with this Affidavit. The facts set forth in this Affidavit are true and correct to the best of my knowledge.

2. Attached hereto as Exhibit "A is a true and accurate copy of the Sales Representative Agreement between Beneficial Holdings, Inc. ("Beneficial") and CMI, which I signed on behalf of CMI.