**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CVS PHARMACY, INC.<br><br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC.,<br>BENEFICIAL HEALTH SYSTEMS, INC.,<br>BENEFICIAL NUTRACEUTICALS, INC.<br>INTEGRATED BIOPHARMA, INC., and<br>CONTEMPORARY MARKETING, INC.<br><br>Defendants<br><br>v.<br><br>ED ELLIS,<br><br>Third Party Defendant. | CIVIL ACTION NO. 05-171T |

**AFFIDAVIT OF EDWIN M. ELLIS**

I, Edwin M. Ellis, having been duly sworn, testify as follows:

1. I have personal knowledge of the matters alleged herein and if called on to testify, would testify consistent with this Affidavit. The facts set forth herein are true and correct to the best of my knowledge.

2. In January 2002, I became the Vice President of Sales for Contemporary Marketing, Inc. ("CMI"). I have held that position and been an employee of CMI ever since.

3. All of my contacts with Beneficial Holdings, Inc. ("Beneficial") at issue in the Complaint were undertaken and carried out pursuant to my position as an employee of CMI. I would have had no contact with Beneficial had it not been for the fact that I was a CMI employee acting within the course and scope of my employment.

4. In my dealings with Beneficial, it was always my understanding that Beneficial had signed, or would shortly sign, the Sales Representative Agreement attached to the Affidavit of Michael Okun as Exhibit A. Had Beneficial not done so, I would have terminated any dealings with Beneficial. In other words, there would have been no involvement of CMI in the transactions complained of in the Complaint were it not for the Sales Representative Agreement.

5. Similarly, all of my contacts with the State of Rhode Island as they relate to the contract between CVS and Beneficial and the negotiations leading up to the contract, were as a result of my employment with CMI.

6. The Agreement includes representation of Beneficial by CMI with respect to accounts in addition to CVS including GNC, Walgreens, Target and Walmart. As these accounts are not located in Rhode Island, the Agreement contemplates representation of Beneficial by CMI in multiple jurisdictions.

7. I am currently a resident of Pittsburgh, Pennsylvania. My employer, CMI, is headquartered in Buffalo Grove, Illinois which is in Cook County, Illinois. I travel frequently to Chicago and I would be willing to submit myself to the personal jurisdiction of the State Courts in Cook County, Illinois to resolve the disputes, if any,

against me in the above case. It would be more convenient and economical for me to travel to Illinois than to Rhode Island.

Dated this 6th day of December, 2005.

Edwin M. Ellis
Edwin M. Ellis

Signed under the penalties of perjury before me this 6th day of December, 2005.

"OFFICIAL SEAL"
J.N. ALPERSTEIN
Notary Public, State of Illinois
My Commission Expires 2/10/2008

Notary Public

I hereby certify that on this 9th day of December 2005, I served the foregoing document by causing a copy of same to be ~~mailed, postage prepaid, hand delivered~~ overnight delivered to all counsel of record.

Cara Curtis DiBartolo



34015889v1 NEWFILE