UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CVS PHARMACY, INC.<br><br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC.,<br>BENEFICIAL HEALTH SYSTEMS, INC.,<br>BENEFICIAL NUTRACEUTICALS, INC.<br>INTEGRATED BIOPHARMA, INC., and<br>CONTEMPORARY MARKETING, INC.<br><br>Defendants<br><br>v.<br><br>ED ELLIS,<br><br>Third Party Defendant. | CIVIL ACTION NO. 05-171T |

**DEFENDANT CONTEMPORARY MARKETING, INC.'S AND THIRD PARTY DEFENDANT ED ELLIS ' MOTION FOR RELIEF FROM AMENDED GENERAL ORDER #2002-01**

Defendant Contemporary Marketing, Inc. ("CMI") and Third Party Defendant Ed Ellis ("Ellis"), respectfully move for relief from Amended General Order #2002-01, which restricts the number of pages of exhibits attached to motions, other than dispositive motions, to a total of five pages in the aggregate. As grounds for its motion, CMI and Ellis state that additional pages are needed to support their Motions to Dismiss the Complaint, Cross Claim and Third Party Complaint. In their Motions to Dismiss the Cross Claim and Third Party Complaint, CMI and Ellis assert that a forum selection clause included in a Sales Representative Agreement governs the venue for

these actions. In order to support their motions, it is necessary for CMI and Ellis to submit a copy of the Sales Representative Agreement, which is itself six pages long, as well as documents related to the negotiation of that Agreement. In addition, because CMI and Ellis also assert that this issue has already been considered in their favor by the Federal District Court for the District of Utah (Central Division), it is necessary to submit, at a minimum, a copy of the order dismissing that related case. Accordingly, Defendant CMI and Third Party Defendant Ellis request relief from the Court's Order such that CMI and Ellis may submit an additional seventeen (17) pages.

WHEREFORE, Defendant CMI and Third Party Defendant Ellis respectfully request relief from the Court's Amended General Order #2002-01 to the extent of seventeen (17) additional pages of exhibits.

CONTEMPORARY MARKETING, INC.
and EDWIN M. ELLIS
By their attorneys,

CharCretia V. Di Bartolo, (#5862)
HINSHAW & CULBERTSON, LLP
127 Dorrance St.,
Providence, RI 02903
(401) 454-7700
(401) 454-8055, facsimile

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that a true and accurate copy of the above pleading was served via overnight mail on the 9th day of December, 2005, to the following counsel of record:

David A. Wollin, Esq.
Adler, Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

and

Jacqueline Camichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, UT 84111

and

Todd M. Reed, Esq.
Edwards, Angell, Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

CharCretia V. Di Bartolo