UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CVS, INC.
Plaintiff,

v. : C.A. No. 05-CV-171 T

BENEFICIAL HOLDINGS, INC., et al.
Defendants

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE MOTIONS TO DISMISS**

Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. (hereinafter collectively "Beneficial"), respectfully moves for an extension of time until January 9, 2006 to respond to Crossclaim Defendant Contemporary Marketing, Inc.'s ("CMI") motion to dismiss Beneficial's cross-claim and to Third Party Defendant Edwin Ellis' motion to dismiss Beneficial's Third-Party complaint. Beneficial's objection is currently due December 23, 2005. The extension is needed so that Beneficial may have sufficient time to research and draft an opposition to the motions to dismiss. **Counsel for CMI and Edwin Ellis consent to the requested extension.**

Wherefore, Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. respectfully request that they be allowed an extension of time until January 9, 2006 to respond to the pending motions to dismiss.

Dated: December 19, 2005

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Attorneys for Beneficial Holdings, Inc.*
*Beneficial Health Systems, Inc. and*
*Beneficial Nutraceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2005, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

365176_1.doc