**From:** Michael Okun
**Sent:** Friday, June 18, 2004 7:18 PM
**To:** 'hlcis@aol.com'
**Subject:** RE: Beneficial/CMI latest draft

Harvey
Please call me ASAP so we can discuss
number 6 & 11 must stay as is
We need to have a signed contract or we can not move forward with orders
Thanks
Michael
847-651-6586

> -----Original Message-----
> **From:** hlcis@aol.com [mailto:hlcis@aol.com]
> **Sent:** Tuesday, June 15, 2004 5:32 PM
> **To:** Michael Okun
> **Subject:** Fwd: Beneficial/CMI latest draft
>
> Mike sorry it took so long please call if you have any questions