FILED
U.S. DISTRICT COURT
2005 OCT 20 P 2: 08
DISTRICT OF UTAH
BY: DEPUTY CLERK

ANDERSON & KARRENBERG
John P. Mullen, #4097
John A. Bluth, #9824
700 Chase Tower
50 West Broadway
Salt Lake City, Utah 84101
Telephone: (801) 534-1700

**Attorneys for Defendants**
**Contemporary Marketing, Inc. and Ed Ellis**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| **BENEFICIAL HOLDINGS, INC., a Nevada corporation, dba BENEFICIAL HEALTH SYSTEMS,**<br><br>Plaintiff,<br><br>vs.<br><br>**CVS PHARMACY, INC.**, a foreign corporation, **CONTEMPORARY MARKETING, INC.**, a foreign corporation, and **ED ELLIS**, an individual,<br><br>Defendants. | **ORDER**<br><br>Civil No. 2:05-CV00439-TS<br><br>Judge Ted Stewart |

Defendants Contemporary Marketing, Inc.'s ("CMI") and Ed Ellis's ("Ellis") Motion to Dismiss, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, based on the Forum Selection Clause in the Sales Representative Agreement between CMI and Beneficial Holdings, Inc. ("Beneficial"), was heard by this Court on Monday, October 3, 2005. Beneficial was

represented by James E. Morton, Esq., and CMI and Ellis were represented by John P. Mullen, Esq. Also attending was Mark Callister, Esq. representing CVS Pharmacy, Inc. ("CVS").

The Court having read the Memoranda, Affidavits and Exhibits submitted by all parties in support of and in opposition to the Motion to Dismiss, and having listened to the arguments of counsel presented in open court, and having presented its ruling and findings in open Court,

IT IS HEREBY ORDERED that CMI's and Ellis's Motion to Dismiss is granted for reasons set forth by the Court in its oral ruling.

DATED this 19th day of October, 2005.

IT IS SO ORDERED:

T Stewart

Hon. Ted Stewart
District Court Judge

APPROVED AS TO FORM:

J. P. M

John P. Mullen, Esq.
**Attorneys for Contemporary Marketing, Inc. and Ed Ellis**

for Jacquelyn D. Carmichael

James E. Morton, Esq.
**Attorneys for Beneficial Holdings, Inc.**

______________________

Michael L. Callister, Esq.
**Attorneys for CVS Pharmacy, Inc.**

I hereby certify that the annexed is a true and correct copy of a document or an electronic docket entry on file at the United States District Court for the District of Utah.
# of pages 4
Date: 11-4-05
MARKUS B. ZIMMER, Clerk
By: Deputy Clerk

represented by James E. Morton, Esq., and CMI and Ellis were represented by John P. Mullen, Esq. Also attending was Mark Callister, Esq. representing CVS Pharmacy, Inc. ("CVS").

The Court having read the Memoranda, Affidavits and Exhibits submitted by all parties in support of and in opposition to the Motion to Dismiss, and having listened to the arguments of counsel presented in open court, and having presented its ruling and findings in open Court,

IT IS HEREBY ORDERED that CMI's and Ellis's Motion to Dismiss is granted for reasons set forth by the Court in its oral ruling.

DATED this ____ day of October, 2005.

IT IS SO ORDERED:

________________________________
Hon. Ted Stewart
District Court Judge

APPROVED AS TO FORM:

________________________________
John P. Mullen, Esq.
**Attorneys for Contemporary Marketing, Inc. and Ed Ellis**

________________________________
James E. Morton, Esq.
**Attorneys for Beneficial Holdings, Inc.**

________________________________
~~Michael~~ Mark L. Callister, Esq.
**Attorneys for CVS Pharmacy, Inc.**

## CERTIFICATE OF MAILING

I hereby certify that on October 18, 2005, a true and correct copy of the foregoing **ORDER** was sent by via first-class mail, postage pre-paid, to the following:

James E. Morton, Esq.
Jacquelynn D. Carmichael, Esq.
Morton & Carmichael
3995 South 700 East, Suite 400
Salt Lake City, Utah 84107
*Attorneys for Plaintiff*

Mark L. Callister, Esq.
Callister Nebeker & McCullough
Gateway Tower East, Suite 900
10 East South Temple
Salt Lake City, Utah 84133
*Attorneys for Defendant CVS Pharmacy, Inc.*

Nicolas Fortuna, Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna
200 Madison Avenue, 5th Floor
New York, New York 10016-3903
*Attorneys for Defendant CVS Pharmacy, Inc.*

[signature]