UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 2 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No. 05-171T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC.,
BENEFICIAL NUTRACEUTICALS, INC.,
INTEGRATED BIOPHARMA, INC., and
CONTEMPORARY MARKETING , INC.

Defendants.

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO CONTEMPORARY MARKETING, INC.'S MOTION TO DISMISS**

The plaintiff, CVS Pharmacy, Inc. ("CVS") by its attorneys, Edwards Angell Palmer & Dodge LLP, respectfully requests that this Honorable Court extend, until January 9, 2006, the time within which it may respond to the Motion to Dismiss filed by the defendant, Contemporary Marketing, Inc. CVS' response is currently due December 27, 2005. The extension requested in this Motion is needed so that CVS may have sufficient time to consider and draft its response. Counsel for Contemporary Marketing, Inc. consents to the extension requested herein.

GRANTED. NO FURTHER extensions will be granted.

Ernest C. Torres

Ernest C. Torres
Chief, US District Judge

1/3/06

WHEREFORE, CVS respectfully requests that the time within which it may respond to Contemporary Marketing, Inc.'s Motion to Dismiss be extended until January 9, 2006.

Dated: December 21, 2005
Providence, Rhode Island

Respectfully submitted,

EDWARDS ANGELL PALMER &
DODGE LLP

By:__________________________

Todd M. Reed, Esq. (#6602)
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2005, a copy of the within document was mailed, via first class mail, to the following counsel of record:

David Wollin, Esquire
Adler Pollack & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

CharCretia V.DiBartolo, Esquire
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Nicholas Fortuna, Esquire
Jesse A. Kaplan, Esquire
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, NY 10016

____________________