UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. Plaintiff, | : | |
| v. | : | C.A. No. 05-CV-171 T |
| BENEFICIAL HOLDINGS, INC., et al. Defendants | : | |

**CONSENT MOTION FOR BRIEF EXTENSION OF TIME**
**TO RESPOND TO THE MOTIONS TO DISMISS**

Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. (hereinafter collectively "Beneficial"), respectfully move for an extension of time until January 17, 2006 to respond to Crossclaim Defendant Contemporary Marketing, Inc.'s ("CMI") motion to dismiss Beneficial's cross-claim and to Third Party Defendant Edwin Ellis' motion to dismiss Beneficial's Third-Party complaint. Beneficial's objection is currently due January 9, 2006. The extension is needed so that Beneficial can obtain the transcript of the relevant proceedings and rulings in the Utah federal district court on which CMI and Mr. Ellis rely in support of their motions to dismiss and to complete drafting the opposition papers in light of that transcript. Beneficial ordered the transcript last year and has been informed by the Utah court reporter that the transcript will be ready and available by Tuesday, January 10. **Counsel for CMI and Edwin Ellis consent to the requested brief extension.**

Wherefore, Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. respectfully request that they be allowed an extension of time until January 17, 2006 to respond to the pending motions to dismiss.

Dated: January 5, 2006

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Attorneys for Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2006, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

*365176_1.doc*