UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JAN 06 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No. 05-171T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO CONTEMPORARY MARKETING, INC.'S MOTION TO DISMISS**

The plaintiff, CVS Pharmacy, Inc. ("CVS") by its attorneys, Edwards Angell Palmer & Dodge LLP, respectfully requests that this Honorable Court extend, until January 17, 2006, the time within which it may respond to the Motion to Dismiss filed by the defendant, Contemporary Marketing, Inc ("CMI"). CVS' response is currently due January 9, 2006.

The extension requested in this Motion is needed based on the likelihood of settlement between CVS and CMI. CVS and CMI have recently been involved in settlement discussions. Counsel for both CVS and CMI have jointly drafted a proposed settlement agreement that the parties believe will resolve the action between CVS and CMI. Before the parties can enter into any final settlement agreement, however, CVS' general counsel's office must first approve the proposed settlement agreement. While the parties anticipate that the proposed settlement agreement will be approved, the individual within CVS' general counsel's office with authority

to approve it is out of the office and unavailable until January 11, 2006. Accordingly, such a settlement agreement cannot be consummated until January 11, 2006, at the earliest. Thus, although the Court has previously stated that no further extensions would be granted, CVS respectfully makes this request in light of the likelihood that its claims against CMI will be settled next week.

Counsel for CMI consents to the extension requested herein.

WHEREFORE, CVS respectfully requests that the time within which it may respond to Contemporary Marketing, Inc.'s Motion to Dismiss be extended until January 17, 2006.

Dated: January 6, 2006
Providence, Rhode Island

Respectfully submitted,

EDWARDS ANGELL PALMER &
DODGE LLP

By: [signature]
Todd M. Reed, Esq. (#6602)
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611

GRANTED
[signature: Ernest C. Torres]
Ernest C. Torres
Chief, US District Judge
1/6/06

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January, 2006, a copy of the within document was mailed, via first class mail, to the following counsel of record:

David Wollin, Esquire
Adler Pollack & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

CharCretia V.DiBartolo, Esquire
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Nicholas Fortuna, Esquire
Jesse A. Kaplan, Esquire
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, NY 10016

[signature]