FILED
JAN 05 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CVS, INC.
Plaintiff,

v. C.A. No. 05-CV-171 T

BENEFICIAL HOLDINGS, INC., et al.
Defendants

**CONSENT MOTION FOR BRIEF EXTENSION OF TIME TO RESPOND TO THE MOTIONS TO DISMISS**

Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. (hereinafter collectively "Beneficial"), respectfully move for an extension of time until January 17, 2006 to respond to Crossclaim Defendant Contemporary Marketing, Inc.'s ("CMI") motion to dismiss Beneficial's cross-claim and to Third Party Defendant Edwin Ellis' motion to dismiss Beneficial's Third-Party complaint. Beneficial's objection is currently due January 9, 2006. The extension is needed so that Beneficial can obtain the transcript of the relevant proceedings and rulings in the Utah federal district court on which CMI and Mr. Ellis rely in support of their motions to dismiss and to complete drafting the opposition papers in light of that transcript. Beneficial ordered the transcript last year and has been informed by the Utah court reporter that the transcript will be ready and available by Tuesday, January 10. **Counsel for CMI and Edwin Ellis consent to the requested brief extension.**

**GRANTED**

Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
1/9/06