RECEIVED

JAN 13 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CVS, INC.
Plaintiff,

v.

BENEFICIAL HOLDINGS, INC., et al.
Defendants

C.A. No. 05-CV-171 T

# STIPULATION

Defendant/Third-Party Plaintiff Beneficial Holdings, Inc. d/b/a Defendant Beneficial Health Systems, Inc. and Third-Party Defendant Edwin Ellis hereby stipulate and agree as follows:

1. Third-Party Defendant Edwin Ellis withdraws his Motion to Dismiss Third Party Complaint (dated December 9, 2005) without prejudice.

2. Defendant/Third-Party Plaintiff Beneficial Holdings, Inc. d/b/a Defendant Beneficial Health Systems, Inc. withdraws and/or dismisses its Third Party Complaint (dated November 16, 2005) against Edwin Ellis without prejudice.

Dated: January 13, 2006

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Attorneys for Beneficial Holdings, Inc. Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc. and Integrated Biopharma, Inc.*

~~Ernest C. Torres
Chief, U.S. District Judge
DATE~~

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE:

CharCretia D. DiBartolo /[illegible]

CharCretia V. DiBartolo, #5862
HINSHAW & CULBERTSON, LLP
127 Dorrance Street
Providence, RI 02903
Tel: 401-454-7700
Fax: 401-454-8055

*Attorneys for Contemporary Marketing, Inc. and Edwin M. Ellis*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2006, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

David A. W[signature]

*367877_1.doc*