UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No.:05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

---

**CONSENT MOTION TO VOLUNTARILY DISMISS PLAINTIFF'S ACTION AGAINST DEFENDANT CONTEMPORARY MARKETING, INC., PURSUANT TO RULE 41(a)(2)**

The plaintiff, CVS Pharmacy, Inc. ("CVS") by its attorneys, Edwards Angell Palmer & Dodge LLP, respectfully requests that this Honorable Court dismiss plaintiff CVS' action against defendant Contemporary Marketing, Inc., ("CMI") with prejudice. Defendant CMI consents to the dismissal of the action against it.

WHEREFORE, CVS respectfully requests this Honorable Court dismiss plaintiff CVS' action against CMI with prejudice.

Dated: January 17, 2006
Providence, Rhode Island

Respectfully submitted,

EDWARDS ANGELL PALMER &
DODGE LLP

By: Todd M. Reed (Reed)

Todd M. Reed, Esq. (#6602)
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2006, a copy of the within document was mailed, via first class mail, to the following counsel of record:

David Wollin, Esquire
Adler Pollack & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

CharCretia V.DiBartolo, Esquire
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Nicholas Fortuna, Esquire
Jesse A. Kaplan, Esquire
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, NY 10016

Cheryl Ray