UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-CV-171 T |

**MOTION OF BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC. AND INTEGRATED BIOPHARMA, INC. TO EXCEED PAGE LIMITS**

Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. (hereinafter collectively "Beneficial") and Defendant Integrated Biopharma, Inc. respectfully move, pursuant to Local Rule 7(d)(3), to exceed the page limit established for a declaration and attached appendix in support of a motion for partial summary judgment. The page limit is 20 pages and the movants are seeking an additional 70 pages for the appendix; the declaration itself is only 6 pages. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: February 3, 2006

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Attorneys for Beneficial Holdings, Inc.*
*Beneficial Health Systems, Inc.,*
*Beneficial Nutraceuticals, Inc. and*
*Integrated Biopharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3d day of February, 2006, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

*370550_1.doc*

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-CV-171 T |
| | : | |
| BENEFICIAL HOLDINGS, INC., et al. | : | |
| Defendants | : | |

**MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC. AND INTEGRATED BIOPHARMA, INC. TO EXCEED PAGE LIMITS**

Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. (hereinafter collectively "Beneficial") and Defendant Integrated Biopharma, Inc. respectfully submit this memorandum of law in support of their motion, pursuant to Local 7(d)(3), to exceed the page limit established for a declaration and attached appendix in support of a motion for partial summary judgment.

**ARGUMENT**

Beneficial and Integrated Biopharma wish to file a motion for partial summary judgment that they believe may resolve many of the issues in the case. The motion for summary judgment will seek to establish that Plaintiff CVS Pharmacy, Inc. is liable to pay for certain purchase orders it send to Beneficial and Integrated Biopharma. In support of the motion for summary judgment, Beneficial and Integrated intend to submit a short declaration of 6 pages. However, the appendix attached to the declaration, consisting largely of the purchase orders themselves, is 84 pages, well in excess of the 20-page limit imposed by this Court.

Beneficial and Integrated respectfully ask that the Court allow an additional 70 pages so the parties can bring to the Court's attention the purchase orders at issue in the motion for partial summary judgment. The movants submit that it is imperative that the Court view the explicit terms of the purchase orders because CVS is disputing the explicit payment terms contained therein. The movants have endeavored to attach to the declaration only those documents that are absolutely necessary for resolution of their motion. CVS will not be prejudiced by the extension of the page limits because presumably it too would want the Court to have the appropriate record before it for determination. None of the other papers associated with the motion, including the memorandum of law, exceeds the page limits.

Accordingly, Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. and Defendant Integrated Biopharma respectfully request that they be allowed to exceed the page limits for a declaration and attached appendix by 70 pages.

Dated: February 3, 2006

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Attorneys for Beneficial Holdings, Inc.
Beneficial Health Systems, Inc.,
Beneficial Nutraceuticals, Inc. and
Integrated Biopharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3d day of February, 2006, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

*370554_1.doc*