UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CVS, INC.,

Plaintiff,

v. C.A. No. 05-171T

BENEFICIAL HOLDINGS, INC.,
BENEFICIAL HEALTH SYSTEMS, INC.,
BENEFICIAL NUTRACEUTICALS, INC.,
INTEGRATED BIOPHARMA, INC., and
CONTEMPORARY MARKETING, INC.,

Defendants.

ORDER DENYING DEFENDANTS' MOTION TO EXCEED THE PAGE LIMITS

The Motion to Exceed the Page Limits filed by Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc., and Integrated Biopharma, Inc. is hereby DENIED without prejudice. Defendants may refile their motion if and when the Court conducts a summary judgment conference in this matter.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 2/14/06