UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

CVS PHARMACY, INC.

Plaintiff,

- against - Civil Action No.:05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

---

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, CVS Pharmacy, Inc., hereby moves that Nicholas Fortuna, Esquire and Jesse A. Kaplan, Esquire be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Dated: March 1, 2006
Providence, Rhode Island

Respectfully submitted,
EDWARDS ANGELL PALMER & DODGE LLP

By:____________________
Todd M. Reed, Esq. (#6602)
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611