UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

CVS PHARMACY, INC.

Plaintiff,

- against - Civil Action No.: 05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING, INC.

Defendants.

---

# JOINT STATUS REPORT

Plaintiff CVS Pharmacy, Inc. ("CVS"), Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc., (referred to collectively as "Beneficial"), Integrated Biopharma, Inc., and Contemporary Marketing, Inc., ("CMI") file this Joint Status Report. On February 27, 2006, counsel for the respective parties conferred as required by the Court's February 15, 2006 Notice, held a Rule 26(f) conference and conferred concerning the filing of a motion for summary judgment by Beneficial and Integrated Biopharma. In addition to the items enumerated in Rule 26(f), the parties also discussed the items listed in the Court's February 15, 2006 Notice.

Defendant/Cross Claim Defendant Contemporary Marketing, Inc. agrees to the following without prejudice to its pending Motion to Dismiss Cross Claim and Third Party Complaint which has been re-scheduled for hearing on March 22, 2006.

## Changes in Timing, Form or Requirement of Disclosures Under 26(a)

The parties have stipulated to minor changes to the disclosure requirements under

Rule 26(a). The parties agree that they will disclose the information required under Rule 26(a)(1)(A) and (D) within 14 days of the February 27, 2006 Rule 26(f) conference. The parties have further agreed that they will produce documents reflecting the information required under Rule 26(a)(1)(B) and (C) within 60 days of the February 27, 2006 Rule 26(f) conference.

**Nature of Discovery**

The parties believe that discovery should be completed within six (6) months from the Court's March 27, 2006 pretrial conference, although each party reserves the right to seek an extension, if necessary. Discovery will not be conducted in phases. At this time, the parties do not dispute the subjects on which discovery may be needed, but reserve their rights to make objections when appropriate.

The parties have agreed to a discovery timeline. The parties may serve normal document requests pursuant to Rule 34 within 28 days of the February 27, 2006 Rule 26(f) conference. The parties reserve their right to serve supplemental document requests. The parties must object to any document requests within 30 days of service as required by Rule 34. The parties must provide responsive documents within 60 days of the February 27, 2006 Rule 26(f) conference. The parties may serve interrogatories, requests for admission and other permissible discovery in compliance with the Federal Rules of Civil Procedure and all applicable local rules. The parties must respond to any interrogatories, requests for admission and other permissible discovery in compliance with the Federal Rules of Civil Procedure and all applicable local rules.

Depositions of all party and non-party witnesses will be completed within six (6) months of the March 27, 2006 pretrial conference. This includes depositions of any

expert witnesses. The parties will attempt to agree to the specific time and location of party and non-party depositions in conformity with the Federal Rules of Civil Procedure and any applicable local rules.

Finally, expert disclosures made pursuant to Rule 26(a)(2) which support a party's case in chief shall be made within 90 days of the March 27, 2006 pretrial conference. Additionally, the parties will make disclosures of rebuttal experts pursuant to Rule 26(a)(2) within 120 days of the March 27, 2006 pretrial conference.

Each party reserves the right to ask the Court for an extension of any of the foregoing deadlines, if necessary.

## Changes in Limitation of Discovery

See above.

## Orders Pursuant to Rule 26(c)

The parties reserve their rights to seek a protective order governing the handling of certain confidential information to be disclosed in discovery, including financial and other competitively sensitive information. The parties will negotiate the terms of such an order and present it to the Court for entry.

## Settlement Negotiations

At this time, the parties believe that a settlement conference before a Magistrate Judge is appropriate.

**Summary Judgment Conference**

The parties have conferred about the filing of a motion for summary judgment by Beneficial and Integrated Biopharma and will be prepared to discuss their respective positions with the Court at the March 27, 2006 pretrial conference

Dated: March 8, 2006
Providence, Rhode Island

Respectfully submitted,

EDWARDS ANGELL PALMER & DODGE, LLP

By: Todd Reed /DAW
Todd M. Reed
*Attorneys for Plaintiff CVS Pharmacy, Inc.*
2800 Financial Plaza
Providence, R.I. 02903

OF COUNSEL:
ALLYN & FORTUNA LLP
Nicholas Fortuna, Esq.
Jesse A. Kaplan, Esq.
200 Madison Avenue, 5th Floor
New York, New York 10016

ADLER POLLOCK & SHEEHAN P.C.

By: ____________________
David A. Wollin (#4950)
*Attorneys for Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc., and Integrated Biopharma, Inc.*
Adler Pollock & Sheehan P.C.
One Citizen Plaza, 8th Floor
Providence, R.I. 02903-1345
(401) 274-7200
(401) 351-4607 (fax)

HINSHAW & CULBERTSON, LLP

By: CharCretia DiBartolo /ster

CharCretia V. DiBartolo
*Attorneys for Defendant Contemporary Marketing, Inc.*
127 Dorrance Street, 4th Floor
Providence, R.I. 02903

*373340_1.doc*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2006, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

____________________________

*374364_1.doc*