FILED DEC 1 9 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CVS PHARMACY, INC.

*Plaintiff,*

v.

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING, INC.,

*Defendants.*

CIVIL ACTION NO.: 05-171-T

**DEFENDANT CONTEMPORARY MARKETING, INC.'S MOTION TO DISMISS COMPLAINT**

Pursuant to Fed.R.Civ.P. 12(b)(6), defendant Contemporary Marketing, Inc. ("CMI") hereby moves to dismiss the Complaint against it because the Complaint fails to state a claim against CMI upon which relief can be granted. As grounds for its motion, CMI states that the Complaint fails to state an actual, justiciable controversy between CMI and CVS and, thus, there is no basis for CVS to request a declaration of any rights against CMI. In support of this motion, CMI submits an accompanying memorandum of law.

WHEREFORE, CMI respectfully requests that the Court dismiss the Complaint against it.

PASSED AS MOOT

Ernest C. Torres
Chief Judge

Date: March 23, 2006

Respectfully Submitted,
**Contemporary Marketing, Inc.**,
By its attorneys,

CharCretia V. Di Bartolo, Bar I.D. #5862
HINSHAW & CULBERTSON, LLP
127 Dorrance Street
Providence, RI 02903
(401) 454-7700
(401) 454-8055, facsimile

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 12(b), CMI respectfully requests oral argument with respect to this motion. As grounds for their request, CMI states that this motion is related to CMI and Ellis' Motions to Dismiss the Cross Claim and Third Party Claim and oral argument will provide an opportunity to clarify any issues for the Court concerning any relationship between these claims and the claims raised in the Complaint. CMI estimates that the parties will require no more than ten minutes per party for argument.

## CERTIFICATE OF SERVICE

I, CharCretia V. Di Bartolo, hereby certify that a true and accurate copy of the above pleading was served via overnight mail this 9th day of December, 2005, to the following counsel of record:

David A. Wollin, Esq.
Adler, Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

and

Jacqueline Camichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, UT 84111

and

Todd M. Reed, Esq.
Edwards, Angell, Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

CharCretia V. Di Bartolo



34015904v1 859991