UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CVS, INC.,

        Plaintiff,

   v.                              C.A. No. 05-171T

BENEFICIAL HOLDINGS, INC.,
BENEFICIAL HEALTH SYSTEMS, INC.,
BENEFICIAL NUTRACEUTICALS, INC.,
INTEGRATED BIOPHARMA, INC., and
CONTEMPORARY MARKETING, INC.,

        Defendants.

### BIFURCATION ORDER

    By agreement of the parties, the Court hereby orders that this matter shall be bifurcated into two stages. Stage I shall address the potential liability of all parties on all claims, counterclaims, and cross-claims and shall be limited to liability issues only. If any party is held liable on any claim, counterclaim, or cross-claim, the case shall proceed to Stage II, which shall address damages for those claims on which liability has been found.

    The Pretrial Order issued contemporaneously with this Order shall govern Stage I only; a separate Pretrial Order shall issue if and when the case reaches Stage II.

                                      By Order

                                      _/s/_____
                                      Deputy Clerk

ENTER:

_/s/ Ernest C. Torres_
Ernest C. Torres
Chief Judge

Date: 3/29/06