UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. Plaintiff, | : | |
| v. | : | C.A. No. 05-CV-171 |
| BENEFICIAL HOLDINGS, INC., et al. Defendants | : | |

**STIPULATION**

Plaintiff CVS, Inc. ("CVS") and Defendant Beneficial Holdings, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc. and Integrated Biopharma, Inc. hereby stipulate and agree as follows:

1. CVS issued the following purchase orders for WillpowerRX™: 4780220, 1171369, 2652258, 3196050, 5694346, 7661905, 8660958, 6742908, 1643006, 1172093, 1643418, 2653021, 3196559, 4780857, 5694796, 6743481, 7662304, 8661351, 1643971, 1173196, 4781889, 7662859, 2654169, 3197366, 8661970, 5695490, 6744393, 1645399, 1177413, 2658306, 5698166, 7665377, 1646374, 4786038, 8664454, 3200227, 6748240, 1177798, 2658576, 5698321, 8664624, 1646511, 3200505, 7665559, 4786302, 6748490, 3201056, 7666236, 3201568, 5699256, 7666395, 8665493, 6749916, 2660779, 1180110.

2. Each of the purchase orders referenced in paragraph 1 contains the following language: "Disc. Pct.: 2 Disc. Days: 30 Net Days: 31."

3. A true and accurate copy of purchase order no. 4780220, which also contains language stating "Disc. Pct.: 2 Disc. Days: 30 Net Days: 31," is attached hereto as Exhibit A.

4. The purchase orders referenced in paragraph 1 are for three thousand eight hundred and thirty one (3,831) units of WillpowerRX™ at a price of $288 per unit, for a total price of $1,103,328.

5. Nothing in this stipulation shall preclude CVS from contending that all sales of WillpowerRX™ would be governed by "pay on scan" terms.

TODD M. REED (#6602)
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Date: April 6, 2006

Attorneys for Plaintiff CVS Pharmacy, Inc.

DAVID WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. 401-274-7200
Telecopy 401-351-4607
Date: April 10, 2006

Attorneys for Beneficial Holdings, Inc.
Beneficial Health Systems, Inc.,
Beneficial Nutraceuticals, Inc. and
Integrated Biopharma, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2006, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

______________________

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 4780220
P.O. Date: 07-08-2004
BUYER: TOM SULLIVAN

VENDOR #: 3002
DEL. DATE: 08-02-2004

NOTE: MID YEAR NI

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 0017866641101
For Shipping address please
Look up "0017866641101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC
Disc. Pct.: 2 Disc. Days: 30
Def. Due Date:

Basis Date: Receipt of Goods
Net Days: 31
Pct. Inv. Payable:

| QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|
| 108 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

Willpower Rx

LAST PAGE

EXHIBIT
A

$ 31,104