# P.O. Confirmation

**To:** Harvey Carmichael / Beneficial Health Systems

**Fax:** 801-990-3111

**Pages:** 10

**From:** Kari Moss / CMI

**Date:** 7/9/04

**Re:** CVS PO's

If you do not receive the total number of pages, or any part of this transmission, please call 847-541-0330.

**P.O.#'s**
4780220,1171369,2652258,3196050,5694346
7661905,8660958,6742908,1643006

**Date Required**
8/2/04

## Please Don't Forget !

Please sign below and fax back confirmation upon receipt of the Purchase Order. Make sure you are checking the ready dates. If you cannot meet the required date, Please provide the ready date below.
Thank You!

Received By: ____________________

Date: 7/9/2004

Ready to ship date ( if not able to meet required date ): ____________________

Fax To: 847-541-0277