# TERMS AND CONDITIONS

1. This contract is intended as the final, complete and exclusive statement of the terms of the agreement of the parties, except that merchandise shall conform to any affirmations of fact or promise, any descriptions and any samples or m odels shown or made to Purchaser, whether or not such affirmations, descriptions or samples are otherwise contained or referred to herein, and such affirmations, descriptions and samples shall constitute part of the basis of the bargain between Purchaser and Seller. In addition to any other warranties, express or implied, Seller warrants that the merchandise shall be merchantable and shall be fit for the purpose for which sold. In case of conflict between the terms and conditions of this agreement and any terms or conditions on or in any confirmation, acknowledgement, sale or invoice form of Seller, or any correspondence pertaining to any of these or the merchandise, the terms and conditions of this agreement shall control. No waiver of any breach of any terms or conditions of this order shall be construed as a waiver of any subsequent breach of that term or condition or other term or condition of the same or different nature.

All goods are to be delivered F.O.B. our store/office or warehouse and no liability is incurred by us until actual delivery.

2. Any merchandise rejected by Purchaser will be held, at Seller's risk, subject to Seller's instruction or at Purchaser's option, returned to Seller without notice to Seller and at Seller's expense and such return will be adequate notice of rejection of the merchandise.
3. Seller hereby represents, warrants and guarantees that the merchandise covered by this order will be manufactured in compliance with, will meet the requirements of and will be properly labeled packaged and tested according to and otherwise conform in all respects with the following insofar as applicable to the merchandise: the Textile Fiber Products Identification Act, the Fur Products Labeling Act, the Wool Products Labeling Act, the Federal Hazardous Substances Labeling Act, the Flammable Fabrics Act, the Fair labor Standards Act and any other applicable Federal ,state or municipal law, and related ordinances, rules and regulations, and that a continuing or other guarantee , if provided for under such law or regulation, will be filed with the Federal Trade Commission or other appropriate governmental agency and an affirmation of such guarantee will appear on each invoice before payment of such invoice is required to be made without loss of discount.
4. Seller warrants and agrees to protect, indemnify and hold Purchaser harmless from any claim, obligations, debts, demands, or liabilities and from any damage, deficiency, loss, cost or expense (including without limitation attorneys' fees):

(i) arising from, relating to or connected with the use, possession or resale by anyone of any or all merchandise covered by this order for real or alleged injuries to person or property, misrepresentations or breach of warranty, express or implied: and

(ii) arising from, relating to or connected with any real or alleged infringement of, or litigation concerning any trade name, trademark, patent, design, copyright, right of privacy or similar right in connection with any or all of the merchandise covered by this order, other than any name or mark supplied by Purchaser.

(iii) arising from, relating to or connected with any violation of State or Federal laws, statutes or regulations regarding the manufacture and packaging of merchandise (including without limitation the requirement for expiration dating and other product information).

In the event any such claims are made against Purchaser, Purchaser reserves the right, in addition to other right and remedies, to refuse further merchandise and/or payment of purchase price.

Shipping goods prior to receipt of written confirmed order on this form, as above provided, is entirely at Seller's risk and Purchaser is not liable for any loss resulting therefrom. Acceptance of such goods by Purchaser shall not constitute a waiver on the part of the Purchaser of its rights hereunder.

5 Except as to the right to payment arising out of Seller's due performance of its entire obligation, Seller shall make no assignment of any right arising hereunder and shall not delegate any duty owed by it to Purchaser and any such attempted assignment or delegation shall be wholly void and totally ineffective for all purposes, unless the prior written consent of Purchaser, signed by an officer of Purchaser, shall have been obtained. Purchaser reserves all of the rights and defenses of an account debtor as set forth in the Uniform Commercial Code. In any case involving a permitted assignment Seller shall promptly provide Purchaser with such evidence of assignment, as Purchaser shall request.

6 In the event of disruption or discontinuance or Purchaser's, in whole or in substantial part, either temporarily or permanently, by reason of fire, flood tempest, earthquake, war, governmental restriction or regulation, act of God, embargo, labor trouble or strikes, or other causes of like or unlike nature beyond Purchaser's control, Purchaser shall have the option of canceling undelivered orders in whole or in part.

7 The rights and remedies specifically provided in any of the terms and conditions of this agreement are in addition to and not in substitution of all other rights and remedies given or implied by law, in equity or otherwise, and, in addition to all other rights given by law, Purchaser shall have the right to recover for any non-conformity in any installment or the entire order, the loss of profit caused by such non-conformity or, at Purchaser's option, refund of the full purchase price. Upon recovery of the price, the merchandise involved shall become the property of the Seller.

8 Seller shall file with our Company, where required, the manufacturer's Compliance Certificate stating that each product conforms to each applicable product safety standards as is required by the Consumer Product Safety Act. We likewise require that you provide us with a Certificate of Insurance, naming our Company as an additional insured which certificate shall outline your General Liability coverage including Broad Form Vendors Coverage and at least $1,000,000 / $3,000,000 on each occurrence for personal injury and $ 100,000 in all cases for property damage.

9 Our purchase order number on all invoices in duplicate, our stock and IBM code number, your item number, quantities, size, colors, and pack must appear on each on all invoices, packing lists, bills of lading, boxes and shipping tags.

10 Any additional freight due to failure to ship in accordance with our instruction is for the account of the Seller.

11 Unless requested by Purchaser, Purchaser will not pay penalty freight charges on split shipments.

12 All bills of lading and other receipts must show actual scale shipping weights covering all shipments.
13 Each purchase order should be invoiced separately.
14 Packing slip must be enclosed with each shipment.
15 Cash discount and net payment terms due. Dating will be based upon receipt of merchandise date or invoice date, whichever is later.
16 Seller agrees that shipments via trucking firms be separated and palletized (6MA pallets) on a Purchaser's receiving dock at time of delivery.
17 CVS is an equal employment opportunity employer and is a federal contractor. Consequently, the parties agree that they will comply with Executive Order11246, the Vietnam Era Veterans' Readjustment Assistance Act of 1974 and the Vocational Rehabilitation Act of 1973, if applicable, and also that these laws are incorporated herein by this reference.

The parties also agree that they will not discriminate against any employee or applicant for employment because of race, color, religion, sex, national origin, age or any other characteristic protected by federal, state or local law.