UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 0 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No.: 05-171T

BENEFICIAL HOLDINGS, INC., et al.

Defendants.

---

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT OF BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC. AND INTEGRATED BIOPHARMA, INC.**

The plaintiff, CVS Pharmacy, Inc. ("CVS") by its attorneys, Edwards Angell Palmer & Dodge LLP, respectfully requests that this Honorable Court extend, until June 19, 2006, the time within which it may respond to the Motion for Partial Summary Judgment filed by the defendants, Beneficial Holdings, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc. and Integrated Biopharma, Inc. (hereinafter "the Defendants"). CVS' response is currently due June 5, 2006. The extension requested in this Motion is needed so that CVS may have sufficient time to consider and draft its response. Counsel for the Defendants consents to the extension requested herein.

WHEREFORE, CVS respectfully requests that the time within which it may respond to the Defendants' Motion for Partial Summary Judgment be extended until June 19, 2006.

Dated: June 1, 2006
Providence, Rhode Island

Respectfully submitted,

EDWARDS ANGELL PALMER & DODGE LLP

By: ______________________

Todd M. Reed, Esq. (#6602)
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611

GRANTED, NO FURTHER EXTENSIONS will be granted
Ernest C. Torres

Ernest C. Torres
Chief, US District Judge

6/8/06

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2006, a copy of the within document was mailed, via first class mail, to the following counsel of record:

David Wollin, Esquire
Adler Pollack & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

CharCretia V. DiBartolo, Esquire
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Nicholas Fortuna, Esquire
Jesse A. Kaplan, Esquire
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, NY 10016