COPY

06/11/04 16:46 FAX 801 880 3111 001

Beneficial Holdings, Inc
4848 South Highland Drive #402
Salt Lake City, Utah 84117.

June 10, 2004

Mr. Tom Sullivan
CVS Pharmacy
1 CVS Drive
Woonsocket, RI 02895

Dear Tom,

Thank you for giving us the opportunity to meet with you to discuss the Willpower Rx brand by Beneficial Health. We are very excited about partnering with your company as we bring this brand to retail. We very much appreciated your guidance on what has been successful and how we can better market the brand to the CVS customer. I have outlined the details of our proposal below for your review.

- **Pricing-**

| Item | Cost | Retail | Margin |
|---|---|---|---|
| Willpower Rx 120ct | $23.97 | $39.95 | 40% |

  In addition we will offer CVS an on going BDF marketing fund of 10% to be taken off invoice.

- **Payment Terms-**
  Beneficial Health will extend to CVS terms of Pay on Scan for a period of One year, after which the terms will switch to 2%,30 net 31days.

- **Displays-**
  We will forward prototypes of the 12ct counter display for your review.

- **Returns-**
  Will be handled as outlined in the CVS return goods agreement.

- **Slotting-**
  We authorize CVS to deduct a one time charge of $5,000 to cover the new item slotting.

We are committed to making sure that Willpower Rx grows to become on of your best weight loss brands in 2005 through our TV and Print advertising and through our partnerships with leading retailers like CVS. As we discussed the product will be available at GNC and Riteaid/GNC stores starting in September. It will be available to other key retailers beginning in December. We want to thank you for your interest and support of our brand.

Sincerely,

06/25/2004 14:08 7247438157 ED ELLIS PAGE 01