[redacted]

-----Original Message-----
From: Ed Ellis [mailto:ed@contempinc.com]
Sent: Friday, July 02, 2004 12:01 PM
To: Sullivan, Thomas J.
Subject: Fw: WillpowerRX

Tom,
Here is the info on the Willpower Rx. This is more than Zantrex was running. It should be a winner. Should I have it pushed back to September. They are pay on scan. Ed

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: PFS2bFIT@aol.com <PFS2bFIT@aol.com>
To: Ed Ellis <ed@contempinc.com>
CC: Michael Okun <mike@contempinc.com>; hlcis@aol.com <hlcis@aol.com>
Sent: Fri Jul 02 10:22:40 2004
Subject: WillpowerRX

Hello Ed:

Just wanted to give you a heads up about the media support for the WillpowerRX launch. The details I got from a meeting yesterday are:

1. It looks like they will be running 50-100 TV commercials a day 7 days a week (this is $50,000-$100,000 to of commercials per week). They are scheduled to run this many ads every week for a year.
2. The TV commercials will by played on 48 different stations. 3. Mix of 15, 30 and 60 second spots. 4. These commercials are scheduled to start August 1 (they really don't want to push them back, but need to know from you when you estimate the product going into CVS). From a production standpoint we are looking at a minimum of a three-week turn on the first order.

Thanks again for all your hard work. This looks to be a very exciting project. People are getting real good results on the product.

Regards,

Darren

PS-Was CVS okay with the label change?