6/7/04

**Cournoyer, Lorraine C.**

**To:** Keneally, Rita M.
**Cc:** Sullivan, Thomas J.; Lombardi, Tobias S.
**Subject:** Pay on Scan

Rita,

The following new CM 6 vendors need to be coded as Pay on Scan.

| VENDOR # | VENDOR NAME |
|---|---|
| 3000 | BREAKTHROUGH MKTG. |
| 3002 | BENEFICIAL HLTH |
| 3003 | BIOTEST LABORATORIES |
| 3015 | BIOTECH RESEARCH |

Thank you for all your help.
Lorraine