Subj: Cvs
Date: 3/11/2005 9:11:51 AM Mountain Standard Time
From: ed@contempinc.com
To: hlcis@aol.com
CC: scott@contempinc.com, pfs2bfit@aol.com, mike@contempinc.com, tjsullivan@cvs.com, tslombardi@cvs.com

Harvey,
I have left you at least a dozen messages and now your phone is fulll. I am very disappointed at the way things are turning out. What I wanted to review was the letter that was sent to CVS by your attorney. As you have known since the day that we set this account up, the terms were pay on scan. You have been paid according to those terms.
As I told you in January Willpower rx was discontinued due to slow movement. You only sold 250 bottles on your best week. Your brand was supported above and beyond by both CVS and GNC. The cost of running the ads that you received at CVS were in excess of $100,000. At this point CVS is issueing a recall that will go into effect on April 15, 2005 pulling your product from the stores and sending the product to the reclaimation center. It will take 60 to 90 days for all of the product to get back to the center from the stores. You need to decide if you want the product back or do you want them to destroy it. You will receive a deduction for the corresponding reclaimation charges and any other outstanding charges from the amount that CVS has on hold. At that time if there is any balance left you will receive a check from CVS. This could have been avoided if you had just advertised and supported the brand as promissed. You had perfect placement in 2 of the top retailers in the country.
At this point I am not very optimistic that there would be an opportunity to reapproach either of these accounts in the future unless a lot of things change. These letters do not help your cause. Please let me know how you would like to proceed on ther reclaimation.
Sincerely,
Ed Ellis
Vice President of Sales and Marketing
Contemporary Marketing Inc.
ed@contempinc.com
Contemporary Marketing, Inc.
1569 Barclay Blvd.
Buffalo Grove, IL 60089
Phone: 847-541-0330
Fax: 847-541-0277

Privacy: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information.
Any review, retransmission, or other use of the information by persons or entities other then the intended recepient is prohibited If you receive this e-mail in error, please contact the sender and delete the materials from any computer. Thank you.

*********Sent from the CMI wireless network*********

**Bernard, Jennifer**

| | |
|---|---|
| **From:** | Lombardi, Tobias S. |
| **Sent:** | Friday, March 11, 2005 5:03 PM |
| **To:** | Ferreira, Jean C.; Mendoza, Ruben A.; Bernard, Jennifer |
| **Subject:** | FW: Cvs --- response |
| **Attachments:** | Plan for Beneficial.xls |

Plan for
neficial.xls (23 KI

fyi ...

-----Original Message-----
From: Ed Ellis [mailto:ed@contempinc.com]
Sent: Friday, March 11, 2005 12:53 PM
To: hlcis@aol.com
Cc: Scott Sentell; PFSZbFIT@aol.com; Michael Okun; Sullivan, Thomas J.; Lombardi, Tobias S.
Subject: RE: Cvs --- response

Harvey,
In response to your attached email, you were fully aware that CVS was pay on scan. We discussed the terms in our May planning meeting in Salt Lake as well as several subsequent phone conversations with Scott, Mike and I. Conversations with Stewart, Adam and Darren also reviewed this. In addition the offer letter that was approved by you clearly states the terms offered are Pay on Scan for one year with terms of 2% 30 net 45 there after. Additionally we spoke in September just after you received the CVS about this specifically, when you questioned what the po's stated. At this time I reaffirmed that they were pay on scan and that these should not be factored as po's on terms. In addition I spoke with Adam, Stewart and Darren expaining that these were pay on scan in early October. Mike and Scott were on the phone for that call as well. The reason that there were no rhym nor reason to the payments were because, as I have already explained to you, is that CVS pulls the pay on scan information, adds the total sales and pays of invoices that equal the total for the pay on scan. As to not taking po's for pay on scan, you took the po's from GNC that were pay on scan.

As for CVS single handedly causing the down fall of your company nothing could be further from the truth. They took a chance on you before anyone else and gave you national exposure through circulars that went to over 55 million households. This space normally costs over $50,000 per ad and you had 3. This equates to over 150 million household impressions at a net worth of over $150,000 that you paid $56,505.88 for. You knew the terms!

I will pass on the information to CVS about the suit. However, I would caution you to review our past conversations and emails concerning this account and the status of the PO's, terms and offer letter. They have done nothing outside of the agreement and do not deserve to be treated this way. I have several emails that were sent back and forth concerning CVS, as well as being able to testify to the statements from above, that I would be glad to provide you or CVS with should this go to court.

I have attached the account planner that you received in May at our meeting in Salt Lake with Scott, Stewart, Adam, Darren and I for your review.

This all comes down to true integrity and doing what is right. You do what you feel is right and I will continue doing what I know is truthful and just.

Sincerely,

Ed Ellis