UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No.: 05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

---

**AFFIDAVIT OF EDWIN ELLIS**

I, Edwin Ellis, hereby depose and state as follows:

1. I am the Vice President of marketing and sales for defendant Contemporary Marketing, Inc. ("CMI").

2. In 2004, CMI became the exclusive Sales Representative for Beneficial Holdings, Inc. ("Beneficial"). In doing so, CMI attempted to introduce Beneficial's products, namely a weight loss product called WillpowerRX, to various retailers.

3. During the spring of 2004, CMI, on Beneficial's behalf, entered into negotiations with Tom Sullivan at CVS, Pharmacy Inc. ("CVS"), regarding CVS' possible purchase of WillpowerRX. Tom Sullivan stated that CVS' required "Pay on Scan" payment terms. Beneficial's president, Harvey Carmichael, and I acknowledged that the payment terms would have to be "Pay on Scan.

4. In May 2004, I attended a WillpowerRX planning meeting in Buffalo Grove, Illinois. At the planning meeting, Harvey Carmichael and Darren Lopez, a consultant to Beneficial, discussed and acknowledge that Beneficial would agree to "Pay on Scan" payment



34021302v1 NEWFILE

terms. At the meeting, we reviewed accounts (i.e., CVS, GNC, Walgreens) and made plans for the initial roll out of WillpowerRX.

5. On June 10, 2004, Harvey Carmichael sent CVS a letter agreeing to, among other things, "Pay on Scan" payment terms.

6. CMI subsequently received the relevant CVS purchase orders containing the following language: "Disc. Pct.: 2 Disc. Days: 30 Net Days: 31." I spoke with Harvey Carmichael on July 8, 2004 regarding this language. I confirmed with him at that time that the payment terms were "pay on scan" despite this language. I did not perceive this language to be problematic since Beneficial had already agreed in writing to "Pay on Scan" payment terms.

7. In August 2004, I attended a WillpowerRX planning meeting in Salt Lake City, Utah. During this planning meeting, attended by Harvey Carmichael and other Beneficial executives, we reviewed an Account Planner which outlined a number of interested retailer's key terms and conditions. The Account Planner notes that CVS was "**pay on scan for 1 year**." A true and accurate copy of the Account Planner is attached as **Exhibit A** of this affidavit.

8. In September 2004, I spoke to Harvey Carmichael and reaffirmed that Beneficial and CVS only agreed to "Pay on Scan" payment terms, regardless of what the purchase orders stated.

9. In September 2004, I contacted Tom Sullivan's assistant, Tobey Lombardi, regarding the purchase orders' apparent clerical error as to payment terms. Once again, I confirmed that Beneficial was aware that CVS' purchase orders incorrectly contained "2%30 net 31" payment terms and that the correct payment terms were "Pay on Scan." I also told Mr. Lombardi that despite the fact that Beneficial was aware of the mistakes and agreed that the CVS

purchase orders were supposed to have been "Pay on Scan," Beneficial might try to take advantage of the situation by claiming otherwise.

10. On September 21, 2004, I sent Harvey Carmichael an email regarding WillpowerRX's sales performance. I estimated that Beneficial would receive its first scan payment the week of October 23, 2004. Likewise, on or about October 21, 2004, I sent Harvey Carmichael an email regarding the latest WillpowerRX sales figures. The purpose of providing Beneficial with the WillpowerRX sales figures was so that Beneficial could estimate the amounts of upcoming scan payments. True and accurate copies of these emails are attached as **Exhibit B** of this affidavit.

11. Beneficial also agreed to "Pay on Scan" payment terms with other retailers such as General Nutrition Centers ("G.N.C.").

12. The parties never agreed to payment terms other than "pay on scan."

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th DAY OF JUNE 2006.

Edwin M Ellis

Edwin Ellis



34021302v1 NEWFILE