**Account Overviews:**

**CVS** 5156 stores in 34 states. Sales in excess of $28 billion. (before Eckerd buyout) Should exceed $50 Billion for 2005.Very Well Developed Diet Section. They carry all major brands including Hot Rox, Trim Spa, Zantrex, Relacore, Hydroxycuts, Xenadrene and Stacker.
Weekly sales should average 4,000 units per week per sku.
Slotting is $20,000/sku, once per year charge of $2100 per sku, pay on scan for 1 year, 10% co-op.

**Walgreens** 4414 stores in 36 states. Sales in excess of $32.5 Billion. Very well developed diet section. They are the volume leader in drug.
They carry Trim Spa, Zantrex, Relacore, Hydroxycuts, Xenadrene and Stacker.
Weekly sales should average 7,000 units per week.
Slotting is $5,000/unit, 5% co-op, pay on scan for 1 year.

**Rite Aid** 3400 Stores in 28 states. Sales in Excess of $16.5 billion. They carry all major brands.
Weekly sales should average 2800 units per week.
slotting is 1 unit per store, 5% co-op.

**Albertsons** 2500 stores in 39 states. Sales in excess of $37 billion. Very well developed diet section. They carry the majority of the leading brands.
Weekly sales should average 2000 units per week.
Slotting is $32,500 per sku, 5% co-op. ( high deductions)

**Ahold** 1300 Stores in 16 states. Sales in excess of $20 billion. Underdeveloped diet section. A lot of room for growth.
Weekly sales should average 1000 units per week.
Slotting is $6000 for giant, $3000 for Topps, $7,000 for Stop & Shop, 5% Co-op.

**Kroger** 2800 stores in 33 states with sales in Excess of $53.8 billion. Well developed category with most of the major brands.
Should average 2000 units per week.
Slotting is $5,000 for Kroger, $10,000 for Fred Meyer, 5% co-op.

**Brooks** 1530 stores in 16 states.(after Eckerd) $1.5 billion in sales (before Eckerd).
Well developed diet section with all major brands.
Should average 1500 units per week.

**Walmart** 2971 stores in 50 states. Sales in excess of $256.3 billion. Well developed in diet with all major brands carried.
Should average 20,000 units per week. Opportunity of 50,000 units per week.
No Slotting, pay in 30 days. Can not be out of stock.

**Target** 1248 stores in 47 states. Sales in excess of $48 billion. Well developed section.
Underperforms in relation to Walmart.
Should average 5000 units per week.
No slotting, Pay in 30 days, 5% co-op.

CMI00035