**Ed Ellis**

**From:** PFS2bFIT@aol.com [PFS2bFIT@aol.com] **Sent:** Tue 9/21/2004 9:17 PM
**To:** Ed Ellis; hlcis@aol.com
**Cc:** Michael Okun; slask@att.net
**Subject:** Re: Cvs movement#
**Attachments:**

In a message dated 9/21/2004 9:32:22 AM Mountain Standard Time, ed@contempinc.com writes:

> Harvey,
> So far we have sold approx. 400 units. Last week we did 84 units. This is not a great start. I will fax you a copy of their ad. We are in at $39.99.
> To put that in perspective, relacore for the first month of sales averaged 500 per week. They are now doing 2500 units per week.
> The newspaper may work better than the TV.
> We will get our first payment the week of october 23. It will probably be for only 800 units. I will get you a total the first week of oct.
> Give me a call if you have any questions.
> Thanks
> Ed
> Ed@contempinc.com
> Contemporary Marketing, Inc.
> 1569 Barclay Blvd.
> Buffalo Grove, IL 60089
> Phone: 847-541-0330
> Fax: 847-541-0277
>
> Privacy: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information.
> Any review, retransmission, or other use of the information by persons or entities other then the intended recepient is prohibited
> If you receive this e-mail in error, please contact the sender and delete the materials from any computer. Thank you.
>
> ********Sent from my BlackBerry Wireless Handheld*****************

I believe we can get the numbers up in a big way. The print advertisements (1100 newspapers 2-4 times monthly) and the Woodland Publishing review will bring a lot of attention. I know once the people try the product they will love it!

Regards,

Darren

CMI00050

You forwarded this message on 10/21/2004 4:15 AM.

**Ed Ellis**

**From:** Ed Ellis **Sent:** Thu 10/21/2004 4:12 AM
**To:** 'hlcis@aol.com'
**Cc:**
**Subject:** Cvs numbers
**Attachments:**

Harvey,
The CVS numbers aren't very good. The buyer has yet to see an ad.

3 weeks ago- 71 units
2 weeks ago- 279 units ad week
Last week- 93 units

I will be back in my office this afternoon.
Ed
Ed@contempinc.com
Contemporary Marketing, Inc.
1569 Barclay Blvd.
Buffalo Grove, IL 60089
Phone: 847-541-0330
Fax: 847-541-0277

Privacy: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information.
Any review, retransmission, or other use of the information by persons or entities other then the intended recepient is prohibited If you receive this e-mail in error, please contact the sender and delete the materials from any computer. Thank you.

********Sent from the CMI wireless network***********

CMI00061