UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-CV-171 T |

**CONSENT MOTION OF PLAINTIFF AND DEFENDANTS TO EXTEND TIME**

Plaintiff CVS, Inc. and Defendants Contemporary Marketing, Inc., Beneficial Holdings, Inc., Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. (hereinafter collectively "Beneficial") and Defendant Integrated Biopharma, Inc. respectfully move this Court to enter an order: 1) allowing the parties to postpone taking depositions until the pending motion for summary judgment filed by Defendants Beneficial Holdings, Inc. and Integrated Biopharma is resolved; and 2) resetting the September 30, 2006, Closure Date to allow the parties three additional months from the Court's ruling on the summary judgment motion to complete depositions. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: June 20, 2006

Respectfully submitted,

Todd M. Reed, Esq., #6602
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903
(401) 274-9200
(401) 276-6611

*Counsel for Plaintiff CVS, Inc.*

CharCretia V. DiBartolo, Esq., #5862
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903
(401) 454-7700
(401) 454-8055

*Counsel for Contemporary Marketing, Inc.*

David A. Wollin, #4950
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Counsel for Beneficial Holdings, Inc.*
*Beneficial Health Systems, Inc.,*
*Beneficial Nutraceuticals, Inc. and*
*Integrated Biopharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2006, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

384748_1.doc

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. Plaintiff, | : | |
| v. | : | C.A. No. 05-CV-171 T |
| BENEFICIAL HOLDINGS, INC., et al. Defendants | : | |

**MEMORANDUM OF LAW IN SUPPORT OF THE CONSENT MOTION OF PLAINTIFF AND DEFENDANTS TO EXTEND TIME**

Plaintiff CVS, Inc. and Defendants Contemporary Marketing, Inc., Beneficial Holdings, Inc., Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. (hereinafter collectively "Beneficial") and Defendant Integrated Biopharma, Inc. respectfully submit this memorandum of law in support of their joint motion to this Court for enter of an order: 1) allowing the parties to postpone taking depositions until the pending motion for summary judgment filed by Defendants Beneficial Holdings, Inc. and Integrated Biopharma is resolved; and 2) resetting the September 30, 2006, Closure Date to allow the parties three additional months from the Court's ruling on the summary judgment motion to complete depositions.

**ARGUMENT**

The parties respectfully request that the Court allow the parties to postpone taking depositions until the pending motion for summary judgment filed by Beneficial and Integrated Biopharma is resolved. The briefing on that motion will be completed by July 3, 2006. The parties submit there is good cause for the requested relief.

First, the parties are facing a potentially significant number of depositions of witnesses located in several states, including Illinois, New Jersey, Pennsylvania and as far away as Utah. The depositions are anticipated to be time-consuming and expensive, both in terms of travel and attorney time and depositions costs. None of the parties has insurance for this matter. The parties are very concerned about incurring significant costs associated with the depositions at this time while the motion is pending. The plaintiff makes no statement as to the merits of the pending motion by joining the request.

Second, the parties have been diligently pursuing written discovery and, at present, have been able to resolve all discovery disputes that have arisen. Thus, they have been using the past weeks since the scheduling conference to good use to advance the case.

Third, no party will be prejudiced since every party has joined this motion and is seeking the requested relief.

The parties are requesting that the Closure Date be extended until three months after the Court rules on the pending summary judgment motion to allow them to conduct the depositions, if necessary. Absent some unforeseen circumstance, this three-month extension should give the parties sufficient time to conduct the necessary depositions. At the present time, the parties do not anticipate naming or deposing any expert witnesses.

While the Court's scheduling order allows the parties to conduct discovery after the September 30, 2006 Closure Date by agreement of all counsel, the parties believe it is appropriate and prudent to obtain the Court's approval of this request.

Accordingly, the parties would like to focus their energies on the summary judgment issues and postpone taking any depositions in this case at the present time until the summary judgment motion is resolved.

**CONCLUSION**

For the foregoing reasons, the parties respectfully request that the Court grant their consent motion: 1) allowing the parties to postpone taking depositions until the pending motion for summary judgment filed by Defendants Beneficial Holdings, Inc. and Integrated Biopharma is resolved; and 2) resetting the September 30, 2006, Closure Date to allow the parties three additional months from the Court's ruling on the summary judgment motion to complete depositions.

Dated: June 20, 2006

Respectfully submitted,

Todd M. Reed, Esq., #6602
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903
(401) 274-9200
(401) 276-6611

*Counsel for Plaintiff CVS, Inc.*

CharCretia V. DiBartolo /om

CharCretia V. DiBartolo, Esq., #5862
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903
(401) 454-7700
(401) 454-8055

*Counsel for Contemporary Marketing, Inc.*

David A. Wollin, #4950
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Counsel for Beneficial Holdings, Inc.
Beneficial Health Systems, Inc.,
Beneficial Nutraceuticals, Inc. and
Integrated Biopharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2006, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

*384753_1.doc*