UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-CV-171 T |

**MOTION OF BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC. AND INTEGRATED BIOPHARMA, INC. TO EXCEED PAGE LIMITS FOR REPLY BRIEF**

Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. (hereinafter collectively "Beneficial") and Defendant Integrated Biopharma, Inc. respectfully move, pursuant to Local Rule 7(d)(3), to exceed the page limit established for a reply brief in support of a motion for summary judgment. The page limit is 5 pages and the movants are seeking an additional 7 pages for the reply. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: June 23, 2006

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607
*Attorneys for Beneficial Holdings, Inc.*
*Beneficial Health Systems, Inc.,*
*Beneficial Nutraceuticals, Inc. and*
*Integrated Biopharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2006, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

385618_1.doc

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-CV-171 T |
| | : | |
| BENEFICIAL HOLDINGS, INC., et al. | : | |
| Defendants | : | |

**MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC. AND INTEGRATED BIOPHARMA, INC. TO EXCEED PAGE LIMITS FOR REPLY BRIEF**

Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. (hereinafter collectively "Beneficial") and Defendant Integrated Biopharma, Inc. respectfully submit this memorandum of law in support of their motion, pursuant to Local Rule 7(d)(3), to exceed the page limit established for a reply brief.

## ARGUMENT

Beneficial and Integrated Biopharma respectfully ask that the Court allow an additional 7 pages for their reply brief in support of summary judgment. The additional pages are necessary to adequately address the major issues raised under both Utah law and Rhode Island in Plaintiff CVS's objection and two statements of disputed/undisputed facts. The movants have endeavored to keep their reply as short as necessary but believe the additional pages are required in light of CVS's lengthy opposition. None of the other papers associated with the motion, including the memorandum of law, have exceeded the page limits.

Accordingly, Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. and Defendant Integrated Biopharma respectfully request that they be allowed to exceed the page limits for a reply by 7 pages.

Dated: June 26, 2006

Respectfully submitted,

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Attorneys for Beneficial Holdings, Inc.
Beneficial Health Systems, Inc.,
Beneficial Nutraceuticals, Inc. and
Integrated Biopharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26 day of June, 2006, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

*385619_1.doc*