# CVS/pharmacy Supplier Information

**Supplier Requirements & Information**

The following information is critical to doing business with CVS. You must provide all required information at the initial presentation of your product.

**New Supplier Requirements**

1. Complete the New Supplier Information, and New Item forms.
2. List your most recent financial information with Dun & Bradstreet
3. Provide a copy of your most recent financial statements
4. Provide a copy of your product liability insurance with CVS named as insured
5. Provide your GS1US (UPC) information
6. Read the CVS Supplier Policy

Fill out the following forms* and send them as attachments via email, or bring the completed copies with you when you visit our corporate headquarters. (To save the files to your computer, right mouse click on the link and select "Save Target As...").

**General Terms & Conditions**

Artwork Requirements
Case and Item Criteria
Deal Sheet
Display Guidelines
Display-Prepack Form
Indemnification Agreement
*New Item Form
New Item Reference Guide
New Item SOP
*New Supplier Information Form
Packaging Requirements
Product Liability Requirements
*Sample Request
Supplier POG Planning Calendar 2006 (updated monthly)
Terms and Conditions
Unsaleable Policy

**Logistics**
All suppliers *are expected to download* a copy of the CVS Routing Guide and Supplier Compliance Instructions, which contains detailed information about shipping requirements and other useful data. It is the supplier's responsibility to follow the terms.
CVS Routing Guide and Supplier Compliance Instructions

## Suppliers

- **Overview**
- **CVS Supplier Information**
  - Partnering with CVS/pharmacy
  - Ethics
  - **Supplier Requirements & Info**
  - Direct Store Delivery (DSD)
  - Import Information
- **CVS EDI Information**
- **CVS Supplier Portal**
- **Contact Us & Directions**

**ANNOUNCEMENTS:**

**› 2006 INVENTORY NOTICE >**

Get Adobe Reader

PDF files require Adobe Reader. It is available for FREE from the Adobe Web site.

**› Click here for Adobe Reader**

CVS/pharmacy

# CVS/pharmacy

# Routing Guide

# &

# Vendor/Supplier Compliance Instructions



## Attention

## Logistics & Distribution

B 0018

CVS/pharmacy

# I General Instructions

1. This Guide supersedes all previous routing guides and freight handling instructions issued by CVS/pharmacy.

2. This Guide contains detailed instructions for the routing, scheduling, documentation, and packaging of merchandise for shipment to CVS/pharmacy distribution centers and stores.

3. The instructions apply to all purchase orders issued by CVS/pharmacy and are incorporated by reference into the terms and conditions of all CVS/pharmacy purchase orders.

4. Noncompliance with the CVS' routing and freight handling requirements will result in a chargeback of all excess expenses incurred plus an administrative fee.

5. Each vendor/supplier is responsible to forward this Guide to its Logistics Department and other affected individuals responsible for the delivery of product to CVS distribution centers and stores.

B 0022