**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CVS, INC.,

Plaintiff,

v. C.A. No. 05-171T

BENEFICIAL HOLDINGS, INC.,
BENEFICIAL HEALTH SYSTEMS, INC.,
BENEFICIAL NUTRACEUTICALS, INC.,
INTEGRATED BIOPHARMA, INC., and
CONTEMPORARY MARKETING, INC.,

Defendants.

## ORDER

Defendants' Motion for Partial Summary Judgment is hereby DENIED for the reasons stated in Plaintiff's memorandum of law filed in opposition thereto. The parties' Consent Motion to Extend Time is hereby GRANTED to the extent that the discovery closure date shall be moved to October 31, 2006, and DENIED in all other respects.

IT IS SO ORDERED:

Ernest C. Torres

Ernest C. Torres
Chief Judge

Date: July 19, 2006