UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-CV-171 T |
| | : | |
| BENEFICIAL HOLDINGS, INC., et al. | : | |
| Defendants | : | |

**MOTION OF ADLER POLLOCK & SHEEHAN TO WITHDRAW AS COUNSEL FOR DEFENDANTS BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC. AND INTEGRATED BIOPHARMA**

The undersigned counsel, Adler Pollock & Sheehan PC ("AP&S"), hereby moves, pursuant to Local Rule General 206, to withdraw as counsel for Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc. and Integrated Biopharma (collectively "Defendants"). The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: September 12, 2006

Respectfully submitted,

/s/ *David A. Wollin*
David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607
dwollin@apslaw.com

*Attorneys for Beneficial Holdings, Inc.*
*Beneficial Health Systems, Inc.,*
*Beneficial Nutraceuticals, Inc. and*
*Integrated Biopharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class pre-paid postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

and a copy of the foregoing was mailed, U.S. first class pre-paid postage, and by certified or registered mail, return receipt requested, to the following:

Mr. Harvey Carmichael, President
Beneficial Holdings, Inc., Beneficial Health Systems, Inc.
and Beneficial Nutraceuticals, Inc.
c/o Jacquelynn D. Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, Utah 84111

Mr. Sy Flug
Integrated BioPharma, Inc.
225 Long Avenue
Hillside, New Jersey 07205

/s/ *David A. Wollin*

*392780_1.doc*