UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-CV-171 T |
| | : | |
| BENEFICIAL HOLDINGS, INC., et al. | : | |
| Defendants | : | |

**ADLER POLLOCK & SHEEHAN'S MEMORANDUM IN SUPPORT ITS MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC. AND INTEGRATED BIOPHARMA**

The undersigned counsel, Adler Pollock & Sheehan PC ("AP&S"), hereby submits this memorandum in support of its motion, pursuant to Local Rule General 206, to withdraw as counsel for Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc. and Integrated Biopharma (collectively "Defendants").[1]

## ARGUMENT

AP&S respectfully requests that the Court allow it to withdraw as counsel for the Defendants. Defendants have failed substantially to fulfill an obligation to AP&S regarding AP&S's services and have been given reasonable warning that AP&S will withdraw unless the obligation is fulfilled. R.I. Rule of Professional Conduct 1.17(a)(4).

Currently, there are no motions pending before the Court and no trial date has been scheduled. The deadline for discovery is not until the end of October. AP&S is withdrawing in sufficient time to allow new counsel to enter an appearance and resume appropriate discovery.

[1] There is an additional defendant that AP&S does not represent – Contemporary Marketing, Inc.

AP&S will do whatever is necessary to transition this matter expeditiously to any new counsel retained to represent the Defendants. A trial is not anticipated until the end of the year.

In accordance with Local Rule General 206, undersigned counsel can certify that the Defendants have been notified of this motion both by regular mail, postage prepaid, by certified or registered mail, return receipt requested and by email. In addition, the Defendants have been advised that they may object to the motion and that any failure or delay in retaining substitute counsel may not be considered grounds for delaying the trial or any other matter scheduled in the case. Further, undersigned counsel has made reasonable effort to confirm that notices sent to the addresses on the certificate of service are likely to be received by the Defendants. Since all the Defendants are corporate entities, they are not in military service.

**CONCLUSION**

For the foregoing reasons, AP&S respectfully requests that the Court allow it to withdraw as counsel for the Defendants.

Dated: September 12, 2006

Respectfully submitted,

/s/ *David A. Wollin*
David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607
dwollin@apslaw.com

*Attorneys for Beneficial Holdings, Inc.*
*Beneficial Health Systems, Inc.,*
*Beneficial Nutraceuticals, Inc. and*
*Integrated Biopharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class pre-paid postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

and a copy of the foregoing was mailed, U.S. first class pre-paid postage, and by certified or registered mail, return receipt requested, to the following:

Mr. Harvey Carmichael, President
Beneficial Holdings, Inc., Beneficial Health Systems, Inc.
and Beneficial Nutraceuticals, Inc.
c/o Jacquelynn D. Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, Utah 84111

Mr. Sy Flug
Integrated BioPharma, Inc.
225 Long Avenue
Hillside, New Jersey 07205

/s/ *David A. Wollin*

392781_1.doc