UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No.:05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

---

**CONSENT MOTION TO EXTEND THE DISCOVERY DEADLINE**

The plaintiff, CVS Pharmacy, Inc. ("CVS") by its attorneys, Edwards Angell Palmer & Dodge LLP, respectfully requests that this Honorable Court extend the discovery deadline in this matter if Adler Pollock & Sheehan P.C.'s ("AP&S") motion to withdraw as counsel is granted.

The parties currently have until October 31, 2006, to complete the first stage of discovery. This includes all interrogatories, requests for production, and depositions.

The parties had previously exchanged documents in this matter. Moreover, the parties have scheduled depositions. Defendant Contemporary Marketing, Inc. ("CMI"), is scheduled to produce a witness for a deposition on September 21, 2006, and is in the process of ascertaining deposition dates for additional witnesses if necessary. Plaintiff

CVS is scheduled to produce two witnesses on September 27 and 29. Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc., and Integrated BioPharma, Inc. (referred to collectively as "Beneficial and Integrated") are scheduled to produce six to seven witnesses on October 17, 18, 19, 24, and 25. The parties also reserved their rights to conduct additional discovery based on information ascertained from the scheduled depositions. This includes both serving additional document demands, interrogatories, and noticing additional depositions.

David Wollin at AP&S has contacted all parties and indicated that Beneficial and Integrated have yet to retain substitute counsel. Accordingly, Mr. Wollin requested that the parties postpone the scheduled depositions.

If AP&S' motion to withdraw as counsel is granted, Beneficial/Integrated will be required to obtain substitute counsel as a corporation cannot appear *Pro Se* (*See* LR Gen. 205(a)(3)). This will inevitably delay the scheduled discovery.

While CVS certainly does not oppose Mr. Wollin's motion to withdraw as counsel, it requests that if Mr. Wollin's motion is granted, that the Court extend the discovery deadline sixty days beyond the date that Beneficial and Integrated retain new counsel.

CVS has conferred with all parties regarding extending the discovery deadline, and all parties consent to same.

WHEREFORE, CVS respectfully requests this Honorable Court extend the discovery deadline sixty days beyond the date that Beneficial/Integrated retain new counsel.

Dated: September 14, 2006
Providence, Rhode Island

Respectfully submitted,

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Todd M. Reed

Todd Reed, Esq. (Bar #6602)
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611

**CERTIFICATION OF SERVICE**

I hereby certify that on this 14th day of September, 2006, a true copy of the foregoing document was sent, via electronic filing and U.S. mail, to counsel listed below:

David Wollin, Esquire
Adler Pollack & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

CharCretia V. DiBartolo, Esquire
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Nicholas Fortuna, Esquire
Jesse A. Kaplan, Esquire
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, NY 10016

/s/ Todd M. Reed
Todd M. Reed