UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-CV-171 T |

**DECLARATION OF DAVID A. WOLLIN, ESQ. IN SUPPORT OF THE MOTION OF ADLER POLLOCK & SHEEHAN PC. TO WITHDRAW AS COUNSELFOR DEFENDANTS BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC. AND INTEGRATED BIOPHARMA**

David A. Wollin, Esq., as his declaration under penalty of perjury pursuant to 28 U.S.C. §1746, states as follows:

1. I hereby submit this declaration in support of Adler Pollock & Sheehan PC's motion to withdraw as counsel for Defendants Beneficial Holdings, Inc. Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc. and Integrated Biopharma (collectively "Defendants").

2. I hereby certify that, on September 12, 2006, I served a copy of the Motion of Adler Pollock & Sheehan to Withdraw as Counsel for Beneficial Holdings, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc. and Integrated Biopharma and Memorandum in Support by email, by First-Class Mail, postage prepaid, and by Certified Mail, Return Receipt Requested, to the Defendants as follows:

Mr. Harvey Carmichael, President
Beneficial Holdings, Inc., Beneficial Health Systems, Inc.
and Beneficial Nutraceuticals, Inc.
c/o Jacquelynn D. Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower

215 South State Street
Salt Lake City, Utah 84111

Mr. Sy Flug
Integrated BioPharma, Inc.
225 Long Avenue
Hillside, New Jersey 07205

3. I attach a copy of the cover letter I sent to the Defendants as Exhibit A. I have received the certified mail green card for Integrated Biopharma as of this date, but I have received notice from the United States Postal Service that my letter and the enclosure were received by all the Defendants. I attach a copy of the certified mail receipts, the returned green card and the United States Postal Service confirmations as Exhibit B. In addition, I have spoken with Ms. Carmichael and Mr. Flug and confirmed their receipt of the foregoing mailing.

4. The foregoing addresses are the last known addresses for the Defendants and are current as of the date of this declaration. Previously, the last known address for Beneficial Holdings, Inc. was 5882 South 900 East, Suite 202, Salt Lake City, Utah 84121, but I have determined that the address is no longer current and have been advised to forward any and all mail to them in care of Jacquelynn D. Carmichael, Esq. at her address indicated above.

5. I have notified the Defendants that they have the right to object to the Motion to Withdraw. In my original letter to them, I indicated they would need to file any objection to the Motion by September 29, 2006. In a subsequent conversation with Ms. Carmichael and Mr. Flug, I told them that, if they object, they should object immediately.

6. I have also advised the Defendants that any failure on their part to retain substitute counsel will not delay the trial date in this case. No trial date has been scheduled at this time.

7. I further state that all of the clients are corporations and are not in the Military Service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended by the Service Members' Civil Relief Act of 2003.

8. On September 12, 2006, I notified all counsel for the remaining parties about the Motion to Withdraw. Specifically, I notified by electronic means (ECF) the following counsel of record of this Motion for Withdrawal:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

9. I also notified the following counsel of record of this Motion for Withdrawal by First-Class mail, postage prepaid, on September 12, 2006:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/22/06

[signature]

David A. Wollin, Esq.

*393507_1.doc*