# EXHIBIT A

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2247
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

September 12, 2006

**VIA CERTIFIED MAIL AND FIRST-CLASS MAIL**

Mr. Harvey Carmichael, President
Beneficial Holdings, Inc., Beneficial Health Systems, Inc.
and Beneficial Nutraceuticals, Inc.
c/o Jacquelynn D. Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, Utah 84111

Mr. Sy Flug
Integrated BioPharma, Inc.
225 Long Avenue
Hillside, New Jersey 07205

***Re:*** ***CVS, Inc. v. Beneficial Holdings, Inc., et al.***
***C.A. No. 05-CV-171T***

Dear Harvey, Jackie and Sy:

Enclosed please find a copy of the Motion of Adler Pollock & Sheehan to Withdraw as Counsel For Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc. and Integrated Biopharma and Memorandum in Support, which have been filed with the Court this date. Please note that any objection to this Motion is due on or before September 29, 2006.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

DAVID A. WOLLIN
DAW/cgv
Enclosures

*392950_1.doc*

STATE CAPITAL
GLOBAL LAW FIRM GROUP
Member firms of the State Capital Global Law Firm Group practice independently and not in a relationship for the joint practice of law.