# EXHIBIT B

7002 0460 0002 0334 5576

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.88 |

Postmark Here

*Sent To* Sy FLug
*Street, Apt. No.; or PO Box No.* 225 Long Avenue
*City, State, ZIP+ 4* Hillside, New Jersey 07205

PS Form 3800, January 2001 See Reverse for Instructions

7006 0100 0001 2938 4168

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.88 |

Postmark Here

*Sent To* Harvey Carmichael, c/o J. Carmichael
*Street, Apt. No.; or PO Box No.* 215 South St.
*City, State, ZIP+4* Salt Lake City, Utah 84111

PS Form 3800, June 2002 See Reverse for Instructions

UNITED STATES POSTAL SERVICE

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 07205 | **City:** HILLSIDE | **State:** NJ |
| **Origin** | **ZIP Code:** | **City:** | **State:** |

| **Event** | **Date/Time** | **Location** | **Scanner ID** |
|---|---|---|---|
| DELIVERED | 09/20/2006 09:39<br>Request Delivery Record | HILLSIDE, NJ 07205 | POS3700413 |
| NOTICE LEFT | 09/19/2006 14:00 | HILLSIDE, NJ 07205 | L638292 |
| NOTICE LEFT | 09/14/2006 16:01 | HILLSIDE, NJ 07205 | K585693 |
| ARRIVAL AT UNIT | 09/14/2006 08:39 | HILLSIDE, NJ 07205 | K023422 |

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on

Go to the Product Tracking System

UNITED STATES POSTAL SERVICE

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 84111 | **City:** SALT LAKE CITY | **State:** UT |
| **Origin** | **ZIP Code:** | **City:** | **State:** |

| **Event** | **Date/Time** | **Location** | **Scanner ID** |
|---|---|---|---|
| DELIVERED | 09/15/2006 13:18 | SALT LAKE CITY, UT 84111 | L533156 |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on

Go to the Product Tracking System

UNITED STATES POSTAL SERVICE

**This item was delivered on 09/15/2006 at 13:18**

| | Delivery Section |
|---|---|
| **Signature:** | Shelly Taylor |
| **Address:** | 215 S. State St #900 |

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on .

Go to the Product Tracking System .

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

[redacted]
Sy Flug
Integrated BioPharma[redacted].
225 Long Avenue
Hillside, New Jersey [redacted]205
[redacted]

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Jorge C Rocha ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Jorge Rocha | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 20 2006
HILLSIDE BRANCH STA 07205 USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7002 0460 0002 0334 5576

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540