**CERTIFICATE OF SERVICE**

I hereby certify that on the 22d day of September, 2006, I did send a true copy of the Declaration of David A. Wollin, Esq. in Support of the Motion of Adler Pollock & Sheehan PC to Withdraw as Counsel for Defendants Beneficial Holdings, Inc, Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc. and Integrated Biopharma by electronic means (ECF) and email to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was emailed to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

Mr. Harvey Carmichael, President
Beneficial Holdings, Inc., Beneficial Health Systems, Inc.
and Beneficial Nutraceuticals, Inc.
c/o Jacquelynn D. Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, Utah 84111

Mr. Sy Flug
Integrated BioPharma, Inc.
225 Long Avenue
Hillside, New Jersey 07205

/s/ *David A. Wollin*

*394855_1.doc*