**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CVS PHARMACY, INC.,
Plaintiff

vs. C.A. No. 05-171T

BENEFICIAL HOLDINGS, INC.,
BENEFICIAL HEALTH SYSTEMS,
INC., BENEFICIAL NUTRACEUTICALS,
INC., INTEGRATED BIOPHARMA, INC.,
and CONTEMPORARY MARKETING, INC.,
Defendants

**ORDER**

The motion of David Wollin and the firm of Adler Pollock & Sheehan, P.C.'s Motion to Withdraw as Counsel [Document #83] for Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc., and Integrated Biopharma, Inc. ("Beneficial and Integrated") is hereby GRANTED. Pro Hac Vice counsel for Defendants Beneficial and Integrated are directed to secure substitute local counsel on or before November 3, 2006.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: Oct. 5 , 2006