UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CVS PHARMACY, INC.,
Plaintiff

vs. C.A. No. 05-171T

BENEFICIAL HOLDINGS, INC.,
BENEFICIAL HEALTH SYSTEMS,
INC., BENEFICIAL NUTRACEUTICALS,
INC., INTEGRATED BIOPHARMA, INC.,
and CONTEMPORARY MARKETING, INC.,
Defendants

**ORDER**

The parties Joint Motion to Extend the Discovery Deadline [Document #85] in the above-referenced matter is hereby DENIED for the following reasons:

1) Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc., and Integrated Biopharma, Inc. ("Beneficial and Integrated") have Pro Hac Vice counsel who are capable conducting discovery in the matter;

2) Defendants Beneficial and Integrated did not object to the withdrawal of Local Counsel David Wollin or the firm of Adler Pollock and Sheehan, P.C.;

To the extent that the parties agree, discovery may continue after the discovery closure date as provided for in the Scheduling Order [Document #61], paragraph #2, dated March 27, 2006.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres

Chief Judge Ernest C. Torres
date: Oct. 5 , 2006