UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No.:05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

**MOTION TO RECONSIDER CONSENT MOTION TO EXTEND THE DISCOVERY DEADLINE**

The plaintiff, CVS Pharmacy, Inc. ("CVS") by its attorneys, Edwards Angell Palmer & Dodge L.L.P., respectfully requests, pursuant to F.R.C.P. 59(e), that this Honorable Court reconsider the parties' consent motion to extend the discovery deadline in this matter. In the alternative, CVS requests that the discovery deadline be extended with regards to discovery owed by defendant Integrated BioPharma, Inc ("Integrated").

The parties currently have until October 31, 2006, to complete the first stage of discovery. This includes all interrogatories, requests for production, and depositions.

On October 5, 2006, the Court granted the motion of David Wollin and Adler Pollock & Sheehan, P.C., to withdraw as counsel for defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc. (referred to collectively as the "Beneficial Defendants"), and as counsel for defendant Integrated

BioPharma, Inc. ("Integrated"). The Court further ordered that Pro Hac Vice counsel for Beneficial and Integrated secure substitute local counsel by November 3, 2006.

On October 5, 2006, the Court also denied the parties' joint motion to extend the discovery deadline. The court reasoned that the Beneficial Defendants and Integrated have Pro Hac Vice counsel that is capable of conducting discovery while they secure substitute local counsel.

Only the Beneficial Defendants, however, are represented by Pro Hac Vice counsel. That is, according to the June 29, 2005 motion to admit Jacqueline Carmichael, Esq. Pro Hac Vice, Mrs. Carmichael only represents the Beneficial Defendants. Moreover, Integrated cannot appear *Pro Se*. (*See* LR Gen. 205(a)(3)). Accordingly, Integrated is unrepresented in this litigation and does not have Pro Hac Vice counsel so as to conduct discovery.

In particular, Integrated is without counsel to appear at the depositions of Beneficial's witnesses scheduled for October 17, 18, and 19.[1] Moreover, Integrated is without counsel to defend the depositions of its witnesses that are scheduled for October 24 and 25.[2]

Mrs. Carmichael also cannot stipulate to extend discovery beyond the discovery deadline on behalf of Integrated. As a result, Integrated, which is not required to hire substitute counsel until November 3, 2006, will essentially be exempt from producing discovery, including witnesses for depositions.

---

[1] Through Beneficial's prior counsel, David Wollin, the parties agreed to a discovery schedule. Mr. Wollin had agreed to produce Beneficial witnesses, Harvey Carmichael on October 17, 2006, Darren Lopez on October 18, 2006, and Stephen Chadwick on October 19, 2006, for depositions in Rhode Island.

[2] As Integrated's counsel, Mr. Wollin also agreed to produce Integrated witnesses Adam Satin, Stewart Lask, Sanford Lask, and Eric Friedman for depositions on October 24 and 25, 2006.

WHEREFORE, CVS respectfully requests this Honorable Court reconsider the parties' motion to extend the discovery deadline. In the alternative, CVS requests that the discovery deadline be extended with regards to discovery owed by defendant Integrated.

Dated: October 11, 2006

Respectfully submitted,

EDWARDS ANGELL PALMER &
DODGE LLP

By: /s/ Todd M. Reed
Todd M. Reed, Esq. (# 6602)
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2006, I did send a true copy of the within document by electronic means (ECF) to:

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was sent by facsimile and mailed, U.S. first class pre-paid postage, and by certified or registered mail, return receipt requested, to the following:

Beneficial Holdings, Inc., Beneficial Health Systems, Inc.
And Beneficial Nutraceuticals, Inc.
c/o Jacquelynn D. Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, Utah 84111
(801) 350-0065

Mr. Sy Flug
Integrated BioPharma, Inc.
225 Long Avenue
Hillside, New Jersey 07205
(973) 926-1735

/s/ Todd M. Reed