UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No.: 05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

---

**PLAINTIFF'S OBJECTION TO INTEGRATED BIOPHARMA, INC.S' MOTION FOR LEAVE TO AMEND ITS COUNTERCLAIMS**

Plaintiff CVS, Inc. ("CVS"), hereby objects to defendant Integrated BioPharma, Inc.s' ("Integrated") motion for leave to amend its counterclaims against CVS and Contemporary Marketing, Inc., ("CMI") and add cross-claims against Beneficial Holding, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceutical, Inc. (referred to collectively as "Beneficial"). CVS only objects to the portion of Integrated's motion which seeks to amend its counterclaims against CVS. The grounds for this objection are set forth in the accompanying memorandum of law.

Dated: November 15, 2006
Providence, Rhode Island

Respectfully submitted,

EDWARDS ANGELL PALMER &
DODGE LLP

By: ______________________
Robert J. Durant, Jr. (#4279)
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611