# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No.: 05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

**AFFIDAVIT OF THOMAS SULLIVAN**

Thomas Sullivan, being duly sworn, states as follows:

1. I am employed as a Category Manager for CVS Pharmacy Inc. ("CVS"), the plaintiff in the above-captioned action.

2. I am fully familiar with the facts set forth herein, except where stated upon information and belief, and as to those matters, I believe them to be true.

3. CVS entered into an agreement with Beneficial Holding, Inc., and/or one of its subsidiaries, Beneficial Health Systems, Inc., and Beneficial Nutraceutical, Inc. (referred to collectively as "Beneficial"), to purchase a weight loss product called WillpowerRX. The parties had negotiated, and Beneficial had agreed to "Pay on Scan" payment terms.

4. *"Pay on Scan" is similar to a consignment arrangement whereby a vendor is paid* based on its product's sales performance. Under a "Pay on Scan" arrangement, CVS would only be responsible for paying for units of WillpowerRX that CVS actually sold to its customers at its retail locations.

5. CVS never intended Integrated to be a beneficiary of any of the purchase orders that it issued to Beneficial.

6. When negotiating CVS' purchase of WillpowerRX, Beneficial and its representatives never disclosed that Integrated BioPharma would be manufacturing WillpowerRX or that any third parties, including Integrated BioPharma, would be recipients of any payments that CVS may owe Beneficial. Initially, Beneficial instructed CVS to make all payments to Beneficial in Utah. Moreover, CVS initially believed that Beneficial or an affiliated entity manufactured WillpowerRX.

7. Beneficial and its representatives never disclosed that it intended on obtaining a factor loan to finance the production of WillpowerRX. In fact, I never anticipated that Beneficial would try to or would be able to obtain such financing. As the parties had discussed and agreed upon "Pay on Scan" payment terms, it would have been unlikely that Beneficial would be able to obtain financing based on Beneficial's CVS receivables since payment by CVS was contingent on the ultimate sales performance of WillpowerRX.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15TH DAY OF NOVEMBER 2006.

Thomas Sullivan

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-CV-171 |
| | : | |
| BENEFICIAL HOLDINGS, INC., et al. | : | |
| Defendants | : | |

**STIPULATION**

Plaintiff CVS, Inc. ("CVS") and Defendant Beneficial Holdings, Inc., Beneficial Health Systems, Inc., Beneficial Nutraceuticals, Inc. and Integrated Biopharma, Inc. hereby stipulate and agree as follows:

1. CVS issued the following purchase orders for WillpowerRX™: 4780220, 1171369, 2652258, 3196050, 5694346, 7661905, 8660958, 6742908, 1643006, 1172093, 1643418, 2653021, 3196559, 4780857, 5694796, 6743481, 7662304, 8661351, 1643971, 1173196, 4781889, 7662859, 2654169, 3197366, 8661970, 5695490, 6744393, 1645399, 1177413, 2658306, 5698166, 7665377, 1646374, 4786038, 8664454, 3200227, 6748240, 1177798, 2658576, 5698321, 8664624, 1646511, 3200505, 7665559, 4786302, 6748490, 3201056, 7666236, 3201568, 5699256, 7666395, 8665493, 6749916, 2660779, 1180110.

2. Each of the purchase orders referenced in paragraph 1 contains the following language: "Disc. Pct.: 2 Disc. Days: 30 Net Days: 31."

3. A true and accurate copy of purchase order no. 4780220, which also contains language stating "Disc. Pct.: 2 Disc. Days: 30 Net Days: 31," is attached hereto as Exhibit A.

4. The purchase orders referenced in paragraph 1 are for three thousand eight hundred and thirty one (3,831) units of WillpowerRX™ at a price of $288 per unit, for a total price of $1,103,328.

5. Nothing in this stipulation shall preclude CVS from contending that all sales of WillpowerRX™ would be governed by "pay on scan" terms.

TODD M. REED (#6602)
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Date: April 6, 2006

Attorneys for Plaintiff CVS Pharmacy, Inc.

DAVID WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. 401-274-7200
Telecopy 401-351-4607
Date: April 10, 2006

Attorneys for Beneficial Holdings, Inc.
Beneficial Health Systems, Inc.,
Beneficial Nutraceuticals, Inc. and
Integrated Biopharma, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2006, a copy of the foregoing was hand-delivered to:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

and a copy of the foregoing was mailed, U.S. first class postage, to the following:

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

[signature]

376816_1.doc

From: 07/09/2004 11:27 #897 P.002/010

# CVS/pharmacy

## PURCHASE ORDER

P.O.#: 4780220
P.O. Date: 07-08-2004
BUYER: TOM SULLIVAN

VENDOR #: 3002
DEL. DATE: 08-02-2004

NOTE: MID YEAR NI

BILL TO: CVS/PHARMACY
Box 3120
Woonsocket RI
02895

SHIP TO ID: 0017866641101
For Shipping address please
Look up "0017866641101" at
www.cvsedi.com/shipto.html

Terms Type: BASIC
Disc. Pct.: 2 Disc. Days: 30
Def. Due Date:

Basis Date: Receipt of Goods
Net Days: 31
Pct. Inv. Payable:

| QTY. | UoM. | CASE PACK | UoM PRICE | CVS ITEM CODE | UPC/NDC PKG. CODE | CASE CODE |
|---|---|---|---|---|---|---|
| 108 | CA | 12 | 288.00 | 293469 | 85716077777 | 085716088888 |

Willpower Rx

LAST PAGE

EXHIBIT A

$31,104

# EXHIBIT C

06/11/04 15:46 FAX 801 886 3111

COPY

Beneficial Holdings, Inc
4348 South Highland Drive #402
Salt Lake City, Utah 84117

June 10, 2004

Mr. Tom Sullivan
CVS Pharmacy
1 CVS Drive
Woonsocket, RI 02895

Dear Tom,

Thank you for giving us the opportunity to meet with you to discuss the Willpower Rx brand by Beneficial Health. We are very excited about partnering with your company as we bring this brand to retail. We very much appreciated your guidance on what has been successful and how we can better market the brand to the CVS customer. I have outlined the details of our proposal below for your review.

- Pricing-

| Item | Cost | Retail | Margin |
|---|---|---|---|
| Willpower Rx 120ct | $23.97 | $39.95 | 40% |

  In addition we will offer CVS an on going BDF marketing fund of 10% to be taken off invoice.

- Payment Terms-
  Beneficial Health will extend to CVS terms of Pay on Scan for a period of One year, after which the terms will switch to 2%,30 net 31days.

- Displays-
  We will forward prototypes of the 12ct counter display for your review.

- Returns-
  Will be handled as outlined in the CVS return goods agreement.

- Slotting-
  We authorize CVS to deduct a one time charge of $5,000 to cover the new item slotting.

We are committed to making sure that Willpower Rx grows to become out of your best weight loss brands in 2005 through our TV and Print advertising and through our partnerships with leading retailers like CVS. As we discussed the product will be available at GNC and Ritesid/GNC stores starting in September. It will be available to other key retailers beginning in December. We want to thank you for your interest and support of our brand.

Sincerely,

05/25/2004 14:08 7247438167 PAGE 01

CMI00074