**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CVS PHARMACY, INC.

Plaintiff,

v.

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC. INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING, INC.

Defendants.

CIVIL ACTION NO. 05-171T

**OPPOSITION OF CROSS CLAIM DEFENDANT CONTEMPORARY MARKETING, INC. TO MOTION FOR LEAVE TO AMEND COUNTERCLAIM AND TO MAKE CROSS-CLAIMS OF DEFENDANT INTEGRATED BIOPHARMA, INC.**

Cross Claim Defendant Contemporary Marketing, Inc. ("CMI") hereby opposes the Motion to For Leave to Amend Counterclaim and To Make Cross-Claims of Defendant Integrated Biopharma, Inc. ("Integrated"). CMI opposes the motion only to the extent Integrated seeks to assert cross claims against CMI.

As grounds for its opposition, CMI adopts the arguments set forth in the Opposition and supporting memorandum filed by Plaintiff CVS, Inc. ("CVS"), in so far as CVS argues that Integrated has failed to justify its delay in asserting its new claims and that CMI, like CVS, will be prejudiced by the addition of these new claims, unless the Court's pretrial order is amended to extend the discovery and motion deadlines in place in this case.

WHEREFORE, Contemporary Marketing, Inc., respectfully opposes Integrated's Motion for Leave to Amend and requests that the Court deny the motion.

Respectfully submitted

Dated: November 16, 2006

CONTEMPORARY MARKETING, INC.
By its attorneys,

/s/ CharCretia V. Di Bartolo

CharCretia V. Di Bartolo, (#5862)
HINSHAW & CULBERTSON, LLP
127 Dorrance Street
Providence, RI 02903
(401) 454-7700
(401) 454-8055 (facsimile)
cdibartolo@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 16, 2006:

R. Daniel Prentiss, Esq.
One Financial Plaza, Suite 1800
Providence, RI 02903

Jacqueline Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, UT 84111
(via first class mail only)

Todd M. Reed, Esq.
Edwards, Angell, Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Jesse Kaplan, Esq.
Nicholas Fortuna, Esq.
Allyn & Fortuna
200 Madison Ave.
Fifth Floor
New York, NY 10016

/s/ CharCretia V. Di Bartolo

CharCretia V. Di Bartolo