# EXHIBIT A

Beneficial Holding, Inc.

16 Grove Avenue
Verona, NJ 07044

# Invoice

| Date | Invoice # |
|---|---|
| 8/2/2004 | 1001E |

| Bill To |
|---|
| CVS / PHARMACY<br>BOX 3120<br>WOONSOCKET, RI 02895 |

| P.O. Number | Terms | Ship |
|---|---|---|
| VARIOUS | 2% 30 / NET 31 | 8/2/2004 |

| PO Number | Quantity | Description | Price Each | Amount |
|---|---|---|---|---|
| 5694346 | 1,140 | WILLPOWER RX | 24.00 | 27,360.00 |

Please Forward All Payments To INTEGRATED BIOPHARMA, INC / 225 LONG AVENUE / HILLSIDE, NJ 07205

**Total** $27,360.00

| Phone # | Fax # | A/R Contact: Stewart Lask |
|---|---|---|
| 973-239-8500 x3 | 973-239-8529 | |