# EXHIBIT B

```
10125           VENDOR FILE MAINTENANCE         FUNCTION *

CORP 1    VENDOR NUMBER 3002    STATUS A    GENERIC VENDOR

               PAYABLE ADDRESS                            PO ADDRESS
VEND NAME INTEGRATED BIOPHARMA INC                NAME    BENEFICIAL HEALTH
DBA                                               STREET  1569 BARCLAY BLVD.
ADDR1     225 LONG AVE                            CITY/ST BUFFALO GROVE, IL
ADDR2                                             ZIP CODE 60089
CITY/ST   HILLSIDE                    NJ          SALESMAN ED ELLIS
ZIP       07205    COUNTRY                  RX DEA

BUYER CODE       5      FOB/FFA/PREPAID         3         COOP AD CODE     9
ORDER MULTIPLE   C      PAY VENDOR NMBR         0000      DATE ADDED      2004/06/04
MINIMUM UNITS    00001 MINIMUM UNITS MULTIPLE C           MINIMUM DOLLARS
PAY TERMS               BUY ONE FLAVOR/BUY ALL            CALC ON NET
INSURANCE CODE          POLICY EXPIRATION DATE 09/01/05 DTE INS REQUEST
BI/PD AGGREGATE$  11,000,000    INDEMN CODE H           DTE IND REQUEST 0000
SPLIT ORDER             GENERIC CHRGBACK VEND             E3 TRIM PO       Y
DAMAGE DISPOSITION SV DAMAGE PAYMENT TYPE   D             FREIGHT          N
E3 MARKETPLACE BUYER                CATEGORY 12           DESCARTES        Y

PF1 - (UPDATE)   PF8 - (TRANSFER TO 10209)   PF10 - (HELP)   CLEAR - (MENU)
```