UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. Plaintiff, | : | |
| v. | : | C.A. No. 05-CV-171 T |
| BENEFICIAL HOLDINGS, INC., et al. Defendants | : | |

**MOTION TO WITHDRAW AS PRO HAC VICE COUNSEL FOR DEFENDANTS BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC. AND BENEFICIAL NUTRACEUTICALS, INC.**

Jacquelynn D. Carmichael hereby moves the Court for permission to withdraw as Pro Hac Vice counsel for Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc., in the above-referenced matter. Counsel's Motion to Withdraw is based upon the following:

1. Said Defendants have been financially devastated as a result of CVS's refusal to honor its contractual obligations and pay for the product it has received. As a result of this financial devastation, said Defendants can no longer afford to pay for legal representation in this matter.

2. As a result of the Defendants' inability to pay for legal representation in this matter, Defendants' local counsel, David Wollin, was permitted to withdraw as counsel.

3. Since Mr. Wollin's withdrawal, Defendants have been unable to find local counsel to represent them on a contingency fee basis so that Defendants may continue to pursue their claims against CVS for the nearly $1.2 million in unpaid receivable.

4. Counsel's understanding is that her Pro Hac Vice admission in this matter is contingent upon Defendants' ability to secure local counsel to represent them as well.

Inasmuch as Defendants have been unable to secure local counsel, Ms. Carmichael moves for withdrawal from this case in her Pro Hac Vice capacity.

Based upon the foregoing, Jacquelynn D. Carmichael moves the Court to allow her to withdraw as counsel in this matter.

DATED this 22nd day of November, 2006.

EISENBERG, GILCHRIST & MORTON

JACQUELYNN D. CARMICHAEL
Pro Hac Vice counsel for the Beneficial Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2006, a copy of the foregoing was faxed and mailed, U.S. first class postage prepaid, to the following:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903