UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-CV-171 T |

**CERTIFICATION OF NOTICE TO CLIENTS.**

Jacquelynn D. Carmichael hereby certifies that she has notified Beneficial Holdings, Inc., Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc., of her Motion to Withdraw as Pro Hac Vice counsel in the above-referenced matter. Said Notice was mailed by regular mail, postage prepaid, as well as by certified mail, return receipt requested. Counsel will file a copy of the return received from the post office as soon as it arrives.

DATED this 22nd day of November, 2006.

EISENBERG, GILCHRIST & MORTON

[signature]
JACQUELYNN D. CARMICHAEL
Pro Hac Vice counsel for the Beneficial Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2006, a copy of the foregoing was faxed and mailed, U.S. first class postage prepaid, to the following:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza

Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903