UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-CV-171 T |

**AFFIDAVIT OF JACQUELYNN D. CARMICHAEL**

Jacquelynn D. Carmichael, as her declaration under penalty of perjury, states as follows:

1. The last known address of Beneficial Holdings, Inc., Beneficial Health Systems, Inc. and Beneficial Nutraceuticals, Inc. is 4760 South Highland Drive, Suite 402, Salt Lake City, Utah 84117.

3. Said clients are not in the military service of the United States and have been advised that any failure on their part to retain substitute counsel will not delay the trial date in this case.

4. I have notified all counsel of record of my Motion to Withdraw.

I declare under penalty of perjury that the foregoing is true and correct.

Jacquelynn D. Carmichael

Jacquelynn D. Carmichael

Executed on 11-22-06

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2006, a copy of the foregoing was faxed and mailed, U.S. first class postage prepaid, to the following:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903