UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-CV-171 T |

**MOTION TO CONTINUE HEARING SCHEDULED FOR WEDNESDAY, NOVEMBER 29, 2006 and/or IN THE ALTERNATIVE MOTION TO BE EXCUSED FROM ATTENDING THE HEARING**

Jacquelynn D. Carmichael hereby moves the Court for a continuance of the hearing scheduled to take place on Wednesday, November 29, 2006 or, in the alternative, for permission to be excused from the hearing. The basis for counsel's Motion is as follows:

1. Counsel is required to be in the West Jordan Justice Court in and for Salt Lake County, State of Utah all day on November 29, 2006.

2. No other attorney in Ms. Carmichael's office is able to cover her court engagements in the West Jordan Justice Court on November 29, 2006.

3. When counsel received Notice of the hearing scheduled for November 29, 2006 in Rhode Island, counsel did not believe or understand that she would be required to attend given the Court's prior directive that counsel's pro-hac-vice admission was contingent on the defendants' ability to obtain local counsel by November 3, 2006.

4. Inasmuch as the Beneficial defendants were unable to obtain local counsel by November 3, 2006, Ms. Carmichael assumed that her pro hac vice admission status would be automatically revoked and that she would not be permitted to attend any court

hearings without local counsel.

5. Furthermore, Ms. Carmichael received a letter from the Court's Deputy Clerk, Ryan Jackson via facsimile on November 20, 2006 and via regular mail on Monday November 27, 2006 indicating that all pending Motions would be held in abeyance until such time as Ms. Carmichael filed a formal Motion to Withdraw as Pro Hac Vice counsel in this case and providing Ms. Carmichael with 10 days in which to file said Motion, Certification and Affidavit. Ms. Carmichael filed the requested paperwork, including a formal Motion to Withdraw, Certification of Notice to clients and Affidavit by placing the same in the mail on November 22, 2006 and faxed a copy of the same to the Court on November 28, 2006.

6. Ms. Carmichael understood that in light of the content of Mr. Jackson's letter of November 20, 2006, a copy of which is attached hereto, the hearing scheduled for November 29, 2006 on the Motions that were being "held in abeyance" until her Motion to Withdraw had been determined, had been stricken.

7. Ms. Carmichael called Mr. Jackson to confirm her understanding. Due to the Thanksgiving holiday, Mr. Jackson and Ms. Carmichael were unable to make contact until Tuesday, November 28, 2006 at which time Ms. Carmichael received word that the hearing was going forward on November 29, 2006 and she was supposed to attend the hearing.

Counsel truly apologizes for any misunderstanding on her part with respect to her attendance at the subject hearing, as well as her inability to reschedule her conflicting court hearings scheduled to take place on the same day in Utah. Counsel further apologizes for any inconvenience this conflict may cause the Court and/or other counsel.

Based on the foregoing, counsel respectfully requests that the subject hearing be continued or, in the alternative, that Ms. Carmichael be allowed to be excused from attending the subject hearing due to the scheduling conflict set forth herein.

DATED this 28th day of November, 2006.

EISENBERG, GILCHRIST & MORTON

JACQUELYNN D. CARMICHAEL
Pro Hac Vice counsel for the Beneficial Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November, 2006, a copy of the foregoing was faxed and mailed, U.S. first class postage prepaid, to the following:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903