**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CVS PHARMACY, INC.,

Plaintiff,

v. C.A. No. 05-171T

BENEFICIAL HOLDINGS, INC.,
BENEFICIAL HEALTH SYSTEMS,
INC., BENEFICIAL NUTRACEUTICALS,
INC., INTEGRATED BIOPHARMA, INC.,
and CONTEMPORARY MARKETING, INC.,

Defendants.

**ORDER DENYING MOTION TO WITHDRAW AND MOTION TO CONTINUE HEARING**

The Motion to Withdraw as Pro Hac Vice Counsel for Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc., and Beneficial Nutracueticals, Inc, filed by Jacquelynn D. Carmichael, is DENIED without prejudice to renew it after all pending motions in this case are resolved or new counsel enters an appearance.

The Motion to Continue the Hearing Scheduled for Wednesday, November 29, 2006 and/or In The Alternative Motion to Be Excluded from Attending the Hearing is hereby DENIED.

IT IS SO ORDERED:

Ernest C. Torres

Chief Judge Ernest C. Torres
Date: November 29 , 2006