UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CVS, INC.

v. CA No. 05-171

BENEFICIAL HOLDINGS, INC., et al.

**ORDER TO SHOW CAUSE**

Pursuant to L.R. Gen. 210(b)(3) Jacqueline D. Carmichael, Esq., is hereby ordered to show cause, no later than December 20, 2006, why disciplinary proceedings should not be commenced against her for willfully failing to appear on November 29, 2006, for argument with respect to several motions affecting the interests of her clients, Beneficial Holdings, Inc.; Beneficial Health Systems, Inc.; and Beneficial Nutraceuticals, Inc.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: November 30, 2006