UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. | : | |
| | : | |
| v. | : | C.A. No. 05-CV-171T |
| | : | |
| BENEFICIAL HOLDINGS, INC., et al. | : | |

## NOTICE OF DEPOSITION

**Deponent:** **Contemporary Marketing, Inc. through Scott Sentel**

**Date:** **Thursday, February 15, 2007**

**Time:** **10:00 a.m.**

**Place:** **R. Daniel Prentiss, P.C.**
**One Financial Plaza, Suite 1800**
**Providence, RI 02903**

PLEASE TAKE NOTICE that pursuant to Rhode Island Rules of Civil Procedure, Rule 30, Defendant's counsel in the above-entitled action will take the deposition of the above-named deponent at the date and time indicated herein, on oral examination, which examination will continue from day to day until complete, at the office of R. Daniel Prentiss, P.C., at the address referenced above before a Notary Public duly commissioned in the State of Rhode Island.

Respectfully submitted,
Integrated BioPharma, Inc.,
By its attorneys,

**R. DANIEL PRENTISS, P.C.**

/s/ R. Daniel Prentiss

R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 824-5150
(401) 824-5123 (fax)
dan@prentisslaw.com

## CERTIFICATION

I hereby certify that on this 14th day of December, 2006, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Nicholas Fortuna, Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, NY 10016

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Jacquelynn D. Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, UT 84111

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

/s/ R. Daniel Prentiss

842/51/1236