UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. | : | |
| | : | |
| v. | : | C.A. No. 05-CV-171T |
| | : | |
| BENEFICIAL HOLDINGS, INC., et al. | : | |

**AMENDED DEPOSITION NOTICE PURSUANT TO RULE 30(b)(6)**

Deponent: CVS, Inc.
c/o Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Date: Wednesday, January 24, 2007 and Thursday, January 25, 2007

Time: 10:00 a.m.

Place: R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Integrated BioPharma, Inc. gives notice of its intention to take deposition of the representative or representatives of CVS, Inc. ("CVS") designated as most knowledgeable concerning the topics set forth below. The plaintiff is advised that the designated person(s) may also be questioned on other topics relevant to this litigation that are within their knowledge. The plaintiff is further advised that, pursuant to Rule 30(b)(6), it shall, for each person designated, set forth the matters on which the person will testify.

**Deposition Subject Matter**

1. The procedures and investigations undertaken by CVS in selecting vendors of products to be sold at CVS stores.

2. The decision by CVS to stock WillpowerRX as a product for sale at CVS stores.

3. Any and all investigations by CVS regarding WillpowerRX and/or its vendors undertaken in connection with its decision to stock this product for sale by CVS stores.

4. Negotiations by CVS regarding the purchase by CVS of WillpowerRX.

5. Preparation and issuance by CVS of purchase orders for WillpowerRX.

6. The preparation of, and the information from which were derived, the documents appended hereto, marked as Bates page numbers CVS 0001, 0002, 0003, 0004, 0005, 0011, 0031, 0032, 0033, 0034, 0098, 0135, 0136, 0137, 0138, 0197, 0198, 0297, 0312, 0313, 0314, 0315.

7. Payments by CVS for WillpowerRX.

8. The relationship between CVS and Contemporary Marketing, Inc.

Respectfully submitted,
Integrated BioPharma, Inc.,
By its attorneys,

**R. DANIEL PRENTISS, P.C.**

/s/ R. Daniel Prentiss

R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 824-5150
(401) 824-5123 (fax)
dan@prentisslaw.com

**CERTIFICATION**

I hereby certify that on this 14th day of December, 2006, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Nicholas Fortuna, Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, NY 10016

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Jacquelynn D. Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, UT 84111

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

/s/ R. Daniel Prentiss

842/51/1234