# *Facsimile Cover Page*

***US District Court***
***District of Rhode Island***
***One Exchange Terrace***
***Federal Building & Courthouse***
***Providence, RI 02903***

## To:

Organization Name: J. CARMICHAEL

Fax Number: 1(801)3500065

Phone Number:

## From:

Sender: Ryan Jackson

Phone Number: 752-7210

Fax Number: 752-7247

*Note: You may send a Fax directly to your party by dialing:*
*752-7255#and then the last four digits of your party's phone number##*
*Example: 752-7255#7237##*
*Please remember the pound (#) symbols are important in routing the fax properly.*

**Total Number Pages including cover:** 3

## Message:

## Notices

1:05-cv-00171-T-DLM CVS, Inc. v. Beneficial Holdings, et al

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Jackson, Ryan entered on 11/13/2006 at 10:22 AM EST and filed on 11/13/2006

**Case Name:** CVS, Inc. v. Beneficial Holdings, et al
**Case Number:** 1:05-cv-171
**Filer:**
**Document Number:**

**Docket Text:**
NOTICE of Hearing on Motion [90] MOTION for Reconsideration, [94] MOTION to Amend/Correct [17] Answer to Complaint, Counterclaim, [92] MOTION for an Extension of Time to extend procedural dates in scheduling order: Motion Hearing set for 11/29/2006 02:00 PM in Courtroom 3 before Judge Ernest C. Torres. (Jackson, Ryan)

The following document(s) are associated with this transaction:

**1:05-cv-171 Notice will be electronically mailed to:**

CharCretia V. DiBartolo cdibartolo@hinshawlaw.com

R. Daniel Prentiss dan@prentisslaw.com

Todd M. Reed treed@eapdlaw.com

**1:05-cv-171 Notice will be delivered by other means to:**

Jacqueline D. Carmichael
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, UT 84111

Nicholas Fortuna
Allyn & Fortuna, LLP
200 Madison Avenue
5th Floor
New York, NY 10016

Jesse Kaplan
Allyn & Fortuna LLP

200 Madison Avenue
5th Floor
New York, NY 10016