David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette Dube
Chief Deputy Clerk

November 20, 2006

*Re: CR05-171T CVS, Inc. v. Beneficial Holdings, Inc., et al.*

Counsel:

This will acknowledge receipt of your Declaration regarding Withdrawal as counsel for Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc., and Beneficial Nutraceuticals, Inc. in the above case.

Before Judge Torres can act on your declaration, the Court requires that you file a Motion to Withdraw as well as the following:

1. A certification that your clients have been notified of the pendency of this motion and that, if they object, they must notify the Court immediately. Such notification should be given by both regular mail, postage prepaid and by certified or registered mail, return receipt requested. The certification should be accompanied by the return received from the postal service.

2. An affidavit setting forth your clients' last known address and attesting to the fact that they are not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended by the Servicemembers Civil Relief act of 2003. The affidavit should also recite that your client has been advised that any failure on their part to retain substitute counsel will not delay the trial date in this case.

3. The affidavit should also attest to the fact that you have notified all other counsel of record of your motion to withdraw.

I will hold your motions in abeyance until these materials are received. You have 10 days from receipt of this letter to comply.

Very Truly Yours,

Ryan H. Jackson
Deputy Clerk
752-7210