UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-CV-171 T |
| | : | |
| BENEFICIAL HOLDINGS, INC., et al. | : | |
| Defendants | : | |

**DECLARATION OF HARVEY L. CARMICHAEL**

Harvey L. Carmichael, as his declaration under penalty of perjury pursuant to 28 U.S.C. §1746, states as follows:

1. I am President of Beneficial Holdings, Inc. which also does business as Beneficial Health Systems.

2. I have personal knowledge of the information contained herein.

3. I am the only officer and/or director of any of the Beneficial companies named in the subject litigation.

4. Beneficial has no ability to pay any legal fees or pay the costs of litigation in this matter.

5. I do not expect Jacquelynn D. Carmichael to represent the Beneficial defendants in the above-captioned matter on a pro-bono basis, nor do I expect her to advance the costs of litigation on behalf of the Beneficial companies.

6. I have received her Motion to Withdraw as counsel in this case and do not

oppose it.

I ~~declare~~ under penalty of perjury that the foregoing is true and correct.

______________________________

Harvey L. Carmichael

Executed on 12/15/06

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15 day of December, 2006, a copy of the foregoing was mailed, U.S. first class postage prepaid, to the following:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903

______________________________