**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Beneficial Holdings, Inc.
Beneficial Health Systems, Inc.
Beneficial Nutraceuticals, Inc.
4760 So Highland Dr.
# 402
SLC UT 84117

**_COMPLETE THIS SECTION ON DELIVERY_**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (*Printed Name*) Alena Peal

C. Date of Delivery 11/28/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7005 1820 0003 2910 7975

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540