UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CVS PHARMACY, INC.<br><br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC.,<br>BENEFICIAL HEALTH SYSTEMS, INC.,<br>BENEFICIAL NUTRACEUTICALS, INC.<br>INTEGRATED BIOPHARMA, INC., and<br>CONTEMPORARY MARKETING, INC.<br><br>Defendants. | CIVIL ACTION NO. 05-171T |

**OBJECTION OF CROSS CLAIM DEFENDANT CONTEMPORARY MARKETING, INC. TO PROPOSED BIFURCATION ORDER**

Cross Claim Defendant Contemporary Marketing, Inc. ("CMI") hereby objects to the Court's proposed Bifurcation Order. As grounds for its objection, CMI states that, while bifurcation of the case as suggested by the Court may result in an expeditious and efficient resolution of the case, this is only in the event that CVS does not prevail on its declaratory judgment claim. In the event CVS does prevail, and there is a determination that the terms of the agreement between CVS and Beneficial were "pay-on-scan" as argued by both CVS and CMI, it is likely that the trial on the remaining claims will involve many of the same witnesses and evidence. Thus, the parties, and particularly CMI, will be forced to present the same witnesses and testimony twice. In addition, a second trial before a different jury also could result in inconsistent factual findings, unless the same jury is used for all claims.

In support of its objection, CMI submits a memorandum of law.

WHEREFORE, the Cross Claim Defendant Contemporary Marketing, Inc. respectfully objects to the Court's proposed Bifurcation Order and requests that the Court try all issues and counts as to liability before a single jury.

Respectfully submitted,

CONTEMPORARY MARKETING, INC.,

By its attorneys,

*/s/ CharCretia V. Di Bartolo*

CharCretia V. Di Bartolo, (#5862)
HINSHAW & CULBERTSON, LLP
127 Dorrance Street
Providence, RI 02903
(401) 454-7700
(401) 454-8055 (facsimile)

Dated: January 12, 2007

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 12, 2007.

*/s/ CharCretia V. Di Bartolo*

CharCretia V. Di Bartolo