UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC. Plaintiff, | : | |
| v. | : | C.A. No. 05-CV-171 T |
| BENEFICIAL HOLDINGS, INC., et al. Defendants | : | |

**NOTICE REGARDING PROPOSED BIFURCATION.**

Notice is hereby given that the Beneficial Defendants have no objection to the bifurcation of this matter as proposed by the Court.

DATED this 20th day of February, 2007.

EISENBERG, GILCHRIST & MORTON

JACQUELYNN D. CARMICHAEL
Pro Hac Vice counsel for the Beneficial Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2007, a copy of the foregoing was faxed to the following:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903
Facsimile: (401) 276-6611

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903
Facsimile: (401) 454-8055

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016
Facsimile: (212) 213-3318

R. Daniel Prentiss, Esq.
Facsimile: (401) 824-5181

Jacquelynn D. Carmichael