UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No.: 05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING, INC.

Defendants.

---

**JOINT MOTION OF CVS, INC. AND INTEGRATED BIOPHARMA, INC. TO CONTINUE HEARING**

The plaintiff, CVS, Inc., and the defendant, Integrated BioPharma, Inc., jointly move this Honorable Court for a continuation of the hearing on Integrated BioPharma's Motion to Compel from March 9, 2007 to March 27, 2007 at 10:00 a.m.

As grounds for this Motion, the parties state that depositions in the present case are currently scheduled for March 9, 2007 in New York City. The parties request the continuation to March 27, 2007 because, on that date, they will also be appearing before Magistrate Judge Hagopian for a settlement conference at 11:00 a.m.

WHEREFORE, CVS, Inc. and Integrated BioPharma, Inc. respectfully request that this Honorable Court continue the hearing on Integrated BioPharma's Motion to Compel from March 9, 2007 to March 27, 2007 at 10:00 a.m.

Respectfully submitted

/s/ Todd M. Reed
Todd M. Reed (#6602)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611

Respectfully submitted

/s/ R. Daniel Prentiss
R. Daniel Prentiss (#0783)
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2007, I did send a true copy of the within document via electronic filing and regular mail, to the following:

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903

Beneficial Holdings, Inc., Beneficial Health Systems, Inc.
And Beneficial Nutraceuticals, Inc.
c/o Jacquelynn D. Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, Utah 84111

/s/ Todd M. Reed