UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CVS PHARMACY, INC.,

Plaintiff,

v.

BENEFICIAL HOLDINGS, INC.,
BENEFICIAL HEALTH SYSTEMS, INC.,
BENEFICIAL NUTRACEUTICALS, INC.,
INTEGRATED BIOPHARMA, INC., and
CONTEMPORARY MARKETING, INC.,

Defendants.

CIVIL ACTION NO: 05-171T

**NOTICE OF CHANGE OF ADDRESS**

This is to notify the court and all parties to the above-captioned matter that, effective March 1, 2007, the firm address, telephone number and facsimile number for counsel for United States Fidelity and Guaranty Company is as follows:

Hinshaw & Culbertson LLP
155 South Main Street
Suite 304
Providence, RI 02903
Telephone: (401) 751-0842
Facsimile: (401) 273-8543

Respectfully submitted,

CONTEMPORARY MARKETING, INC.

By its Attorneys,

*/s/ CharCretia V. Di Bartolo*

CharCretia V. Di Bartolo, (#5862)
HINSHAW & CULBERTSON LLP
155 South Main Street, Suite 304
Providence, RI 02903
(401) 751-0842
(401) 273-8543 (facsimile)

Dated: March 8, 2007

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NED) and paper copies will be sent to those indicated as non registered participants on March 8, 2007.

*/s/ CharCretia V. Di Bartolo*
CharCretia V. Di Bartolo