UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CVS, INC. :
:
v. : C.A. No. 05-CV-171T
:
BENEFICIAL HOLDINGS, INC., et al. :

# ORDER

This matter came before the court, United States Magistrate Judge David L. Martin, presiding, on March 27, 2007, on the motion of defendant Integrated BioPharma, Inc. to compel the plaintiff CVS, Inc. to provide more responsive answers to interrogatories, and, after hearing thereon, it is

ORDERED:

The motion is granted. With respect to interrogatory number 1, subpart (e), the plaintiff shall state in its answer the payment term language set forth on the purchase orders that plaintiff issued for the product WillPowerRx. With respect to interrogatory number 1 subpart (f), the plaintiff shall set forth each invoice that it received for WillPowerRx and state the purchase order identified on each invoice.

With respect to interrogatory number 2, the plaintiff shall identify and explain all adjustments that it made to the amounts due under Beneficial invoices to arrive at the amounts paid pursuant to those invoices, and shall explain to the best of its ability any and all reasons, beyond the identified adjustments, that the amounts paid are not equal to invoice amounts.

With respect to interrogatory number 5, the objection asserted in the plaintiff's supplemental response is stricken.

ENTER: PER ORDER:

David L Martin
USMJ

Dated: 4-9-07