**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CVS, INC. | : | |
| | : | |
| v. | : | C.A. No. 05-CV-171T |
| | : | |
| BENEFICIAL HOLDINGS, INC., et al. | : | |

**ASSENTED TO MOTION FOR AN EXTENTION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., AND BENEFICIAL NUTRACEUTICALS, INC.**

Defendant Integrated Biopharma, Inc. ("Integrated") hereby moves for an extension of time to respond to Plaintiff CVS, Inc.'s Motion for Entry of Default Against Defendants Beneficial Holdings, Inc., Beneficial Health Systems, Inc., and Beneficial Nutraceuticals, Inc. up to and including April 30, 2007. Integrated's response is currently due on April 23, 2007. In support of its Motion, Integrated submits that additional time is needed for its counsel to prepare a response, as its counsel has been trying a matter before the Superior Court for the past several weeks and is now trying another matter before this Court. All counsel of record have assented to this Motion.

Respectfully submitted,
Integrated BioPharma, Inc.,
By its attorneys,

**R. DANIEL PRENTISS, P.C.**

/s/ R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181 (fax)
dan@prentisslaw.com

Dated: April 23, 2007

## CERTIFICATION

I hereby certify that on this 23rd day of April, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record and via regular mail, to the following.

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Beneficial Holdings, Inc., Beneficial
Health Systems, Inc.
and Beneficial Nutraceuticals, Inc.
c/o Jacquelynn D. Charmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside tower
215 South State Street
Salt Lake City, Utah 84111

/s/ R. Daniel Prentiss

842/51/1692