UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CVS, INC.<br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC., et al.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-CV-171 T |

**RENEWED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE BENEFICIAL DEFENDANTS**

Based upon the information and facts set forth in the Declarations of Jacquelynn D. Carmichael, previously filed with this Court but attached hereto as Exhibits A and B for the Court's convenience, as well as the express consent of the Beneficial Defendants, also previously filed with the Court, Jacquelynn D. Carmichael renews her prior Motion for Leave to Withdraw as Counsel for the Beneficial Defendants in the above-referenced matter.

As additional grounds for the Motion, counsel asserts that the Beneficial Defendants have assigned their entire interest in the $1.3 million receivable at issue in this case, as well as any and all claims and causes of action related thereto, to Integrated Biopharma and no longer own any interest or claim in the subject receivable. Mr. Carmichael (Beneficial's sole officer and/or director) has given his deposition in this matter and has also agreed to participate as a live witness at the time of trial. Inasmuch as the Beneficial Defendants have assigned their interests in this case to Integrated Biopharma, and are unable to pay an attorney to represent them in this matter, counsel respectfully requests that she be allowed to withdraw as the pro hac vice counsel for the

Beneficial Defendants in this matter.

DATED this 26th day of April, 2007.

EISENBERG, GILCHRIST & MORTON

JACQUELYNN D. CARMICHAEL
Pro Hac Vice Counsel for Beneficial

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2007, a copy of the foregoing was mailed, U.S. first class postage prepaid, to the following:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903