UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

COPY

| | | |
|---|---|---|
| CVS, INC. Plaintiff, | : | |
| v. | : | C.A. No. 05-CV-171 T |
| BENEFICIAL HOLDINGS, INC., et al. Defendants | : | |

## DECLARATION OF JACQUELYNN D. CARMICHAEL

Jacquelynn D. Carmichael, as her declaration under penalty of perjury, states as follows:

1. I was counsel of record for Beneficial Holdings, Inc. ("Beneficial") in an action filed in or about April, 2005 by Beneficial against CVS Pharmacy, Inc. ("CVS"), Contemporary Marketing, Inc. and Ed Ellis in the United States District Court in and for the District of Utah.

2. After CVS was served with a copy of Beneficial's Complaint, CVS filed the instant action in this Court and also filed a Motion to Dismiss the case filed in Utah on grounds including a lack of personal jurisdiction.

3. Beneficial opposed CVS's Motion to Dismiss and also sought to file a Motion to Dismiss the instant action filed in this Court under, among other theories, the first filed rule.

4. For purposes of moving this Court to dismiss the instant action, counsel for Beneficial contacted David Wollin, an attorney in Providence Rhode Island, and sought his assistance as local counsel to assist Beneficial's attorney in obtaining Pro Hac Vice admission to practice in this Court **for the limited purpose of filing and arguing a**

**Motion to Dismiss the instant action.**

5. Mr. Wollin assisted me in obtaining my Pro Hac Vice admission to practice in this Court and agreed to act as local counsel on behalf of Beneficial for purposes of filing a Motion to Dismiss this action under the first filed rule.

6. Beneficial filed a Motion to Dismiss the instant action and then agreed to have that Motion stayed pending the resolution of CVS's Motion to Dismiss the action filed in Utah.

7. CVS's Motion to Dismiss the action filed in Utah was granted. At that time, Beneficial agreed to withdraw its Motion to Dismiss the instant action and litigate its claims against CVS and others in this forum and in the present action.

8. At that time, Beneficial retained David Wollin to represent it, along with its manufacturer Integrated Biopharma, in the present case. From that point forward, until Mr. Wollin's recent withdrawal of counsel, Mr. Wollin represented Beneficial and its manufacturer and acted as their sole attorney in the prosecution of their claims in this case.

9. From the time the action in Utah was dismissed and Mr. Wollin was retained by Beneficial to represent it in the present action, I have not acted as counsel for Beneficial in this matter in any respect or under my original Pro Hac Vice admission.

10. Notwithstanding the limited purpose and nature of my Pro Hac Vice admission to practice in this Court, when Mr. Wollin's Motion to Withdraw was granted, the Court provided a deadline of November 3, 2006 in which to locate alternative local counsel under which I could maintain my Pro Hac Vice admission to practice in this Court.

12. This Affidavit is filed for the purpose of notifying the Court and the parties to these proceedings that Beneficial has been unable to retain and/or locate alternative local counsel to represent it in this matter.

13. Accordingly, it is my understanding that my Pro Hac Vice admission to practice law in this Court will be revoked and that I will be unable to act as counsel for and/or represent the Beneficial defendants in this action.

I declare under penalty of perjury that the foregoing is true and correct.

/S/
Jacquelynn D. Carmichael

Executed on ______________________

**CERTIFICATE OF SERVICE**

I hereby certify that on this ____day of November, 2006, a copy of the foregoing was faxed and mailed, U.S. first class postage prepaid, to the following:

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, R.I. 02903

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

Nicholas Fortuna Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, New York 10016

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Financial Plaza, Suite 1800
Providence, RI 02903 ______________________________