UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CVS PHARMACY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BENEFICIAL HOLDINGS, INC.,<br>BENEFICIAL HEALTH SYSTEMS, INC.,<br>BENEFICIAL NUTRACEUTICALS, INC.,<br>INTEGRATED BIOPHARMA, INC., and<br>CONTEMPORARY MARKETING, INC.,<br><br>Defendants. | CIVIL ACTION NO: 05-171T |

**SUPPLEMENTAL RESPONSE OF CONTEMPORARY MARKETING, INC. TO INTEGRATED BIOPHARMA, INC.'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Crossclaim Defendant Contemporary Marketing, Inc. ("CMI") hereby provides the following supplemental response to Crossclaim Plaintiff Integrated BioPharma, Inc.'s Second Request for Production of Documents as follows:

**REQUEST NO. 1:**

Appointment books, diaries, airline or flight records, rental car records, credit card records, notes, or memoranda of any kind that document the trip to Providence, Rhode Island by Edwin Ellis during which he met at CVS with Harvey Carmichael and Thomas Sullivan.

**RESPONSE NO. 1:**

CMI objects to this request on the grounds that it is overly broad in time and scope, unduly burdensome and otherwise beyond the scope of discovery provided for by the Federal Rules of Civil Procedure.

Without waiving the foregoing objections and subject thereto, CMI states that it has no documents in its care, custody or control which are responsive to this request.

**SUPPLEMENTAL RESPONSE NO. 1**

CMI objects to this request on the grounds that it is overly broad in time and scope, unduly burdensome and otherwise beyond the scope of discovery provided for by the Federal Rules of Civil Procedure.

Without waiving the foregoing objections and subject thereto, CMI produces herewith as Exhibit A copies of documents in its care, custody or control which are responsive to this request. CMI further refers Integrated to a letter dated June 10, 2004 from Harvey Carmichael to Tom Sullivan at CVS Pharmacy, Inc., which was previously produced.

**REQUEST NO. 2:**

The cell phone record for Edwin Ellis that covers July, 2004, for the telephone on which he received a telephone call from Harvey Carmichael in Rider, New Jersey in July, 2004.

**RESPONSE NO. 2:**

CMI states that it has no documents in its care, custody or control which are responsive to this request.

**REQUEST NO. 3:**

The telephone records for the telephone used by Edwin Ellis for making the telephone calls to Adam Satin and Stewart Lask in August or September, 2004, as testified to by Mr. Ellis at page 67 of his deposition.

**RESPONSE NO. 3:**

CMI states that it has no documents in its care, custody or control which are responsive to this request.

Respectfully submitted,

CONTEMPORARY MARKETING, INC.

By its Attorneys,

CharCretia V. Di Bartolo, (#5862)
HINSHAW & CULBERTSON LLP
155 South Main Street, Suite 304
Providence, RI 02903
(401) 751-0842
(401) 273-8543 (Facsimile)

Dated: 6/1/07

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that a true and accurate copy of the above pleading was served by first class mail on the 1st day of ~~March~~ June 2007, to the following counsel of record:

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place
Suite 380
Providence, RI 02903

Jacqueline Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, UT 84111

Jesse Kaplan, Esq.
Nicholas Fortuna, Esq.
Allyn & Fortuna
200 Madison Ave.
Fifth Floor
New York, NY 10016

Todd M. Reed, Esq.
Edwards, Angell, Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

CharCretia V. Di Bartolo

ACT! - [Contacts - Calendar]

File Edit Contact Lookup Write Reports Tools Online View Window Help

Thursday, June 17, 2004 — Week: 25

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3<br>S Campbell - Account Upda<br>S Sentell - TriMedica; To dis | 4<br>Ed Ellis - GNC/[illegible] | 5 |
| 6 | 7 | 8<br>Debbie [illegible] - Fr | 9<br>K Fisch - Gym Sales Report<br>S Sentell - FGH, Meeting wi | 10<br>Ed Ellis - CVS Meetin | 11 | 12<br>S Sentell - GNC, Meeting wi<br>[illegible] the Gl |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21<br>S Sentell - Hydroderm LLC, I | 22 | 23 | 24 | 25 | 26 |
| 27<br>Ed Ellis - CVS Meeting | 28 | 29 | 30 | 1 | 2 | 3 |

Multi-day items, as printed:

- Jun 13–14: Scott Sentell - GNC [illegible]
- Jun 14–16: Scott Sentell - GNC Franchise [illegible]
- Jun 13–16: Ed Ellis - GNC [illegible]
- Jun 13–16: GNC Franchise [illegible]
- Jun 13–16: [illegible]
- Jun 17: Mike has a Meeting [illegible]
- Jun 18: Ed Ellis - [illegible]
- Jun 22: Scott Sentell - NACD
- Jun 23: Scott Sentell - [illegible]
- Jun 20–23: Ed Ellis - NACDS Convention in San Diego, CA
- Jun 24–26: Ed Ellis - CVS meetings and Charity Classic in Providence
- Jul 1: [illegible]
- Jul 1: Michael Slater - [illegible]

23 Activities - 20 Meetings, 3 To-do's.