# EXHIBIT A

COPY

06/11/04 10:46 FAX 801 280 3111 ☒001

Beneficial Holdings, Inc
4848 South Highland Drive #402
Salt Lake City, Utah 84117

June 10, 2004

Mr. Tom Sullivan
CVS Pharmacy
1 CVS Drive
Woonsocket, RI 02895

Dear Tom,

Thank you for giving us the opportunity to meet with you to discuss the Willpower Rx brand by Beneficial Health. We are very excited about partnering with your company as we bring this brand to retail. We very much appreciated your guidance on what has been successful and how we can better market the brand to the CVS customer. I have outlined the details of our proposal below for your review:

- **Pricing-**

| Item | Cost | Retail | Margin |
|---|---|---|---|
| Willpower Rx 120ct | $23.97 | $39.95 | 40% |

  In addition we will offer CVS an on going BDF marketing fund of 10% to be taken off invoice.

- **Payment Terms-**
  Beneficial Health will extend to CVS terms of Pay on Scan for a period of One year, after which the terms will switch to 2%,30 net 31days.

- **Displays-**
  We will forward prototypes of the 12ct counter display for your review.

- **Returns-**
  Will be handled as outlined in the CVS return goods agreement.

- **Slotting-**
  We authorize CVS to deduct a one time charge of $5,000 to cover the new item slotting.

We are committed to making sure that Willpower Rx grows to become on of your best weight loss brands in 2005 through our TV and Print advertising and through our partnerships with leading retailers like CVS. As we discussed the product will be available at GNC and Riteaid/GNC stores starting in September. It will be available to other key retailers beginning in December. We want to thank you for your interest and support of our brand.

Sincerely,

[signature]

06/25/2004 14:08 7247430167 ED ELLIS PAGE 01

From: 06/21/2004 12:39 #729 P.005/005

INDEMNIFICATION AGREEMENT

JUL 19 2004

CVS Corporation
One CVS Drive
Woonsocket, Rhode Island 02895

Beneficial Holdings (hereinafter "Vendor") hereby agrees to defend, indemnify and hold harmless, each of the following: CVS Corporation and all past, present and future parent corporations, subsidiaries and affiliates and each of their officers, directors, employees and representatives (hereinafter individually and collectively "CVS"), from or are associated with and against any and all liabilities, losses, claims, and/or costs, including reasonable attorneys' fees, which allegedly result from any defect, alleged or real, in any product, fixture, equipment or item, sold or supplied by Vendor or its subsidiaries or assigns to CVS, or which result from any infringement, alleged or real, of any trademark, patent, copyright or other intellectual property right, or which result from any violation of applicable laws by Vendor.

Vendor shall not be obligated to CVS under this indemnity to the extent that a claim is a result of any negligence on the part of CVS, its employees, agents or servants.

CVS hereby agrees to notify Vendor in writing of all complaints, claims, or lawsuits within a reasonable time after CVS has received notice of said complaints, claims, or lawsuits. The notification to Vendor shall be sent to 4848 S. highland Dr. #402, c/o Salt Lake City UT 84117.

As part of this Agreement, Vendor shall supply CVS with a certificate of insurance naming CVS as an "Additional Insured" evidencing General Liability, including Blanket Vendor's Endorsement, Auto Liability, and Excess Liability coverage in combined policy limits of not less than $5,000,000.00 for bodily injury and for property damage, in addition to statutory worker's compensation coverage.

This Indemnification Agreement shall cover all products, fixtures and equipment, items and service which CVS has purchased from Vendor at any time, whether prior to, or after, the date of the execution of this Agreement by either party hereto, and shall survive the termination of the transaction of business between Vendor and CVS.

