UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No.:05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., AND BENEFICIAL NUTRACEUTICALS, INC.**

The plaintiff, CVS Pharmacy, Inc. ("CVS"), by its attorneys, Edwards Angell Palmer & Dodge LLP, respectfully requests the entry of default, pursuant to F.R.C.P 55(a), against defendants Beneficial Holding, Inc., Beneficial Health Systems, Inc., and Beneficial Nutraceutical, Inc. (referred to collectively as "Beneficial"), for Beneficial's failure to defend against CVS' claims in this action, its failure to comply with Court orders, and its failure to appear at scheduled hearings and conferences. The facts and grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted
EDWARDS ANGELL PALMER & DODGE LLP

By: /s/Todd M. Reed
Todd Reed, Esq. (#6602)
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200

DEFAULT HEREBY ENTERED.
[signature]
DEPUTY CLERK 6/27/07

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2007, I did send a true copy of the within document by ECF, and via regular mail, to the following:

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
155 South Main Street, Suite 304
Providence, RI 02903

Beneficial Holdings, Inc., Beneficial Health Systems, Inc.
And Beneficial Nutraceuticals, Inc.
c/o Jacquelynn D. Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, Utah 84111

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903

/s/ Todd M. Reed