# EXHIBIT B

Q. Yes.
A. Do you have a contract that I have with CVS?
Q. I'll phrase it a different way. When you first started filling purchase orders with CVS, you didn't have sufficient cash reserves or cash flow in order to supply them with a product that was being ordered?
A. Not at the time, no, I did not.
Q. Did CVS know that?
A. I never had any discussion with CVS.
Q. You never communicated that to CVS?
A. No.
Q. You did communicate that to CMI?
A. Yes.
Q. Did you ever direct CMI to communicate that to CVS?
A. No.
Q. When did you first discuss Integrated Biopharma with CMI?
A. I don't believe I did.
Q. When did you first discuss Integrated Biopharma with CVS?
A. I don't believe I had that conversation, either.
Q. Now, there was a planning meeting in Buffalo Grove, Illinois; correct?
A. I don't even know what you are talking about.
Q. In May 2004, wasn't there a planning meeting?

Hot Rocks are.

MS. CARMICHAEL: Can we take a short break?

MR. WEISBERGER: Yes.

(Brief recess at 4:20 p.m.)

Q. (BY MR. WEISBERGER) Exhibit 13. Take a look at that and tell me when you have had a chance to review it.

A. Okay.

Q. They are both stamped separately. One is B 0457 and the other is CMI 00033, but they are identical.

Do you recognize the letter?

A. I do.

Q. It is a letter to Tom Sullivan at CVS?

A. Yes.

Q. From you?

A. Yes.

Q. Who authored the letter?

A. Someone at CMI.

Q. You didn't actually write it?

A. No.

Q. Who actually typed it up?

A. I don't know. It was e-mailed to me from CMI or e-mailed to Darren, and Darren gave it to me.

Q. That is your signature that appears at the bottom?

A. Yes.

Q. Did you read it before you signed it?