# EXHIBIT C

A. That's correct.
Q. What is your understanding of what Beneficial is?
A. My understanding is they are a marketing company.
Q. What is the basis for that understanding; how did you come to that conclusion?
A. I had meeting with them and they explained to me they had products they were trying to market and were look for a manufacturer to market them and we became their manufacturer.
Q. When did you first learn of or hear of Beneficial?
A. August 6, 2004.
Q. What was the context of you learning about Beneficial?
A. I received a phone call from the president of the company the day before. I was out of the office and he wanted to know if I would be in the office that following day, which was Friday. I said I would. He said, I have some financial transactions I want you to take care of. I came into the office on Friday and I met a couple of

people from Beneficial. We signed some agreements and wired them money and started a process of financing and manufacturing for Beneficial.

Q. You first received a telephone call from Beneficial's president?

A. From my president, Mr. Kay.

Q. What did Mr. Kay tell you?

A. Basically he had some financial transactions that had to be taken care of and wanted to make sure would be in the office on Friday, since I was out an Thursday at a seminar.

Q. Did he describe the nature of the financial transactions that needed to be taken care of?

A. No.

Q. And that was on August 6, 2004?

A. That was Thursday, August 5.

Q. So the phone call was on August 5?

A. That's correct.

Q. Then there's subsequent meeting?

A. Friday morning.

Q. That was August 6, 2004?

A. Yes.

THE WITNESS: I don't know.

Q. Do you know how Integrated obtained the information that it is alleging in Paragraph 72 that CMI presented to Beneficial what the payment terms were?

A. I do not.

Q. Do you know who would know that at Integrated?

A. Either of the Mr. Kays or Mr. Flug.

MS. DIBARTOLO: I think that is all I have.

RE-EXAMINATION BY MR. KAPLAN

Q. You mentioned to Charcretia that there was a time when Integrated learned the terms might have been pay-on-scan, do you know when that was?

A. I would have to guess. I would guess in the beginning of 2005, but I don't know exactly.

Q. Do you know if someone at Integrated or Manhattan Drug who would know the answer to that question?

A. I don't know.

Q. Did CVS, to your knowledge, ever make any representations to Integrated BioPharma?

A. No.

Q. Did CVS ever make any representations to Manhattan Drug?

A. You mean oral representations or written representations?

Q. In any form?

A. We had written representations and purchase orders received from CVS.

Q. Were those made to Integrated BioPharma?

A. Not directly, no.

Q. So there was no oral or written or any other form of representations that CVS made directly to Integrated BioPharma?

A. The only contact that Integrated had with CVS was the receipt of checks written by CVS sent directly to Integrated BioPharma.

MR. KAPLAN: Mark these as Exhibits 78 and 79.

(EXHIBITS 78 AND 79 MARKED FOR IDENTIFICATION)

Q. Do you know if CVS made any promises of any kind to Integrated BioPharma?

MR. PRENTISS: Besides the purchase orders?