# EXHIBIT B-52

**Bernard, Jennifer**

**From:** Bernard, Jennifer
**Sent:** Monday, September 20, 2004 2:10 PM
**To:** Sullivan, Thomas J.
**Cc:** Stewart Lask (E-mail)
**Subject:** FW: Vendor 13002 / Willpower RX

Good afternoon Tom,

I've included this vendor's information below. They are a "Pay on Scan" and would like a sales report/status for the item "Willpower RX" listed above. Could you please advise him as to whom he could speak to regarding this? Thank you very much!

CORP 1 VENDOR NUMBER 3002 EMP

| | PAYABLE ADDRESS | | | PO ADDRESS |
|---|---|---|---|---|
| VND NAME | INTRGRATED BIOPHARMA INC | | NAME | BENEFICIAL HEALTH |
| DBA | | | STREET | 1369 BARCLAY BLVD. |
| ADDR1 | 225 LONG AVE | | CITY/ST | BUFFALO GROVE, IL |
| ADDR2 | | | ZIP | 60089 |
| CITY/ST | HILLSIDE | NJ | | |
| ZIP | 07205 | COUNTRY | | |

| | | | | | |
|---|---|---|---|---|---|
| GENERIC VENDOR | | EFT VENDOR | N | TAX ID NUMBER | 999999999 |
| EOM VENDOR | N | CAPITAL EXP REQ NO | 0000 | LC/CONSIGN VEND | N |
| INCOME TYPE | O | REVCO ONLY VENDOR | | PAYMENT VEND NUMBER | 0000 |
| VENDOR MAJOR | Y | ACTIVE/INACTIVE | A | CIG FLAG | N |
| BUYER | 5 | DIVERTER FLAG | N | TERMS | 00000 |
| ADMIN CHG FLAG | Y | ADDITIONAL DAYS | 00 | REVLON VEND FLAG | N |
| COOP AUTO DEDUCT FLAG | Y | INVOICE FLAG | P | HEADER ITEM FLAG | N |
| GENERIC CHRGBACK VEND | | | | TAKE CR IMMEDIATE FLAG | Y |
| CATEGORY | 12 | CORP1 | | | |

Jennifer Bernard
Warehouse-Accounts Payable
One CVS Drive
Woonsocket, RI 02895
Phone: 401-770-3495
Fax: 401-652-9636
Email: jbernard@cvs.com

-----Original Message-----
From: Stewart Lask [mailto:slask@att.net]
Sent: Monday, September 20, 2004 1:03 PM
To: Bernard, Jennifer
Subject: Vendor 13002 / Willpower RX

Hi Jennifer,

Can you please give me an update on the sales of our product, and when we might expect a check form CVS.

Thanks for your help,

Stewart I Lask
16 Grove Avenue



DEPOSITION EXHIBIT 52 2-8-07
PENGAD 800-631-6989

CVS RE: Payable Address

Page 1 of 4

**Bernard, Jennifer**

**From:** Sullivan, Thomas J.
**Sent:** Friday, September 03, 2004 1:29 PM
**To:** Bernard, Jennifer; 'slask@att.net'; Lombardi, Tobias S.
**Subject:** RE: Vendor 13002

Tobey, Please contact and clear this up. Thanks.

-----Original Message-----
**From:** Bernard, Jennifer
**Sent:** Friday, August 27, 2004 1:41 PM
**To:** 'slask@att.net'
**Cc:** Sullivan, Thomas J.
**Subject:** RE: Vendor 13002

Hello again,

This was something agreed upon by sales rep. for Beneficial Health and our Merchandiser. Unfortunately, this is not something I can handle here in Accounting. You might want to check with the sales rep. to verify if this is the correct method of payment. If not, the rep will need to contact our merchandiser ASAP to update your vendor file. The merchandiser here for this vendor is Tom Sullivan. His contact information is TJSullivan@cvs.com ,phone 401-770-4230. I will defer you from contacting him, since he does not handle accounting issues, but feel free to pass this information onto the sales rep. Sorry I couldn't be of more help. Have a great weekend. Thank you.

Jennifer Bernard
*Warehouse-Accounts Payable*
*One CVS Drive*
*Woonsocket, RI 02895*
Phone: *401-770-3435*
Fax: *401-652-9436*
Email: *jbernard@cvs.com*

-----Original Message-----
**From:** Stewart Lask [mailto:slask@att.net]
**Sent:** Friday, August 27, 2004 1:06 PM
**To:** Bernard, Jennifer
**Subject:** RE: Vendor 13002

But all of our POs from you said 2% 30 / net 31???

-----Original Message-----
**From:** Bernard, Jennifer [mailto:JBernard@cvs.com]
**Sent:** Friday, August 27, 2004 12:57 PM
**To:** slask@att.net
**Subject:** RE: Vendor 13002

Hi Stewart,

I see that your a "Pay on Scan" vendor, which means the sales work like a consignment agreement. The invoices are paid according to sales. I am not able to anticipate when the invoices will be paid for this reason. Thank you.

Jennifer Bernard

Warehouse Accounts Payable
One CVS Drive
Woonsocket, RI 02895
Phone: 401-770-3495
Fax: 401-652-9436
Email: jbernard@cvs.com

-----Original Message-----
From: Stewart Lask [mailto:slask@att.net]
Sent: Friday, August 27, 2004 12:51 PM
To: Bernard, Jennifer
Subject: RE: Vendor 13002

Hi Jennifer,

Originally I sent it to you as invoice #1001. You had asked me to brake it down for you as one invoice / PO. I faxed them to you as invoice numbers 1001A, 1001B, 1001C, 1001D, 1001E, 1001F, 1001G, 1001H, 1001I.

Thanks again for your help.

Stu Lask

-----Original Message-----
From: Bernard, Jennifer [mailto:JBernard@cvs.com]
Sent: Friday, August 27, 2004 12:38 PM
To: slask@att.net
Subject: RE: Vendor 13002

Hi Stewart,

Do you have an invoice number available? I can look it up in our system. Thanks.

-----Original Message-----
From: Stewart Lask [mailto:slask@att.net]
Sent: Friday, August 27, 2004 12:39 PM
To: Bernard, Jennifer
Subject: Vendor 13002

Hi Jennifer,

Thanks for your help. When do you believe we can expect payment on our 8/2 invoice?

Thanks Again,

Stu Lask

-----Original Message-----
From: Bernard, Jennifer [mailto:JBernard@cvs.com]
Sent: Friday, August 27, 2004 8:41 AM
To: slask@att.net
Subject: RE: CVS RE: Payable Address

INTEGRATED BIOPHARMA INC
Vendor 13002
225 LONG AVE
HILLSIDE, NJ 07205

change a payable address due to auditing reasons. If you feel our payable address is not reflected correctly, please forward that letter to the address below to my attention. While we await the original letter on company letterhead in the mail, you may also fax a copy to the number below to ensure proper payment until the original letter arrives. Thank you.

Jennifer Bernard
*Warehouse-Accounts Payable*
*One CVS Drive*
*Woonsocket, RI 02895*
Phone: *401-770-3495*
Fax: *401-652-9436*
Email: *jbernard@cvs.com*