# EXHIBIT C

**STIPULATION**

Plaintiff, CVS Pharmacy, Inc. ("CVS"), and defendant Integrated BioPharma, Inc. ("Integrated"), hereby stipulate and agree as follows:

1. Between July 8, 2004, and December 16, 2004, CVS transmitted at least 96 purchase orders to Contemporary Marketing, Inc. ("CMI") in Buffalo Grove, Illinois for WillpowerRX. Attached as Exhibit 1 is a spreadsheet which CVS represents to be an itemization of each of CVS' 96 purchase orders, the date of each purchase order, the quantity of goods ordered in each purchase order, the purchase price under each purchase order, the language found on each purchase order regarding payment, and the date that CVS received goods filling each purchase order.

2. Integrated entered into a Security Agreement with Beneficial Holdings, Inc. dated as of August 6, 2004.

TODD M. REED (#6602)
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Date: June 27, 2007

Attorneys for Plaintiff CVS Pharmacy, Inc.

R. DANIEL PRENTISS (#0783)
R. DANIEL PRENTISS, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903
Tel. 401-824-5150
Telecopy 401-824-5181
Date: June 26, 2007

Attorneys for Integrated Biopharma, Inc.

| Date | PO # | Quantity | Extended | Dollar Amount | Language on PO | ROG |
|---|---|---|---|---|---|---|
| 7/8/2004 | 1171369 | 1344 | 32,256.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/4/2004 |
| 7/8/2004 | 1643006 | 636 | 15,264.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/2/2004 |
| 7/8/2004 | 2652258 | 1500 | 36,000.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/4/2004 |
| 7/8/2004 | 3196050 | 1008 | 24,192.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/2/2004 |
| 7/8/2004 | 4780220 | 1296 | 31,104.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/23/2004 |
| 7/8/2004 | 5694346 | 1,140 | 27,360.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/5/2004 |
| 7/8/2004 | 6742908 | 732 | 17,568.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/3/2004 |
| 7/8/2004 | 7661905 | 864 | 20,736.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/2/2004 |
| 7/8/2004 | 8660958 | 948 | 22,752.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/2/2004 |
| 7/13/2004 | 1172093 | 1128 | 27,072.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/14/2004 |
| 7/13/2004 | 1643418 | 456 | 10,944.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/13/2004 |
| 7/13/2004 | 3196559 | 540 | 12,960.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/13/2004 |
| 7/13/2004 | 2653021 | 1716 | 41,184.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 7/13/2004 |
| 7/13/2004 | 4780857 | 432 | 10,368.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/24/2004 |
| 7/13/2004 | 5694796 | 456 | 10,944.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/15/2004 |
| 7/13/2004 | 6743481 | 228 | 5,472.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/18/2004 |
| 7/13/2004 | 7662304 | 216 | 5,184.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/14/2004 |
| 7/13/2004 | 8661351 | 348 | 8,352.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/14/2004 |
| 7/20/2004 | 1173196 | 960 | 23,040.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/31/2004 |
| 7/20/2004 | 2654169 | 756 | 18,144.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/30/2004 |
| 7/20/2004 | 3197366 | 300 | 7,200.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 7/20/2004 |
| 7/20/2004 | 4781889 | 96 | 2,304.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/24/2004 |
| 7/20/2004 | 5695490 | 360 | 8,640.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/25/2004 |
| 7/20/2004 | 6744393 | 48 | 1,152.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/23/2004 |
| 7/20/2004 | 7662859 | 48 | 1,152.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/8/2004 |
| 7/20/2004 | 8661970 | 48 | 1,152.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/24/2004 |
| 7/21/2004 | 1643971 | 12 | 288.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 8/26/2004 |
| 8/4/2004 | 1645399 | 216 | 5,184.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/23/2004 |
| 8/17/2004 | 1177413 | 732 | 17,568.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 10/12/2004 |
| 8/17/2004 | 1646374 | 24 | 576.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 10/6/2004 |
| 8/17/2004 | 2658306 | 600 | 14,400.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | Not received |
| 8/17/2004 | 3200227 | 252 | 6,048.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 10/27/2004 |
| 8/17/2004 | 4786038 | 96 | 2,304.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 10/7/2004 |
| 8/17/2004 | 5698166 | 324 | 7,776.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 10/12/2004 |
| 8/17/2004 | 6748240 | 48 | 1,152.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 10/6/2004 |

