# EXHIBIT D

A I don't know if the word "mistake" was mentioned but obviously something had gone wrong.

Q Were you concerned at this point that CVS was saying that the deal was pay on scan?

A Very much so, yes.

Q Were you shocked about that?

A Yes. I don't know what words you want to use but I was upset and I was pissed and I was angry and that was the beginning of the end from my perspective in regards to my relationship with Beneficial.

Q Is it accurate that CVS' claim that this was really pay on scan was something that really caught your attention?

A Of course.

Q Is it accurate that this wasn't an issue that you were going to say "I'll take care of it later" but this is something that you needed to deal with immediately?

A Yes.

Q Did you deal with it immediately ?

A I don't remember what specific actions I took. I know I tried to reach Ed Ellis again. I'm sure I discussed it with Adam, Harvey , Darren and the likes and I'm sure I let Manhattan Drug know that there were