# EXHIBIT E

## DECLARATION OF TOBIAS LOMBARDI

Tobias Lombardi, being duly sworn, states as follows:

1. I am employed as a Category Manager for CVS Pharmacy Inc. ("CVS"), the plaintiff in the above-captioned action.

2. I am fully familiar with the facts set forth herein.

3. In 2004, I was an Assistant Category Manager at CVS.

4. In 2004, CVS conducted business with Beneficial Holdings, Inc., Beneficial Health Systems, Inc., and/or Beneficial Nutraceuticals, Inc. (referred to collectively as "Beneficial") through Contemporary Marketing, Inc. ("CMI").

5. On September 3, 2007, Tom Sullivan sent me a series of emails between CVS' accounting department and one of Beneficial's representatives/agents regarding payments terms. Tom Sullivan requesting that I clear up any possible confusion regarding the governing payment terms.

6. I immediately spoke to Ed Ellis at CMI regarding the purchase orders' obvious clerical error as to payment terms. I notified Ed Ellis that CVS had and would only agree to Pay on Scan payment terms. Ed Ellis confirmed that Beneficial was aware that CVS' purchase orders incorrectly contained "2%30 net 31" payment terms and that the correct payment term was Pay on Scan.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF JUNE 2007.

Tobias Lombardi

KATHLEEN L. BURT
NOTARY PUBLIC
STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
MY COMMISSION EXPIRES 1/22/2010