UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No.: 05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

---

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate that the counts enumerated below of the counterclaim of Beneficial Holdings, Inc., Beneficial Health Systems, Inc., and Beneficial Nutraceuticals, Inc. ("Beneficial"), of the counterclaim of Integrated BioPharma, Inc. ("Integrated"), and of the cross claim of Integrated against Beneficial, are hereby dismissed:

1. Counts Three (Quantum Meruit-Unjust Enrichment), Five (Intentional Interference with Contractual Relations), Six (Intentional Interference with Prospective Economic Advantage), Seven (Fraud/Misrepresentation), and Eight (Negligent Misrepresentation) of the Counterclaim of Beneficial.

2. Count Three (Quantum Meruit/Unjust Enrichment) of the Amended Counterclaim of Integrated.

3. Count Three (Fraud) of the Cross Claim of Integrated against Beneficial.

4. All other counts of counterclaims and cross-claims remain in full force and effect, and are not affected by this stipulation.

| | |
|---|---|
| TODD M. REED (#6602)<br>EDWARDS ANGELL PALMER & DODGE<br>2800 Financial Plaza<br>Providence, RI 02903<br>Tel. 401-274-9200<br>Telecopy 401-276-6611<br>Date: ~~May~~ June 28, 2007<br><br>Attorneys for Plaintiff CVS Pharmacy, Inc. | R. DANIEL PRENTISS (#0783)<br>R. DANIEL PRENTISS, P.C.<br>One Turks Head Place, Suite 380<br>Providence, RI 02903<br>Tel. 401-824-5150<br>Telecopy 401-824-5181<br>Date: May ___, 2007<br><br>Attorneys for Integrated Biopharma, Inc. |
| Jacquelynn D. Carmichael, Esq.<br>Eisenberg, Gilchrist & Morton<br>900 Parkside Tower<br>215 South State Street<br>Salt Lake City, UT 84111<br>Tel. 801-<br>Telecopy 801-<br><br>Attorneys for Beneficial | CharCretia V. DiBartolo, #5862<br>Hinshaw & Culbertson LLP<br>155 South Main St., Suite 304<br>Providence, RI 02903<br>Tel. 401-751-0842<br>Telecopy 401-273-8543<br><br>Attorneys for Contemporary Marketing, Inc. |

4. All other counts of counterclaims and cross-claims remain in full force and effect, and are not affected by this stipulation.

TODD M. REED (#6602)
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Date: May ___, 2007

Attorneys for Plaintiff CVS Pharmacy, Inc.

R. DANIEL PRENTISS (#0783)
R. DANIEL PRENTISS, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903
Tel. 401-824-5150
Telecopy 401-824-5181
Date: ~~May~~ June 22 2007

Attorneys for Integrated Biopharma, Inc.

Jacquelynn D. Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, UT 84111
Tel. 801-
Telecopy 801-

Attorneys for Beneficial

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903
Tel. 401-454-7700
Telecopy 401-454-8055

Attorneys for Contemporary Marketing, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2007, I did send a true copy of the within document by ECF and regular mail, to the following:

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
155 South Main Street, Suite 304
Providence, RI 02903

Beneficial Holdings, Inc., Beneficial Health Systems, Inc.
and Beneficial Nutraceuticals, Inc.
c/o Jacquelynn D. Carmichael, Esq.
Eisenberg, Gilchrist & Morton
900 Parkside Tower
215 South State Street
Salt Lake City, Utah 84111

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903

/s/ Todd M. Reed