UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CVS, INC. :
:
v. : C.A. No. 05-CV-171T
:
BENEFICIAL HOLDINGS, INC., et al. :
:

**ENTRY OF APPEARANCE**

I, Seth Yurdin, of R. Daniel Prentiss, P.C. hereby enter my appearance on behalf of defendant Integrated Biopharma, Inc. in the above-referenced matter.

Respectfully submitted,

/s/ Seth Yurdin

Seth Yurdin (#7407)
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181 (fax)
syurdin@prentisslaw.com

**CERTIFICATION**

I hereby certify that on this 29th day of June, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Nicholas Fortuna, Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, NY 10016

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

/s/ Seth Yurdin

842/51/1869