UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 25 2007
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| CVS, INC. | : | |
| | : | |
| v. | : | C.A. No. 05-CV-171T |
| | : | |
| BENEFICIAL HOLDINGS, INC., et al. | : | |

**ORDER**

This matter came before the court, United States Magistrate Judge David L. Martin, presiding, on June 21, 2007, on the motion of defendant Integrated BioPharma, Inc. to compel plaintiff CVS, Inc. to provide more responsive answers to interrogatories, and, after hearing thereon, it is

ORDERED:

The motion is granted as to Interrogatories 13 and 19, with the provision that CVS may in its answer to Interrogatory 19 refer to its answer to Interrogatory 13, as appropriate.

The motion is withdrawn as to Interrogatory 14, and may pass with respect to Interrogatories 17 and 18 based on the parties' agreement.

ENTER:

David L. Martin
USMJ

Dated: 6-28-07

PER ORDER:

J Noel

Presented by:
Integrated BioPharma, Inc.,
By its attorneys,

R. DANIEL PRENTISS, P.C.

R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181 (fax)
dan@prentisslaw.com