**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CVS, INC. | : | |
| | : | |
| v. | : | C.A. No. 05-CV-171T |
| | : | |
| BENEFICIAL HOLDINGS, INC., et al. | : | |

**MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS INTEGRATED BIOPHARMA, INC., BENEFICIAL HOLDINGS, INC. BENEFICIAL HEALTH SYSTEMS, INC., AND BENEFICIAL NUTRACEUTICALS, INC.**

Defendant Integrated Biopharma, Inc. ("Integrated") hereby moves for an extension of time to respond to Plaintiff CVS, Inc.'s ("CVS") motions for partial summary judgment against Defendants Integrated and Beneficial Holdings, Inc., Beneficial Health Systems, Inc., and Beneficial Nutraceuticals, Inc. (together "Beneficial") up to and including August 16, 2007. A summary judgment conference was held on April 4, 2007. CVS filed its summary judgment motions on June 27, 2007. Integrated's responses, as a named defendant and as assignee of Beneficial's claims, are currently due on July 13, 2007. In support of its Motion, Integrated submits that additional time is needed for its counsel to prepare responses, as CVS's two motions involve claims against multiple parties, multiple legal theories and a lengthy factual record, including deposition transcripts of ten separate witnesses. In addition,

CVS was accorded nearly three months following the Summary Judgment Conference prior to filing its two motions.

Respectfully submitted,
Integrated BioPharma, Inc.,
By its attorneys,

**R. DANIEL PRENTISS, P.C.**

/s/ Seth Yurdin
Seth Yurdin (#7407)
One Turks Head Place, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181 (fax)
syurdin@prentisslaw.com

Dated: July 3, 2007

**CERTIFICATION**

I hereby certify that on this 3rd day of July, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Nicholas Fortuna, Esq.
Jesse A. Kaplan, Esq.
Allyn & Fortuna LLP
200 Madison Avenue, 5th Floor
New York, NY 10016

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903

/s/ Seth Yurdin

842/51/1852