UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
2007
Property of U.S. District Court
District of Rhode Island

CVS, INC. :
v. : C.A. No. 05-CV-171T
BENEFICIAL HOLDINGS, INC., et al. :

**ORDER**

This matter came before the court, United States Magistrate Judge David L. Martin, presiding, on June 21, 2007 on the motion of defendant Integrated BioPharma, Inc. to compel the defendant Contemporary Marketing Inc. to produce documents, and after hearing thereon, it is

ORDERED:

The motion is granted as to request number 1. Contemporary Marketing shall direct Edwin Ellis to search for and produce the requested documents. In the event that Mr. Ellis states that he has no responsive documents, he shall submit an affidavit stating that he has no such documents, and explaining why it is that he has no documents responsive to this request regarding a meeting in June, 2004, when he was able to consult similar records that relate to a meeting that allegedly took place in March or April of 2004, and rely on such records to change his prior testimony.

The motion is denied as to request numbered 2 and 3.

ENTER:

David L. Martin
USMJ

Dated: 7-9-07

PER ORDER:

Presented by:
Integrated BioPharma, Inc.,
By its attorneys,

R. DANIEL PRENTISS, P.C.

R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181 (fax)
dan@prentisslaw.com