UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No.: 05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

---

**PLAINTIFF'S PARTIAL OBJECTION TO INTEGRATED BIOPHARMA, INC.S' MOTION TO EXTEND ITS TIME TO RESPOND TO PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff CVS, Inc. ("CVS"), hereby partially objects to defendant Integrated BioPharma, Inc.s' ("Integrated") motion for an extension of time to respond to CVS' motions for summary judgment. While CVS would normally not object to a request for an extension of time, Integrated's request for a 34-day extension is unwarranted and unreasonable, especially in light of the likelihood of a late September trial date. CVS, however, consents to an extension to August 1, 2007.

The Court has advised the parties that it will likely assign a late September 2007 trial date. If Integrated's time to respond to CVS' motions for summary judgment is extended to August 16, 2007, the motions will not be fully briefed until the very end of August. Anticipating the need for a hearing of CVS' motions for summary judgment, it is extremely unlikely that there could be a decision prior to trial if Integrated is given such a lengthy extension.

Moreover, Local Civil Rule 7 only affords Integrated ten days to oppose CVS' motions for summary judgment. While CVS is sympathetic to Integrated's counsel's concerns, a 34-day extension is unwarranted and unreasonable. Integrated's attorney was previously put on notice of the precise arguments that CVS has made, and certainly could have began preparing its case. Moreover, Integrated has not indicated why it requires an extension that would essentially triple the prescribed response time under the Local Rules.

Accordingly, while CVS consents to an extension to August 1, 2007, it respectfully objects to a 34-day extension.

Dated: July 9, 2007

Respectfully submitted,

EDWARDS ANGELL PALMER & DODGE LLP

By: /s/ Todd M. Reed
Todd Reed, Esq. (# 6602)
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2007, I did send a true copy of the within document by ECF, to the following:

CharCretia V. DiBartolo, Esq.
Hinshaw & Culbertson LLP
155 South Main Street, Suite 304
Providence, RI 02903

R. Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
Turks Head Place, Suite 380
Providence, RI 02903

/s/ Todd M. Reed