UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

CVS PHARMACY, INC.

Plaintiff,

- against -

Civil Action No.: 05-171-T

BENEFICIAL HOLDINGS, INC., BENEFICIAL HEALTH SYSTEMS, INC., BENEFICIAL NUTRACEUTICALS, INC., INTEGRATED BIOPHARMA, INC., and CONTEMPORARY MARKETING , INC.

Defendants.

---

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate that this matter, including all claims, cross-claims, counterclaims, and third-party claims, are hereby dismissed with prejudcie.

TODD M. REED (#6602)
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Date: August 22, 2007

Attorneys for Plaintiff CVS Pharmacy, Inc.

R. DANIEL PRENTISS (#0783)
R. DANIEL PRENTISS, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903
Tel. 401-824-5150
Telecopy 401-824-5181
Date: August ___, 2007

Attorneys for Integrated Biopharma, Inc.

CharCretia V. DiBartolo, Esq. (#5862)
HINSHAW & CULBERTSON, LLP
155 South Main Street, Suite 304
Providence, RI 02903
Tel. 401-751-0842
Telecopy 401-273-8543

Attorneys for Contemporary Marketing, Inc.