CVS:

BY SIGNATURE: [signature]
PRINT NAME: Thomas J Sullivan
TITLE: Category mgr
DATE: 8/22/04

VENDOR: #3002
Beneficial Holdings

BY SIGNATURE: [signature]
PRINT NAME: Harvey Carmichael
TITLE: Pres.
DATE: 6/21/04

VENDOR #3002

Revised 05/15/02

5 5

B 0044

**CONTEMPORARY MARKETING INC.**
A National Sales, Marketing, & Advertising Organization

Date: 6/17/04

To: Equity Labs
Darren Lopez
Phone: 801-403-6887
Fax: 801-982-7692

From: Contemporary Marketing, Inc.
Kristine Salemi
Phone: 847-541-0330
Fax: 847-541-0277

Pages: 11

Subject: CVS Returns Information

Darren,

Please see the attached. Can you please sign and fax back the second page to me? The rest is for your information, you do not need to send it back to me. Don't worry about the CVS Unsaleables and Return Goods Form, we already have that filled out. Let me know if you have any questions.

Thanks,
Kristine

DEPOSITION EXHIBIT 16 2-7-07
PENGAD 800-631-6989

1569 Barclay Boulevard • Buffalo Grove, IL 60089
Tel: 847-541-0330 • Fax: 847-541-0277

B 0045

July 21, 2003

Dear Valued Supplier:

Our ultimate goal continues to be to significantly reduce and improve the overall cost of processing unsaleables and returns for both the supplier and CVS. Working together we can achieve this objective.

In our continuing effort to improve the Reverse Logistics Processes, CVS has contracted with Carolina Logistic Services to process all Front Store Unsaleables and Return Goods. Attached you will find an updated CVS Unsaleable and Returns Policy. Also included are a Merchandise Credit Request Handling Fee and Return Authorization Policy for full case returns returned from CVS Distribution Centers along with a recommended Item and Case Package criteria document.

CVS fully embraces the concepts and cost components outlined in the original Joint Industry Report on Product Reclamation Centers (JIR) as published in 1990 and sponsored by the FMI, GMA, and NACDS. These costs have also been validated through an exhaustive internal study conducted by CVS. We fully believe that the product reclamation process should provide an incentive for both CVS and our vendor partners to work together to reduce damages and returns and to fairly allocate the cost of the process based on each party's responsibility in the process.

We ask that you review this revised policy, which is being sent via Certified Mail and return a signed copy along with the Return Option Agreement within 30 days of receipt. **FAILURE TO RETURN THIS POLICY WILL BE CONSTRUED AS ACCEPTANCE OF OPTION 1 – DONATION OF PRODUCT. DEDUCTION WILL BE THE DEFAULT PAYMENT TYPE.**

If you should have any questions, please contact Cathy Petrarca, Reverse Logistics Manager.. Email – capetrarca@cvs.com , Phone (401)770-3110

Thank you for your prompt response to this policy.

Sincerely,

Chris W. Bodine
Executive Vice President
Merchandising & Marketing

Kevin F. Smith
Sr. Vice President
Supply Chain & Logistics

Index


Summary of Changes ........ Page 4

Return Option Agreements ........ Page 5 - 6

Summary of Handling Charges ........ Page 7

Merchandise Policy Detail ........ Pages 8 – 10

Carolina Logistics Locations ........ Page 11

Merchandise Credit Request Handling Fee Policy

and Return Authorization Process ........ Page 12

Packaging Criteria ........ Page 13

**Summary of Changes since last Policy issuance on January 14, 2002:**

- CVS no longer honors shortage claims processed by any other 3rd party reclamation company other than Carolina Logistics
- Merchandise Credit Request Handling Fee Policy and Return Authorization Process
- Packaging Criteria

# Merchandise Credit Request (MCR) Handling Fee Policy and Return Authorization Process (Full Case Returns from CVS DC's)

Effective January 1, 2003

- A handling fee of $0.10 per consumer unit will be assessed for full case returns of Outdated, Overstocked, and Product Withdrawals that are held at our nine Distribution centers through our MCR, unless a fixed percent of sales allowance has been agreed to by CVS. This fee per consumer unit is less than the 1990 Joint Industry Report (JIR) average costs for warehouse processing of between $0.126 (low) and $0.170 (high) and supports the streamlined process of assigning costs appropriately throughout the Supply Chains.