6/26/07

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/17/2004 | 7665377 | 48 | 1,152.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 11/15/2004 |
| 8/17/2004 | 8664454 | 48 | 1,152.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 10/7/2004 |
| 8/19/2004 | 1177798 | 3288 | 78,912.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/24/2004 |
| 8/19/2004 | 1646511 | 1644 | 39,456.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/27/2004 |
| 8/19/2004 | 2658576 | 3540 | 84,960.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/23/2004 |
| 8/19/2004 | 3200505 | 2664 | 63,936.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/17/2004 |
| 8/19/2004 | 4786302 | 3312 | 79,488.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/20/2004 |
| 8/19/2004 | 5698321 | 3060 | 73,440.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/14/2004 |
| 8/19/2004 | 6748490 | 1800 | 43,200.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/10/2004 |
| 8/19/2004 | 7665559 | 2184 | 52,416.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/18/2004 |
| 8/19/2004 | 8664624 | 2460 | 59,040.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 10/2/2004 |
| 8/25/2004 | 3201056 | 216 | 5,184.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/8/2004 |
| 8/27/2004 | 7666236 | 96 | 2,304.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/29/2004 |
| 8/30/2004 | 3201568 | 396 | 9,504.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 10/5/2004 |
| 8/30/2004 | 5699256 | 204 | 4,896.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/17/2004 |
| 8/30/2004 | 6749916 | 204 | 4,896.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/17/2004 |
| 8/30/2004 | 7666395 | 96 | 2,304.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 11/6/2004 |
| 8/30/2004 | 8665493 | 96 | 2,304.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/30/2004 |
| 9/1/2004 | 2660779 | 204 | 4,896.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/20/2004 |
| 9/2/2004 | 1180110 | 504 | 12,096.00 | 24 per unit | Disc. Pct.: 2 Disc. Days: 30 Net Days: 31 | 9/22/2004 |
| 9/15/2004 | 1181825 | 612 | 14,688.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 10/12/2004 |
| 9/15/2004 | 1648801 | 24 | 576.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 9/29/2004 |
| 9/15/2004 | 2662723 | 552 | 13,248.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 10/5/2004 |
| 9/15/2004 | 3203235 | 180 | 4,320.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 9/27/2004 |
| 9/15/2004 | 4790201 | 36 | 864.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 9/27/2004 |
| 9/15/2004 | 5500764 | 192 | 4,608.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 9/23/2004 |
| 9/15/2004 | 6752128 | 36 | 864.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 9/23/2004 |
| 9/15/2004 | 7667859 | 24 | 576.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 10/26/2004 |
| 9/15/2004 | 8666933 | 24 | 576.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 9/22/2004 |
| 9/17/2004 | 9001097 | 84 | 2,016.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 9/30/2004 |
| 9/23/2004 | 6753286 | 180 | 4,320.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 10/8/2004 |
| 9/24/2004 | 4791565 | 204 | 4,896.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 10/7/2004 |
| 9/27/2004 | 7668570 | 108 | 2,592.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 10/23/2004 |
| 9/28/2004 | 1183754 | 600 | 14,400.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/9/2004 |
| 9/28/2004 | 1649839 | 168 | 4,032.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/8/2004 |
| 9/28/2004 | 2664405 | 540 | 12,960.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/14/2004 |
| 9/28/2004 | 3204305 | 240 | 5,760.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 11/11/2004 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/28/2004 | 4791933 | 120 | 2,880.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 11/4/2004 |
| 9/28/2004 | 5501850 | 276 | 6,624.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 11/5/2004 |
| 9/28/2004 | 6753709 | 48 | 1,152.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 11/4/2004 |
| 9/28/2004 | 7668732 | 36 | 864.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 11/30/2004 |
| 9/28/2004 | 8667865 | 36 | 864.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 11/3/2004 |
| 10/6/2004 | 4792961 | 228 | 5,472.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 10/14/2004 |
| 10/14/2004 | 8668985 | 132 | 3,168.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 10/23/2004 |
| 10/26/2004 | 1501756 | 264 | 6,336.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/14/2004 |
| 10/26/2004 | 2667959 | 744 | 17,856.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/14/2004 |
| 10/26/2004 | 3206575 | 348 | 8,352.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/16/2004 |
| 10/26/2004 | 4795136 | 228 | 5,472.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/11/2004 |
| 10/26/2004 | 5310081 | 252 | 6,048.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/13/2004 |
| 10/26/2004 | 5504158 | 420 | 10,080.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/10/2004 |
| 10/26/2004 | 6756587 | 108 | 2,592.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/8/2004 |
| 10/26/2004 | 7308754 | 96 | 2,304.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/7/2004 |
| 10/26/2004 | 7670475 | 108 | 2,592.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/9/2004 |
| 10/26/2004 | 8307844 | 72 | 1,728.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/6/2004 |
| 10/26/2004 | 8669670 | 120 | 2,880.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/15/2004 |
| 10/26/2004 | 9002272 | 36 | 864.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/23/2004 |
| 10/28/2004 | 1502126 | 384 | 9,216.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 12/14/2004 |
| 11/16/2004 | 4798052 | 108 | 2,592.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 1/17/2005 |
| 11/16/2004 | 7672058 | 132 | 3,168.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 1/25/2005 |
| 12/16/2004 | 5316693 | 216 | 5,184.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 1/8/2005 |
| 12/16/2004 | 8311787 | 72 | 1,728.00 | 24 per unit | Disc. Pct.: Disc. Days: Net Days | 1/10/2005 |

6/26/07