- CVS has also revised its current process for requesting Return Authorizations on MCR's for product held in CVS Distribution Centers. Our Suppliers will now receive the request electronically via a weekly Excel Spreadsheet. The spreadsheet will contain all MCR's currently awaiting Return Authorizations on full case returns for your company along with anything that has shipped the prior week. Return Authorizations for these full case returns need to be provided to the appropriate Item Maintenance Processor (IMP) noted on the file within two weeks of receipt. As CVS receives the Return Authorizations for these outstanding MCR's, the MCR number will fall off the next weekly file issued. Please provide the following to the IMP

    Return Authorization Number
    Ship to Address
    Contact Name
    Phone Number of location receiving product

**CVS Unsaleable Merchandise Policy Detail**

CVS processes all of its unsaleable and returns through Carolina Logistic Services (CLS). These facilities are located in the following cities:

Taunton, MA
Ft Wayne, IN
Atlanta, GA
Fredericksburg, VA
Allentown, PA
Anniston, AL
Abingdon, VA

CVS recognizes that the process of handling unsaleable products is a shared responsibility of manufacturers and retailers. We will apply the "generally accepted presumption for unsaleable responsibility" (GAPUR) as described in the 1990 Joint Industry Report on Product Reclamation Centers (JIR). Also in the spirit of the JIR, we will comply with the responsibilities of the distributor as follows:

- *Billing only for damage, which is the agreed responsibility of the manufacturer.* CVS will not bill for case cuts, empty packages and "pristine" products.
- Operating the most efficient, low cost reclaim center(s) possible.
- Seeking only to recover reasonable offsets for operating expenses, and not to generate a profit.

For all unsaleable products determined to be the responsibility of our supplier partners, CVS will use the following rate structure to invoice for compensation for the products and the costs of handling:

- **Price Basis** - CVS will use its current book cost on file before discounts and allowances as the basis for product compensation.
- **Pre-Damage Handling (DPH)**- CVS will use the category Direct Product Cost (DPC) rate of $0.08 per consumer unit (package). This is based on a review of our different product categories and the handling of them and is consistent with the fees outlined in the JIR.
- *Post-Damage Handling* - CVS will use the rate for average-cost operators for Store-Identified Damage as stated in the JIR. That rate is $0.11 per consumer unit (package).
- Reclamation Center Handling (RCC) - CVS will use a weighted average rate across all product classes as described in the JIR for the disposition options of Donate, Return to Supplier and Supplier Pick Up. **These are the only disposition options available.** The RCC rate is as follows:

**Donate - *$0.15 per consumer unit.***
**Return to Supplier or Held for Supplier Pick Up**

- If an OPEN RETURN AUTHORIZATION NUMBER is provided the RCC will be $0.21 per consumer unit (package).
- If no Open Return Authorization is provided and you require your product to be returned or Held for Pick Up the RCC will be $0.25 per consumer unit (package).
- *$10.00 pallet charge put in place*

**CVS Unsaleable Merchandise Policy Detail -continued**

- For our Suppliers who require their unsaleable product be returned to them, if an Open Return Authorization is not provided a Return Authorization and Ship to Address need to be provided within 21 days of the invoice date or your product will be deducted and donated to Second Harvest.
- For our Suppliers who wish to review their product at the CLS centers, the product is sorted and held for 21 days after the date of invoice from CLS. During this time, the Supplier may make an appointment to review their product. If the items are not reviewed within 21 days of the notification, your product will be deducted and donated to Second Harvest.
- **In striving to keep the reclamation process an efficient and cost effective system, CVS has instructed CLS not to hold product amounting to under $100 per CLS location, per period (a period equals one month). The product will be deducted and donated to Second Harvest.**
- The reclamation centers are designed to be flow through facilities and can only accommodate the storage of limited amounts of product. If the supplier's product is to be held over 30 days, pallet storage fees will be charged and deducted at the rate of $10.00 per pallet location for each month.
- For our Suppliers who wish to have their product Donated and Deducted, you will receive a monthly invoice detailing the items processed for all seven locations.

**Unsaleable Merchandise Return Authorization Process**

The following process flow will apply if you do not provide CVS with an OPEN RETURN AUTHORIZATION.

- Review invoice copy that is mailed or faxed directly by CLS on behalf of CVS.
- Place call to CVS On-Site Coordinator at (401) 770-4594 or fax the Coordinator at (401) 770-3881 and provide Return Authorization Number, Ship to Address and Phone Number of location that product is being shipped to. **It is the Vendor's responsibility to communicate the RA to either CLS Coordinator or CVS.**
- CLS will then generate a packing list that will include the Return Authorization Number and all pertinent invoice information.
- The packing list will be forwarded to the appropriate CLS returned goods center once per week.
- The returned goods center will include the packing list with all shipments back to suppliers. This will virtually eliminate the need to track and reconcile RA's for all parties.
- A deduction will be taken at the end of each processing period. A processing period is defined as the end of each month.
- The product will be shipped within two weeks of a Return Authorization being received at CLS.

**CVS Product Withdrawal Merchandise Policy Detail**

CVS is committed to expediting the return of discontinued or withdrawn merchandise to our Suppliers as quickly and efficiently as possible. In return we ask our Suppliers to process our requests as quickly as possible by conforming to the following guidelines:

- Merchandise Value - CVS expects full value at book cost for all merchandise included in the return. It is not our policy to reduce the value of the merchandise by cash discounts or allowances.
- Handling Charges - Unless a fixed percent of sales allowance has been agreed to by CVS a handling fee of $0.28 per consumer unit will be assessed for each consumer unit included in the return.
- Payment - CVS will deduct off the next available remittance to be made to the Vendor.

Product Withdrawal Return Authorization Process

- A Return Authorization Number, Ship to Address and phone number of location product is being shipped to must be provided upfront to CVS along with any special instructions for return.
- If a Return Authorization Number is not provided upfront, you will have 21 days after a request for Return Authorization has been made to provide one. If a Return Authorization is not provided within the timeframe stated above, a pallet storage fee of $10.00 per month, per pallet will added to your invoice. After 30 days, if a Return Authorization Number is still not provided, CVS will deduct for the full amount of product processed inclusive of any pallet storage fees added and will instruct CLS to donate the product to Second Harvest.
- CLS will then generate a packing list that will include the Return Authorization Number and all pertinent Product Withdrawal Invoice Information.
- CLS will include the packing list with all shipments back to suppliers.
- **All Product Withdrawal Returns from Carolina Logistics (CLS) will be invoiced monthly, rather than at the completion of the Product Withdrawal Return Period.**

**Carolina Logistics Locations**

Each Carolina Logistic Services (CLS) location is operated Monday through Friday. We encourage our suppliers to visit these locations to review their product and the steps that CLS takes to ensure efficient processes. Please contact the locations directly to schedule an appointment.

| **Location** | **Servicing CVS DC** |
|---|---|
| **CLS Anniston**<br>1535 Hillyer Robinson Pkwy<br>Anniston, AL 36207<br>**Manager: Mike Martin**<br>**Phone: (256) 835-6500** | Bessemer, AL |
| **CLS Atlanta**<br>5320-A Fulton Industrial Blvd<br>Atlanta, GA 30336<br>**Manager: Tracy Cowie**<br>**Phone: ((404) 344-8821** | N. Augusta, SC |
| **CLS Abingdon**<br>18450 Dennison Dr.<br>Abingdon, VA 24211<br>**Manager: Brad Griswold**<br>**Phone: (276) 676-0683** | Knoxville, TN |
| **CLS Fredericksburg**<br>3475 Lee Hill Dr.<br>Fredericksburg, VA 22408<br>**Manager: Harlis Davis**<br>**Phone: (540) 361-1361** | Fredericksburg, VA<br>Somerset, PA |
| **CLS Ft. Wayne**<br>2425 American Way<br>Ft. Wayne, IN 46809<br>**Manager: Scott Koesters**<br>**Phone: (219) 478-8406** | Indianapolis, IN<br>Novi, MI |
| **CLS Allentown**<br>206 Cascade Dr.<br>Allentown, PA 18109<br>**Manager: Troy Galens**<br>**Phone: (610) 266-4107** | Lumberton, NJ |
| **CLS Taunton**<br>230 John Hancock Rd<br>Taunton, MA 02780<br>**Manager: Frank McGovern**<br>**Phone: (508) 821-4896** | Woonsocket, RI |

## Packaging Criteria

The Following is a summary of CVS Item and case packaging criteria. A vendor's ability to supply Items within these criteria will help ensure safe and successful distribution through the CVS supply chain.

Item Dimension Accuracy

- The Vendor Must Supply Accurate Item and Case Weight/Dimensions as Part of New Item Set Up/Introduction
- The Vendor Is Responsible for Communicating Item/Case/Pallet Configuration Changes During the Products' Life at CVS

Item Criteria

- Items to be Distributed in Pieces/Eaches or Inner Packs Should Safely Fit into a CVS Tote, the Standard Size of which is 19"L x 13.50"W x 8.50"H
- Items to be Distributed in Pieces/Eaches or Inner Packs Should be Packaged to Avoid Damage/Leakage for Tote Travel (Items that Present Known Problems include; Flip Top Lids, Trigger Bottles, Glass and Porcelain Breakage, and excessive Item Weight)
- The Vendor Is Responsible to Ensure Their Items are Appropriately Packaged to be Distributed in a Tote (Selling Units Shrink Wrapped, Safety Seals, Proper Torque on Bottle Tops)

Inner Pack Criteria

- CVS Prefers No Inner Packs
- When Inner Packs are Needed, Inners that are Easily Accessible for Piece Picking and Pricing are Preferred
- Inner Packs that Allow for Easy Access and Minimize Risk of Damage When Preparing for Production are also Preferred (Open Sleeves, Bands and Corrugated Sleeves are Preferred over Shrink/Stretch Wrapped Inners)

Case Criteria

- Maximum Case Dimensions: 28"H x 20"W x 30"L
- Minimum Case Dimensions: 3"H x 3"W x 8"L
- Cases/Display Should Not Exceed 50 Pounds - Exceptions to this rule should be communicated to CVS Logistics Dean Vanelli at (401) 770 – 4515 (davanelli@cvs.com) or Lisa Tomaselli at (401) 770 – 5595 (ahtomaselli@cvs.com)
- Case/Displays Should be a Minimum of 3 pounds.

Pallet Criteria

- Must Ship on 48x40 Four-Way Hardwood Pallets
- Pallet Height Should Not Exceed 48 Inches
- No Merchandise Overhang on Any Side of Pallet
- Appropriate Pallet Protection Should Also be Provided, Particularly if Merchandise is Not in Cardboard Cases (Pallet Corners, Slip Sheets, Cross Stacking Ti/Hi, Shrink/Stretch Wrap)

Questions or Help

Any Questions regarding Item, Inner Pack, Case, or Pallet Criteria Should be Directed to:

| | | |
|---|---|---|
| Dean Vanelli, CVS Logistics | (401) 770 – 4515 | davanelli@cvs.com |
| Lisa Tomaselli, CVS Logistics | (401) 770 – 5595 | ahtomaselli@cvs.com |

I have read and understand CVS' Unsaleable and Return Goods Policy dated July 21, 2003. I will adhere to the policy set forth by CVS with regard to the processing of unsaleables and returns goods

**Failure to return this form will result in CVS applying its own Unsaleables and Return Goods Policy of Donate and Deduct.**

Please fill in below and return this page along with the Return Option Agreement in the self-addressed envelope provided.

In an effort to update our files, the next two pages contain the return options available for Damaged Product. Please indicate on the attached sheet which option your company agrees to participate in and return it along with this signed sheet.

Return to:
CVS
One CVS Drive
Woonsocket, RI 02895
Attn.: Cathy Petrarca
Logistics -ECR Department

Beneficial Holdings Inc. (BFHI)
Company Name

Harvey Carmichael 8d-458-1800.
Contact Person Name Phone#

[signature] 6/21/04
Signature Date

Harvey Carmichael
Print Name

HLCis@Aol.Com
Email Address



B 0055